UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

MASTER DOCKET NO. 08-MDL-1888-GRAHAM/O'SULLIVAN

IN RE MARINE HOSE ANTITRUST
LITIGATION

THIS DOCUMENT RELATES TO:

ALL ACTIONS

## ORDER

**THIS CAUSE** comes before the Court upon a <u>sua</u> <u>sponte</u> review of the record.

Numerous actions have been consolidated under the above captioned Master Docket No. 08-MDL-1888. Plaintiffs have most recently filed a Consolidated Class Action Complaint [D.E. 79] in the Master Case. Consequently, certain motions in each of the individual actions are now moot and are accordingly disposed of herein without prejudice. Based thereon, is hereby

**ORDERED AND ADJUDGED** that the Clerk of the Court is directed to note the disposition of particular motion in the respective cases as specified. It is further

**ORDERED AND ADJUDGED** that the following motions in Case No. 07-CIV-21282-GRAHAM are each **DENIED** as moot:

(i) Defendant Parker ITR SrL's Motion to Dismiss and Incorporated Memorandum of Law [D.E. 51] and

(ii) Defendant Parker ITR SrL's Corrected Motion to Dismiss and Incorporated Memorandum of Law [D.E. 56]. It is further

**ORDERED AND ADJUDGED** that the following motions in Case No. 07-CIV-21464-GRAHAM are each **DENIED** as moot:

(i) Defendant Parker ITR SrL's Motion to Dismiss and Incorporated Memorandum of Law [D.E. 34]; and

(ii) Plaintiff Expro Gulf Ltd's Motion to File Response Out of Time to Parker ITR SrL's Corrected Motion to Dismiss [D.E. 67]. It is further

**ORDERED AND ADJUDGED** that the following motions in Case No. 07-CIV-21592-GRAHAM are each **DENIED** as moot:

(i) Misao Hioki's Motion to Dismiss and Incorporated Memorandum of Law [D.E. 30];

(ii) Defendant Francesco Scaglia's Motion to Dismiss and Supporting Memorandum of Law [D.E. 57] and

(iii) Defendant Vanni Scodeggio's Motion to Dismiss Plaintiff's Class Action Complaint [D.E. 60]. It is further

**ORDERED AND ADJUDGED** that Defendant Parker ITR SrL's Motion to Dismiss and Incorporated Memorandum of Law [D.E. 48] in Case No. 07-CIV-21613-GRAHAM is **DENIED** as moot. It is further

**ORDERED AND ADJUDGED** that the following motions in Case No. 07-CIV-21784-GRAHAM are each **DENIED** as moot:

2

(i) Defendant Bridgestone Industrial Products America Inc.'s Unopposed Motion to Extend Time to Serve a Responsive Pleading or Motion to the Complaint [D.E. 19];

(ii) Plaintiff Bayside Rubber & Products, Inc.'s Unopposed Motion to Extend Time Within Which Defendant Misao Hioki Must Respond [D.E. 23];

(iii) Plaintiff Bayside Rubber & Products, Inc.'s Unopposed Motion to Extend Time Within Which Defendant Francesco Scaglia Must Respond [D.E. 24];

(iv) Plaintiff Bayside Rubber & Products, Inc.'s Unopposed Motion to Extend Time Within Which Defendant Christian Caleca Must Respond [D.E. 25];

(v) Plaintiff Bayside Rubber & Products, Inc.'s Unopposed Motion to Extend Time Within Which Defendant Jacques Cognard Must Respond [D.E. 27];

(vi) Defendant Vanni Scodeggio's Unopposed Motion to Extend Time Within Which He Must Answer Plaintiff Bayside Rubber & Products Inc.'s Complaint [D.E. 31];

(vii) Defendant Bridgestone Industrial Product of America, Inc.'s Motion to Dismiss [D.E. 48];

(viii) Defendant Vanni Scodeggio's Motion to Dismiss Plaintiff's Class Action Complaint [D.E. 64];

(ix) Defendant Misao Hioki's Motion to Dismiss and Incorporated Memorandum of Law [D.E. 78]; and

(x) Defendant Francesco Scaglia's Motion to Dismiss and Supporting Memorandum of Law [D.E. 99]. It is further

**ORDERED AND ADJUDGED** that the following motions in Case No. 07-CIV-22991-GRAHAM are each **DENIED** as moot:

(i) Defendant's Unopposed Motion for Enlargement of Time to Respond to Complaint [D.E. 4]; and

(ii) Defendant Val Northcutt's Motion for Enlargement of Time to Respond to Complaint [D.E. 8].


**DONE AND ORDERED** in Chambers in Miami, Florida this 26th day of March, 2008.

DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record

4