**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

**MASTER DOCKET NO. 08-MDL-1888-GRAHAM/O'SULLIVAN**

**IN RE MARINE HOSE ANTITRUST
LITIGATION**

THIS DOCUMENT RELATES TO:

SHIPYARD SUPPLY, LLC.,

                    Plaintiffs,                              **Case No. 1:07-cv-21592**

v.

BRYAN ALLISON, et al.

                    Defendants.

**MOTION TO DISMISS FOR LACK OF SERVICE**

Defendant Jacques Cognard ("Cognard" or "Defendant"), through his undersigned

counsel, hereby moves to dismiss the Consolidated Class Action Complaint ("Consolidated

Complaint") pursuant to Fed.R.Civ.P. 4(m), 12(b)(5) and 41(b) as follows:

**PROCEDURAL BACKGROUND**

This case was originally filed on June 21, 2007 in the United States District Court for the

Southern District of Florida as civil action number 1:07-cv-21592.  See Exhibit 1, Docket, Civil

Action No. 1:07-cv-21592-DLG (6/21/07) ("21592 Docket").  Shipyard Supply, LLC and Expro

Gulf Limited (collectively, "Plaintiffs") filed suit on behalf of themselves and a purported class,

and they named Cognard as a defendant in the complaint.  Id. at Complaint (Docket #1).  On July

11, 2007, summons were issued for Cognard.  See Ex. 1 (Docket #4) (7/11/07).  Accordingly, the

120-day time period for service of process was set to expire on October 19, 2007.  See

Fed.R.Civ.P. 4(m).  The time period prescribed by Rule 4(m) lapsed over six months ago, and

plaintiffs have not sought to extend it.  See generally Exhibit 1.  On January 23, 2008, the United

States Judicial Panel on Multidistrict Litigation issued its Transfer Order designating the United

States District Court for the Southern District of Florida (Graham, J.) as the appropriate court for

the marine hose antitrust litigation, MDL No. 1888.  See MDL Docket, In re: Marine Hose

Antitrust Litigation, 1:08-md-01888-DLG (Docket #1).  The 21592 Docket contains no return of

service for Cognard in this case.  See generally Ex. 1 (containing affidavits of service for other

defendants but not Cognard).  The MDL Docket likewise reflects no return of service for

Cognard in this case.  See generally MDL Docket.

      The MDL Court issued Pretrial Order No. 1 requiring plaintiffs to file a consolidated

amended complaint on March 24, 2008 as contemplated at a February 27, 2008 status

conference.  See Pretrial Order No. 1 at ¶ 22 (Docket # 22) (3/4/08).  Cognard was also not

served with the Consolidated Complaint either, and notwithstanding his counsel's recent entry of

appearance in this case, he continues to be omitted from service lists or consulted prior to court

filings.[1]  Cf. Notice of Attorney Appearance on behalf of Cognard (Docket # 89) (4/23/08) with

Unopposed Motion and Notice (Docket # 100 & 101) (omitting Cognard entirely).

      To date, Mr. Cognard has not been served with the summons and complaint in this action.

The 21592 Docket is devoid of any proof of service or return of service as to Cognard.  See

generally Ex. 1 (no return of service for Cognard).  Nor has there been any service of process on

Mr. Cognard since this case was transferred to MDL proceedings.

---

[1]  Pretrial Order No. 1 also required defendants to respond to the Consolidated Complaint on April 23, 2008.
Cognard moved for a ten-day extension of time to respond because he was not served with the Consolidated
Complaint and needed to confer with his counsel who were only recently retained in this matter.  See Notice of

I.      **THE COURT SHOULD QUASH THE SUMMONS AND DISMISS THIS CASE FOR LACK OF SERVICE OF PROCESS**

Rule 4(m) of the Federal Rules of Civil Procedure states:

**(m) Time Limit for Service.**  If service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice or direct that service be effected within a specified time; provided that if the plaintiff shows good cause for the failure, the court shall extend the time for service for an appropriate period.  This subdivision does not apply to service in a foreign country pursuant to subdivision (f) or (j)(1).

Fed.R.Civ.P. 4(m).  Whether or not to grant an extension for service of process lies within the court's discretion.  Horenkamp v. Van Winkle & Co., 402 F.3d 1129, 1132-33 (11th Cir. 2005) (other factors such as statute of limitations may justify an extension even in absence of good cause); accord Abele v. Hernando County, 161 Fed.Appx. 809, 812-13 (11th Cir. 2005) (unpublished opinion) (negligence does not justify extension) (dismissing complaint which had not been served 148 days after filing).

