UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
MASTER DOCKET NO. 08-MDL-1888-GRAHAM/TORRES[1]

IN RE MARINE HOSE ANTITRUST
LITIGATION

THIS DOCUMENT RELATES TO:

**ALL ACTIONS**

## PRETRIAL ORDER NO. 2
### SETTING PRETRIAL CONFERENCE AND TRIAL DATES

This cause came before the Court sua sponte. It is hereby **ORDERED AND ADJUDGED** as follows:

1. The trial of this cause is set and placed on the two-week trial calendar beginning **May 11, 2009**.

2. **The pretrial conference will be held in person at 3:00 p.m. on April 8, 2009 at the Wilkie D. Ferguson, Jr. United States Courthouse, 400 North Miami Avenue, Courtroom 13-4, 13th Floor, Miami, Florida 33128-1812. All counsel shall be present.**

3. The call of the calendar will be held **telephonically** at 3:00 p.m. on **May 6, 2009**. No counsel shall appear in person. Instead, counsel shall contact the Court by calling the following toll-free number, 1-866-208-6278 at 3:00 P.M. on May 6, 2009 (Conference ID # 35505940).

---

[1] As of April 1, 2008, the Magistrate Judge pairing is Graham/Torres.

4. The trial will be held at the **Wilkie D. Ferguson, Jr. United States Courthouse** located at the address noted in paragraph 2 above.

5. Counsel must meet prior to the pretrial conference to confer on the preparation of a **Joint** Pretrial Stipulation. With respect to Pretrial Stipulation submissions regarding expert witnesses, the parties are referred to Local Rule 16.1(K). **Failure to file a Joint Pretrial Stipulation on or before the date set forth below shall be grounds for dismissal.**

6. The original and one copy of a Joint Pretrial Stipulation must be filed on or before the date set forth below and shall conform to Local Rule 16.1(E). **The Court will not allow Unilateral Pretrial Stipulations.**

7. In cases tried before a jury, each party shall file a copy of the proposed voir dire questions on or before the date set forth below. In addition, the parties shall file jury instructions and verdict forms on or before the date set forth below. In order to file jury instructions and verdict forms, the parties must do the following:

> (1) confer on the preparation of Joint Jury Instructions and a Joint Verdict Form. From their conference, the parties shall timely file a set of Proposed Joint Jury Instructions and a Proposed Joint Verdict Form; and
>
> (2) to the extent that the parties cannot agree on

certain instructions or certain portions of the verdict form, they may file their own set of Proposed Jury Instructions or a Proposed Verdict Form.

8. All proposed <u>joint</u> and <u>separate</u> jury instructions and <u>joint</u> and <u>separate</u> verdict forms must be filed with the Court on or before the date set forth below.

9. Each jury instruction shall be typed on a separate sheet and shall be drafted from the U.S. Eleventh Circuit <u>Pattern Jury Instructions - Civil Cases</u> (West) or Devitt, Blackmar's <u>Federal Jury Practice and Instructions - Civil</u> (West).

10. **Failure to timely file jury instructions and verdict forms as directed above shall be grounds for sanctions, including dismissal.**

11. In cases tried before the Court, each party shall file Proposed Findings of Fact and Conclusions of Law on or before the date set forth below. In order to file Proposed Findings of Fact and Conclusions of Law, the parties must do the following:

> (1) meet to confer on the preparation of Joint Proposed Findings of Fact and Conclusions of Law. From their conference, the parties shall timely file a set of Proposed Joint Findings of Fact and Conclusions of Law; and
>
> (2) to the extent that the parties cannot agree on certain Findings of Fact and Conclusions of Law, they may

file their own set of proposed Findings of Fact and Conclusions of Law.

12. All proposed <u>joint</u> and <u>separate</u> Findings of Fact and Conclusions of Law must be filed with the Court on or before the date set forth below. Proposed Conclusions of Law shall be supported by citations of authority.

