UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

MASTER DOCKET NO. 08-MDL-1888-GRAHAM/TORRES

----------------------------------------------------------------x
                                                                )
IN RE MARINE HOSE ANTITRUST                                     )
LITIGATION                                                      )
                                                                )
                                                                )
_____                          )
                                                                )
THIS DOCUMENT RELATES TO:                                       )
                                                                )
ALL ACTIONS                                                     )
                                                                )
----------------------------------------------------------------x

PURSUANT TO THE STIPULATION, IT IS HEREBY ORDERED:

The Court: (1) appoints __Brian F. Spector__ as Special Master; (2) appoints Greenberg Traurig and Dickstein Shapiro as Defense Liaison Counsel; and (3) extends the deadline for the parties to exchange initial disclosures, pursuant to Fed.R.Civ.P. 26(a), until June 16, 2008.

Dated: May 30, 2008

_s/ Donald L. Graham_
Donald L. Graham
United States District Judge