UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
MASTER DOCKET NO. 08-MDL-1888-GRAHAM/TURNOFF

IN RE MARINE HOSE ANTITRUST
LITIGATION

THIS DOCUMENT RELATES TO:

**ALL ACTIONS**

## ORDER

**THIS CAUSE** comes before the Court upon a review of the record.

On June 2, 2008, this Court appointed Brian F. Spector, Esq., as a Special Master in this cause pursuant to Federal Rule of Civil Procedure 53 [see D.E. 131]. Rule 53(b)(3) provides that, prior to the appointment of a special master, the master file an affidavit disclosing whether there are any grounds for disqualification under 28 U.S.C. § 455. In this case, the parties collectively submitted the name of Brian F. Spector, Esq., as one of the candidates who may perform the duties of a special master and, based thereon, he was appointed. To satisfy the disclosure requirements of Rule 53, within ten (10) days from the date hereof, Brian F. Spector, Esq., shall file an affidavit in accordance with Rule 53(b)(3). Should there be any grounds for disqualification, the parties shall respond within ten (10) days from the date of the filing of the affidavit and, pursuant to Rule 53(a)(2), indicate whether the parties consent to the appointment of the special master irrespective of any potential grounds for disqualification.

Furthermore, in accordance with Rule 53(b)(2), it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Special Master shall perform such duties as the Court may deem appropriate for referral during the course of these proceedings, including without limitation such pretrial and postrial matters that cannot be effectively and timely addressed by this Court or the Magistrate Judge in this cause.

2. The Special Master shall perform his duties with all reasonable diligence and shall take all measures necessary and proper for the efficient performance of his duties.

3. The Special Master shall not engage in ex parte discussions with the parties, absent notification and concurrence by the parties concerned.

4. Orders or reports by the Special Master shall be made in accordance with Federal Rule of Civil Procedure 53(d) and (e).

5. The Special Master shall be compensated on such basis as may be agreed to in writing by the parties and the Special Master.

6. To the extent not set forth herein, the appointment of the Special Master is governed by Federal Rule of Civil Procedure 53.

7. The parties are also on notice that it is the Court's desire to have Brian F. Spector, Esq., serve as a mediator in this cause. As the matter is in the relatively early stages, however, the Court will reserve appointing a mediator at this time and shall make a mediator selection as the matter progresses and upon further consultation with the parties. Mediation must ultimately be completed no later than forty (40) days before the scheduled trial date.

8. The Clerk of Court shall forthwith furnish the Special Master with a copy of this Order at the following address: Brian F. Spector, Brian F. Spector LLC, P.O. Box 566206, Miami, FL 33256-6206, email: brian@bspector.com.

9. To the extent that the Special Master is an authorized user of the Court's CM/ECF system, the Clerk of Court shall forthwith add the Special Master to the docket in this cause such that he will receive electronic notification of any filings.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 24th day of June, 2008.

DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc: Brian F. Spector, Special Master
All Counsel of Record