In this case, the 120-day time period from the filing of the complaint lapsed on October 19, 2007.  Although nearly seven months have passed since this deadline, Plaintiffs have made no request to extend it.  Nor have Plaintiffs made any showing of good cause or other acceptable justification as to why they have not served Cognard with process.  They have instead proceeded with prosecuting the case without Cognard as a party.  See, e.g., Consolidated Complaint (Docket #79) (3/24/08); Joint Pretrial Scheduling Submission (omitting Cognard) (Docket #101) (4/30/08).  Accordingly, this Court should quash the summons as to Cognard and dismiss this case against him.

---

Appearance (Docket #89) (4/23/08); Unopposed Motion for Extension of Time to File Answer or Responsive Pleading (Docket # 91) (4/23/08).

## <u>CONCLUSION</u>

For the reasons set forth herein, Cognard moves the Court to dismiss this action against him.  Cognard has not been served with process or even the Consolidated Complaint.  There is no good cause or other justification shown for the failure to perfect service of process on Cognard.  Nor have Plaintiffs requested an extension of time to do so despite their October 19, 2007 deadline.  This Court should exercise its discretion and dismiss this case as to Cognard.  Accordingly, Cognard asks that the Court dismiss this case, grant him his attorneys' fees, litigation expenses, costs, and interest, and award him such other relief as the Court deems proper.  A proposed form of order is attached.

DATED: May 5, 2008

Respectfully submitted,

By: _____/s/ Daniel A. Lurvey_____
　　　DANIEL A. LURVEY, ESQ.
　　　Florida Bar No. 818070

By: _____/s/  Christohper G. Lyons_____
　　　CHRISTOPHER G. LYONS, ESQ.
　　　Florida bar No. 985457

**Lyons & Lurvey, P.A.**
175 Southwest 7th Street
Suite 2009
Miami, Florida 33130
Telephone: (305) 379-5554
Facsimile:
dlurvey@llpalaw.com
clyons@llpalaw.com
Attorneys for Jacques Cognard

Lisa Zeiler Joiner
Alexandre H. René
Kimberly S. Walker
**Fulbright & Jaworski L.L.P.**
801 Pennsylvania Ave., N.W.

Washington, D.C. 20005
Telephone: (202) 662-0200
Facsimile: (202) 662-4643
ljoiner@fulbright.com
arene@fulbright.com
kwalker@fulbright.com
Attorneys for Jacques Cognard

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**MASTER DOCKET NO. 08-MDL-1888-GRAHAM/O'SULLIVAN**

_____

**IN RE MARINE HOSE ANTITRUST**
**LITIGATION**

_____

**THIS DOCUMENT RELATES TO:**

**SHIPYARD SUPPLY, LLC.,**

                            **Plaintiffs,**

**v.**

**BRYAN ALLISON, et al.**

                            **Defendants.**

                            **Case No. 1:07-cv-21592**

_____

## ORDER

       Upon consideration of Defendant Cognard's Motion to Dismiss for Lack of Service ("Motion"), the response thereto, and all other premises considered, it is for good cause shown on this _____ day of May, 2008, hereby

       **ORDERED** that the Motion is **GRANTED**, and

       **FURTHER ORDERED** that this case is dismissed as to Defendant Jacques Cognard for lack of service of process; and it is

       **FURTHER ORDERED** that Defendant Jacques Cognard shall have to and until _____, 2008 to prepare and submit his request for costs and fees.

                            _____

                                Judge Donald L. Graham

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**


**MASTER DOCKET NO. 08-MDL-1888-GRAHAM/O'SULLIVAN**

_____

**IN RE MARINE HOSE ANTITRUST
LITIGATION**


_____

**THIS DOCUMENT RELATES TO:**

**SHIPYARD SUPPLY, LLC.,**                                    **Case No. 1:07-cv-21592**

                    **Plaintiffs,**

**v.**

**BRYAN ALLISON, et al.**

                    **Defendants.**
_____

## CERTIFICATE OF SERVICE

       I hereby certify that on this  5th  day of May, 2008, a true and correct copy of the foregoing **Motion to Dismiss for Lack of Service** was electronically filed with the Clerk of the Court using CM/ECF.  I also certify the foregoing document is being served upon all counsel of record identified on the attached service list in the manner specified, either via Notice of Electronic Filing generated by CM/ECF or in another authorized manner for those counsel or parties not authorized to receive Notice of Electronic Filing.