13. **Failure to timely file Findings of Fact and Conclusions of Law as directed above shall be grounds for sanctions, including dismissal.**

14. Each counsel shall provide the Court with a copy of the following motions and responses in Wordperfect format: (1) dispositive motions; (2) proposed jury instructions and verdict forms; (3) proposed findings of fact and conclusions of law; and (4) proposed substantive orders. The motions and responses shall be forwarded separately to this Division's NEF (Notice of Electronic Filing) Account. The e-mail subject line and the name of the attachment should include the case number, reference the docket entry number, followed by a short description of the attachment (e.g., 08-cv-xxxxx Order on _____) to graham@flsd.uscourts.gov. No rebuttals or surreplies are permitted unless expressly authorized by the Court.

15. A Motion for Continuance shall not stay the requirement for the filing of a Joint Pretrial Stipulation and, unless an emergency situation arises, a Motion for Continuance will not be

considered unless it is filed at least twenty (20) days prior to the date on which the trial calendar is scheduled to commence. The pretrial conference and trial will not be continued except upon a showing of exceptional need.

16. All Notices of Conflict shall include a statement detailing the dates the cases were scheduled for trial. Under existing policies and agreements between the state and federal courts of Florida, the judge who enters the first written order scheduling a case for trial on a date set, has priority over the service of the attorney so scheduled for the date set. See Krasnow v. Navarro, 909 F.2d 451 (11th Cir. 1990).

17. It shall be the duty of the attorneys herein to ensure that no other judge schedules them for a trial that impacts upon or conflicts with the date set forth above. If any counsel receives a written notice of a trial from another judge, in either state or federal court, that in any way conflicts with this trial scheduled setting, it is the obligation of that attorney to notify that judge immediately so that the judge may reschedule his or her calendar, thus leaving counsel conflict free for this case.

18. For all motions requesting extensions of time, the moving party should type on the middle right hand side of the pleading, the deadline for filing motions, the date of the pretrial conference, calendar call and trial period, if applicable. Also, advise the number of times requests for extensions of time have

been filed and whether the motion has been referred to the Magistrate Judge. A sample format appears below. Motions without this information will be summarily denied.

```
┌─────────────────────────────────────────────────────────────────────┐
│                    UNITED STATES DISTRICT COURT                     │
│                    SOUTHERN DISTRICT OF FLORIDA                     │
│                    _____ DIVISION                              │
│                    CASE NO. 0x-xxxxx-CIV-GRAHAM                     │
│                                                                     │
│ A,                                                                  │
│                                                                     │
│      Plaintiff,                                                     │
│                                  Deadline to file motions: xx/xx/xx │
│                                  Pretrial Conference:      xx/xx/xx │
│                                  Calendar Call:            xx/xx/xx │
│ B,                               Trial Period:             xx/xx/xx │
│                                  No. of extension requests: _____ │
│      Defendant.                  Referred to Magistrate: Yes/No     │
│ _____/                                          │
│                                                                     │
│                       MOTION FOR EXTENSION OF TIME                  │
└─────────────────────────────────────────────────────────────────────┘
```

19. All motions for extensions of time shall be accompanied by a proposed order. Counsel are reminded to comply with Local Rule 7.1(A)(3) and CM/ECF Administrative Procedures. The proposed Order shall be forwarded separately to this Division's NEF (Notice of Electronic Filing) Account. The e-mail subject line and the name of the attachment should include the case number, followed by a short description of the attachment (e.g., 08-xxxxx Order on _____) to graham@flsd.uscourts.gov.

20. **A PENDING MOTION TO DISMISS SHALL NOT STAY DISCOVERY UNLESS THE COURT GRANTS A STAY OF RELIEF.**

21. Non-compliance with any provision of this Order may

subject the offending party to sanctions or dismissal. It is the duty of all counsel to enforce the timetable set forth herein in order to insure an expeditious resolution of this cause.

22. <u>Use of Depositions as Substantive Evidence</u>. If a deposition is to be used as <u>substantive evidence</u>, the party wishing to do so must designate by line and page reference those portions in writing. The designations must be served on opposing counsel at least 10 days prior to the pretrial conference. The adverse party shall serve and file, within three days thereafter, his objections, if any, to the designations, including "any other part which ought in fairness to be considered with the part introduced." <u>See</u> <u>Fed R. Civ. P.</u> 32(a)(4).