                                         /s/ Daniel A. Lurvey_____
                                    Daniel A. Lurvey
                                    Florida Bar No. 818070
                                    Christopher G. Lyons
                                    Florida Bar No. 985457
                                    Lyons & Lurvey, P.A.
                                    1200 Brickell Avenue, Suite 1620
                                    Miami, FL 33131
                                    Telephone:  (305) 379-5554
                                    dlurvey@llpalaw.com
                                    clyons@llpalaw.com
                                    Attorneys for Jacques Cognard

**MASTER DOCKET NO. 08-MDL-1888-GRAHAM/O'SULLIVAN**

<u>SERVICE LIST</u>

**Gregory S. Asciolla**
**Hollis Lee Salzman**
Labaton Sucharow LLP
140 Broadway
New York, NY 10005
212-907-0700
212-818-0477 (fax)
gasciolla@labaton.com
hsalzman@labaton.com
Counsel for Plaintiff **Bayside Rubber & Products, Inc.**

**Bruce E. Gerstein**
**Jan Bartelli**
**Kevin S. Landau**
Garwin Gerstein & Fisher LLP
1501 Broadway, Suite 1416
New York, NY 10036
212-398-0055 (phone)
212-764-6620 (fax)
bgerstein@garwingerstein.com
jbartelli@garwingerstein.com
klandau@garwingerstein.com
Counsel for Plaintiff **Expro Gulf Limited**

**Joshua R. Carver**
**Gregory P. Hansel**
**Randall B. Weill**
Preti Flaherty Beliveau & Pachios LLP
One City Center, PO Box 9546
Portland, ME 04112-9546
207-791-3000
207-791-3111 (fax)
jcarver@preti.com
ghansel@preti.com
rweill@preti.com
Counsel for Plaintiff **Shipyard Supply, LLC**

**Jeffrey A. Kimmel**
Meister Seelig & Fein LLP
2 Grand Central Tower 19th Floor
140 E 45th Street

75259094.1

New York, NY 10017
212-655-3578 (phone)
212-655-3535 (fax)
jkimmel@meisterseelig.com
Counsel for Defendant **Bridgestone Industrial Products America, Inc.**

**Alain E. Boileau**
**Robert Hunt Schwartz**
Adorno & Yoss
888 SE 3rd Avenue, Suite 500
Fort Lauderdale, FL 33335-9002
954-523-5885 (phone)
760-9531 (fax)
aeb@adorno.com
rhs@adorno.com
Counsel for Defendant **Bridgestone Industrial Products America, Inc.**

**Leiv Blad**
**Boyd Cloern**
Clifford Chance US LLP
2001 K Street
Washington, DC 20006
202-912-5000 (phone)
leiv.blad@cliffordchance.com
boyd.cloern@cliffordchance.com
Counsel for Defendant **Bridgestone Corporation**

**David L. Cook**
Clifford Chance US LLP
31 West 52nd Street
New York, NY 10019-6131
212-878-8074 (phone)
878-8375 (fax)
david.cook@cliffordchance.com
Counsel for Defendant **Bridgestone Corporation**

**Hal D. Hardin**
**Harold Richard Donnelly**
211 Union Street, Suite 200
Nashville, TN 37201
615-369-3377 (phone)
615-369-3344 (fax)
halhardin@aol.com
donnelly77@comcast.net
Counsel for Defendant **Bridgestone Industrial Products America, Inc.**

**Peter W. Homer**
**Gregory J. Trask**
Homer & Bonner
1441 Brickell Avenue
Four Seasons Tower Suite 1200
Miami, FL 33131
305-350-5100 (phone)
372-2738 (fax)
phomer@homerlaw.com
gtrask@homerbonnerlaw.com
Counsel for  Defendant **Bridgestone Corporation**

**James Weidner**
Clifford Chance US LLP
31 West 52nd Street
New York, NY 10019-6131
212-878-8000 (phone)
878-8375 (fax)
james.weidner@cliffordchance.com
Counsel for Defendant **Bridgestone Corporation**