23. All exhibits must be pre-marked. The Plaintiff shall mark its exhibits numerically. Defendant shall mark its exhibits alphabetically. A typewritten exhibit list setting forth the number, or letter, and description of each exhibit must be submitted at the time of trial. The exhibit list must be set forth in the form of the Exhibit List found on this Court's website, under Forms, AO-187 and AO-187A.

24. The following timetable shall govern the pretrial procedure in this case. To the extent that dates are not specified herein, the parties may proceed as mutually agreed upon. Nevertheless, this schedule shall not be modified absent compelling circumstances.

| | |
|---|---|
| May 19, 2008 | Commencement of discovery relating to class certification. |
| July 21, 2008 | Deadline to complete discovery relating to class certification. |
| August 4, 2008 | Deadline for (i) Joinder of Additional Parties and Amended Pleadings; (ii) Motion for Class Certification and (iii) exchange of initial expert reports regarding class certification. |
| August 14, 2008 | Deadline to (i) file a response to the Motion for Class Certification and (ii) exchange rebuttal expert reports regarding class certification. |
| August 15, 2008 | Commencement of discovery regarding any non-privileged matter that is relevant to any party's claim or defense. |
| August 21, 2008 | Deadline to (i) file a reply to the Motion for Class Certification and (ii) exchange reply expert reports regarding class certification. |
| September 14, 2008 | Telephonic Status Conference. Details noted in paragraph 27. |
| December 22, 2008 | Deadline to exchange expert witness information pursuant to Local Rule 16.1(K). Only those expert witnesses who have been properly identified and who have exchanged information in compliance with Local Rule 16.1(K) shall be permitted to testify. |
| January 14, 2009 | Deadline to exchange rebuttal expert witness information |

|  |  |
|---|---|
|  | pursuant to Local Rule 16.1(K). Only those rebuttal expert witnesses who have been properly identified and who have exchanged information in compliance with Local Rule 16.1(K) shall be permitted to testify |
| January 14, 2009 | Telephonic Status Conference. Details noted in paragraph 27. |
| February 9, 2009 | All discovery must be completed. |
| February 16, 2009 | All Pretrial Motions and Memoranda of Law must be filed. |
| March 30, 2009 | Joint Pretrial Stipulation must be filed. |
| April 8, 2009 | Pretrial Conference as noted above. |
| April 29, 2009 | Jury Instructions and Verdict Forms or Proposed Findings of Fact and Conclusions of Law and Proposed voir dire questions. |
| May 6, 2009 | Calendar Call as noted above. |

28. All pretrial Motions in Limine shall be filed not later than twelve (12) days prior to the scheduled Calendar Call. All oppositions to Motions in Limine must be filed seven (7) days prior to the scheduled Calendar Call.

25. In order to facilitate the accurate transcription of the trial proceeding, the parties shall mail to Carleen Horenkamp, the Court's Official Court Reporter, at 400 North Miami Avenue, Chambers 13-4, Miami, FL 33128-1812, a copy of (1) the witness and

exhibit lists and (2) a designation of unique proper nouns/names which may be raised at trial, to be received no later than five (5) days prior to the scheduled trial period.

26. If the case is settled, counsel are directed to inform the Court promptly at (305) 523-5130 and to submit an appropriate Order for Dismissal, pursuant to Fed.R.Civ.P. 41(a)(1). Such Order must be filed within ten (10) days of notification of settlement to the Court.

27. **The Court shall conduct telephonic status conferences on the following Wednesdays: September 10, 2008 and January 14, 2009. Counsel shall contact the Court by calling the following toll-free number 1-866-208-6278 at 3:00 pm, on September 10, 2008 (Conference ID # 3214379) and January 14, 2009 (Conference ID # 35504337).**

**DONE AND ORDERED** in Chambers at Miami, Florida, this 16th day of May, 2008.

/s/ Donald L. Graham
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record