**R. Bruce Holcomb**
**James R. Martin**
**Christopher Fitzgerald Branch**
**Ann-Marie Luciano**
Dickstein Shapiro LLP
1825 Eye Street NW
Washington, DC 20006-5403
202-420-2200 (phone)
holcombb@dicksteinshapiro.com
martinj@dicksteinshapiro.com
branchc@dicksteinshapiro.com
lucianoa@dsmo.com
Counsel for Defendants **Dunlop Oil & Marine LTD., Bryan Allison, and David Brammar**

**Richard Aldo Serafini**
Greenberg Traurig
401 E Las Olas Boulevard, Suite 2000
Fort Lauderdale, FL 33301
954-768-8256 (phone)
765-1477 (fax)
serafinir@gtlaw.com
Counsel for Defendants **Dunlop Oil & Marine LTD., Bryan Allison, and David Brammar**

**Alan Graham Greer**
Richman Greer Weil Brumbaugh Mirabito & Christensen

201 S Biscayne Boulevard, Suite 1000
Miami, FL 33131
305-373-4000 (phone)
373-4099 (fax)
agreer@richmangreer.com
Counsel for Defendants **Manuli Oil & Marine (USA),Inc., and Manuli Rubber Industries S.p.A.**

**Fern Mechlowitz**
**Robert M. Osgood**
**Daniel A. Goldschmidt**
Sullivan & Cromwell LLP
1 New Fetter Lane
London EC4A 1AN
ENGLAND
mechlowitzf@sullcrom.com
osgoodrm@sullcrom.com
goldschmidtd@sullcrom.com
Counsel for Defendants **Manuli Oil & Marine (USA),Inc., and Manuli Rubber Industries S.p.A.**

**Lyle Eric Shapiro**
Richman Greer, P.A.
201 S Biscayne Boulevard, Suite 1000
Miami, FL 33131
305-373-4030 (phone)
373-4099 (fax)
lshapiro@richmangreer.com
Counsel for Defendants **Manuli Oil & Marine (USA),Inc., and Manuli Rubber Industries S.p.A.**

**Jeffrey Allan Sudduth**
Legon Ponce & Fodiman PA
1111 Brickell Avenue
Suite 2150
Miami, FL 33131
305-444-9991 (phone)
444-9937 (fax)
jsudduth@lpflaw.com
Counsel for Defendants **Parker Hannafin Corp., and Parker ITR srl**

**Sacha Aaron Boegem**
Jones Day
222 E 41st Street
New York, NY 10017
212-326-3892 (phone)

212-755-7306 (fax)
saboegem@jonesday.com
Counsel for **Defendant Parker ITR srl**

**Carmen Guerricagoitia McLean**
**John Michael Majoras**
Jones Day
51 Louisiana Avenue NW
Washington, DC 20001-2113
202-879-3939 (phone)
202-626-1700 (fax)
cgmclean@jonesday.com
jmmajoras@jonesday.com
Counsel for Defendants **Parker Hannafin Corp., and Parker ITR srl**

**Walter M. Berger**
Howrey LLP
111 Louisiana, 25th Floor
Houston, TX 77002-5242
bergerc@howrey.com
Counsel for Defendant **Trelleborg Industrie, S.A.S.**

**Roxann E. Henry**
**Christina Guerola Sarchio**
**Richard E. DiZinno**
**James G. Kress**
Howrey LLP
1299 Pennsylvania Avenue NW
Washington, DC 20004-2402
202-383-6725 (phone)
202-383-6610 (fax)
henryr@howrey.com
sarchiochristina@howrey.com
dizinnor@howrey.com
kressj@howrey.com
Counsel for Defendant **Trelleborg Industrie, S.A.S.**

**David G. Meyer**
Howrey LLP
550 S Hope Street, Suite 1100
Los Angeles, CA 90071
213-892-1928 (phone)
213-892-2300 (fax)
Counsel for Defendant **Trelleborg Industrie, S.A.S.**

**Benedict P. Kuehne**
**Susan Dmitrovsky**
Law Office of Benedict P. Kuehne, P.A.
Bank of America Tower
100 SE 2nd Street, Suite 3550
Miami, FL 33131-2154
305-789-5989 (phone)
305-789-5987 (fax)
ben.kuehne@kuehnelaw.com
dmitrovsky@sk-lawyers.com
Counsel for Defendant **Trelleborg Industrie, S.A.S.**

**Paul M. Alfieri**
**Joseph P. Armao**
**Robert Harrison Bell**
**Benjamin D. Singer**
**Danielle Randazzo**
 Linklaters LLP
1345 Avenue of the Americas
New York, NY 10105
212-903-9000 (phone)
212-903-9100 (fax)
paul.alfieri@linklaters.com
joseph.armao@linklaters.com
robert.bell@linklaters.com
ben.singer@linklaters.com
danielle.randazzo@linklaters.com
Counsel for Defendant **Yokohama Rubber Co., Ltd.**

**Bryan Robert Cleveland**
Gilbride Heller & Brown PA
2 S Biscayne Boulevard
One Biscayne Tower 15th Floor
Miami, FL 33131
305-358-3580
305-374-1756 (fax)
Bcleveland@ghblaw.com
Counsel for Defendant **Yokohama Rubber Co., Ltd.**

**Donald C. Klawiter**
**Jennifer Marie Driscoll**
Mayer Brown LLP
1909 K Street NW, Suite 804
Washington, DC 20006
202-263-3393 (phone)
202-762-4297 (fax)

dklawiter@mayerbrown.com
jdriscoll@mayerbrown.com
Counsel for Defendant **Christian Caleca**

**Richard Marc Steuer**
Mayer Brown & Platt
1675 Broadway
New York, NY 10019-5820
212-506-2500 (phone)
212-262-1910 (fax)
rsteuer@mayerbrown.com
Counsel for Defendant **Christian Caleca**

**Michael Abram Rosen**
Fowler Rodriquez LLP
355 Alhambra Circle, Suite 801
Coral Gables, FL 33134
786-364-8400 (phone)
786-364-8401 (fax)
mrosen@frc-law.com
Counsel for Defendant **Christian Caleca**

**Jeffrey Bruce Crockett**
Coffey Burlington
Penthouse
2699 South Bayshore Drive
Miami, FL 33133
305-858-2900 (phone)
305-858-5261 (fax)
jcrockett@coffeyburlington.com
Counsel for Defendant **Misao Hioki**

**David Ian Horowitz**
Kirkland & Ellis
153 E 53rd Street
New York, NY 10022-4611
212-446-4729 (phone)
212-446-6460 (fax)
dhorowitz@kirkland.com
Counsel for Defendant **Misao Hioki**

**Christopher T. Casamassima**
Kirkland & Ellis
777 S Figueroa Street, Suite 3700
Los Angeles, CA 90017
213-680-8400 (phone)

ccasamassima@kirkland.com
Counsel for Defendant **Misao Hioki**

**James H. Mutchnik**
Kirkland & Ellis
200 E Randolph Drive, Suite 6048
Chicago, IL 60601
jmutchnik@kirkland.com
Counsel for Defendant **Misao Hioki**

**Matthew Thomas Davidson**
Carlton Fields, P.A.
100 S.E. 2nd Street, Suite 4000
Miami, FL 33131
305-350-0050 (phone)
305-530-0055 (fax)
mdavidson@carltonfields.com
Counsel for Defendant **Val M Northcutt**

**Walter J. Tache**
Carlton Fields
4000 International Place
100 S.E. Second Street
Miami, FL 33131-2114
305-530-0050 (phone)
530-0055 (fax)
wtache@carltonfields.com
Counsel for Defendant **Val M Northcutt**

**Gerald Edward Greenberg**
Stearns Weaver Miller Weissler Alhadeff & Sitterson
Museum Tower
150 West Flagler Street, Suite 2200
Miami, FL 33130
305-789-3200 (phone)
789-3395 (fax)
ggreenberg@swmwas.com
Counsel for Defendant **Francesco Scaglia**

**Jay Brian Shapiro**
Stearns Weaver Miller Weissler Alhadeff & Sitterson
150 W Flagler Street, Suite 2200
Miami, FL 33130
305-789-3229 (phone)
789-3395 (fax)

jshapiro@swmwas.com
Counsel for Defendant **Francesco Scaglia**

**James M. Griffin**
**Diana J. Pomeranz**
**Kevin R. Sullivan**
King & Spalding LLP
1700 Pennsylvania Avenue NW
Washington, DC 20006
202-626-5440 (phone)
jgriffin@kslaw.com
dpomeranz@kslaw.com
ksullivan@kslaw.com
Counsel for Defendant **Vanni Scodeggio**

**Marc David Seitles**
Marc D Seitles
169 E Flagler Street, Suite 1200
Miami, FL 33131
305-379-6667 (phone)
379-6668 (fax)
mseitles@seitleslaw.com
Counsel for Defendant **Vanni Scodeggio**

75259094.1