UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

MASTER DOCKET NO. 08-MDL-1888-GRAHAM/TURNOFF

_____

IN RE MARINE HOSE
ANTITRUST LITIGATION

_____

THIS DOCUMENT RELATES TO:

ALL ACTIONS

_____

**DECLARATION OF BRIAN F. SPECTOR**
**FILED IN ACCORDANCE WITH FED.R.CIV.P. 53**

I, Brian F. Spector, declare under penalty of perjury as follows:

1. I am providing this declaration in accordance with Rule 53 of the Federal Rules of Civil Procedure in connection with my appointment as Special Master in the Court's Orders dated May 30, 2008 [D.E. 131] and June 24, 2008 [D.E. 138].

2. I have reviewed 28 U.S.C. § 455 and do hereby swear, certify, and affirm that I know of no grounds for my disqualification from service as Special Master. However, in an abundance of caution, and in the spirit of full disclosure, I do make the following disclosures:

(a) Years ago, while I was a shareholder in the firm of Kenny Nachwalter, P.A., the firm retained Robert C. Josefsberg and his firm to represent us in connection with a fee arbitration with a former client on a matter in which I was the senior most responsible firm attorney on the file. Mr. Josefsberg and his firm appear as counsel for Plaintiffs in the case at bar.

(b) Years ago, while I was a shareholder in the firm of Kenny Nachwalter, P.A., I furnished legal advice, and thus established an attorney-client relationship, with the firm of Richman Greer, P.A., which appears as counsel for one of the Defendants in the case at bar.

(c) Years ago, while I was a shareholder in the firm of Kenny Nachwalter, P.A., I was co-counsel of record on an appeal with the firm of Mayer Brown LLP (actually one of its predecessors), which appears as counsel for one of the Defendants in the case at bar.

(d) Years ago, while I was a shareholder in the firm of Kenny Nachwalter, P.A., I was co-counsel of record and tried a case with attorneys from the firm of Jones Day, which appears as counsel for one of the Defendants in the case at bar.

(e) I have served as mediator for the following firms which appear as counsel in this case: Adorno & Yoss; Carlton Fields, P.A.; Coffey Burlington LLP; Greenberg Traurig, LLP; Homer & Bonner; Kozyak Tropin & Throckmorton, P.A.; Richman Greer, P.A.; Stearns Weaver

Miller Weissler Alhadeff & Sitterson, P.A.; and Weiss Serota Helfman Pastoriza Cole & Boniske, P.L.

(f) Consistent with 28 U.S.C. § 455(e), I am willing to serve as the Special Master in the case with the express understanding by all counsel and their respective clients that during my service as Special Master I am free to serve as a mediator in unrelated matters for any of the law firms presently appearing, or which in the future may appear, as counsel of record in the case at bar.

(g) I have friends in many of the South Florida firms which have appeared as counsel in the case at bar. These relationships will not affect my judgment or predispose me - one way or the other - on any issue which may come before me for decision, whether by order or for report and recommendation.

3. In accordance with 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 26, 2008.

_____
Brian F. Spector

Brian F. Spector, LLC • Post Office Box 566206 • Miami, Florida 33256-6206
Tel 305.666.1664 • Cell 305.613.5200 • Fax 305.661.8481 • brian@bspector.com

## Certificate of Service

**I hereby certify** that on June 26, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Brian F. Spector
brian@bspector.com
Post Office Box 566206
Miami, Florida 33256-6206
Telephone 305.666.1664
Facsimile 305.661.8481

# SERVICE LIST

In re Marine Hose Antitrust Litigation
Master Docket No. 08-MDL-1888-Graham/Turnoff
U.S. District Court, Southern District of Florida

Patrick Barrett, Esq.
pmbarrett3@barrettlawoffice.com
Alfred H. Davidson, IV, Esq.
ahdavidson@barrettlawoffice.com
Barrett Law Office PA
One Burton Hills Boulevard, Suite 380
Nashville, Tennessee 37215
Telephone 615.665.9990
Facsimile 615.665.9998
**Attorneys for Plaintiff**
**Bayside Rubber & Products, Inc.**
**[Served Via CM/ECF]**

Bruce H. Fleisher, Esq.
bfleisher@bellsouth.net
3225 Aviation Avenue
Coconut Grove, Florida 33133
Telephone 305-859-7999
Facsimile 305.285.0699
**Attorneys for Plaintiff**
**Bayside Rubber & Products, Inc.**
**[Served Via CM/ECF]**

Gaines C. McCorquodale, Esq.
tmiddletonmcc@birch.net
McCorquodale & McCorquodale
226 Commerce Street
Post Office Box 1137
Jackson, Alabama 36545
Telephone 251.246.9015
**Attorneys for Plaintiff**
**Bayside Rubber & Products, Inc.**
**[Served Via CM/ECF]**

Robert C. Josefsberg, Esq.
rjosefsberg@podhurst.com
Victor Manuel Diaz, Jr., Esq.
Vdiaz@podhurst.com
Alexander Rundlet, Esq.
arundlet@podhurst.com
Podhurst Orseck, P.A.
25 West Flagler Street, Suite 800
Miami, Florida 33130-1780
Telephone 305.358.2800
Facsimile 305.358.2382
**Attorneys for Plaintiffs**
**Bayside Rubber & Products, Inc. and**
**Shipyard Supply, LLC**
**[Served Via CM/ECF]**

M. Stephen Dampier, Esq.
stevedampier@cs.com
M. Stephen Dampier PC
14 S Section Street
Post Office Box 161
Fairhope, Alabama 36533
Telephone 251.928.9160
Facsimile 251.928.2834
**Attorneys for Plaintiff**
**Bayside Rubber & Products, Inc.**
**[Served Via CM/ECF]**

Daniel B. Scott, Esq.
danielscott@chimicles.com
Chimicles & Tikellis LLP
361 West Lancaster Avenue
Haverford, Pennsylvania 19041
Telephone 610.642.8500
Facsimile 610.649.3633
**Attorneys for Plaintiff**
**Bayside Rubber & Products, Inc.**
**[Served Via CM/ECF]**

Gregory S. Asciolla, Esq.
gasciolla@labaton.com
Hollis L. Salzman, Esq.
hsalzman@labaton.com
Labaton Sucharow LLP
140 Broadway
New York, New York 10005
Telephone 212.907.0700
Facsimile 212.818.0477
**Attorneys for Plaintiff**
**Bayside Rubber & Products, Inc.**
**[Served Via CM/ECF]**

Marvin A. Miller, Esq.
mmiller@millerlawllc.com
Lori A. Fanning, Esq.
lfanning@millerlawllc.com
Miller Law LLC
115 South LaSalle Street, Suite 2910
Chicago, Illinois 60603
Telephone 312-332-3400
**Attorneys for Plaintiff**
**Bayside Rubber & Products, Inc.**
**[Served Via CM/ECF]**

Joseph C. Kohn, Esq.
jkohn@kohnswift.com
Douglas A. Abrahams, Esq.
dabrahams@kohnswift.com
William E. Hoese, Esq.
whoese@kohnswift.com
Kohn Swift & Graf PC
1 S Broad Street, Suite 2100
Philadelphia, Pennsylvania 19107-3389
Telephone 215.238.1700
Facsimile 215.238.968
**Attorneys for Plaintiff Shipyard Supply, LLC**
**[Served Via CM/ECF]**

Joshua R. Carver, Esq.
jcarver@preti.com
Gregory P. Hansel, Esq.
ghansel@preti.com
Randall B. Weill, Esq.
rweill@preti.com
Preti Flaherty Beliveau & Pachios LLP
One City Center
Post Office Box 9546
Portland, Maine 04112-9546
Telephone 207.791.3000
Facsimile 207.791.3111
**Attorneys for Plaintiff Shipyard Supply, LLC**
**[Served Via CM/ECF]**

Adam M. Moskowitz, Esq.
AMM@kttlaw.com
Alexander Spicola Bokor, Esq.
asb@kttlaw.com
Kozyak Tropin & Throckmorton
2525 Ponce de Leon Boulevard, Suite 900
Coral Gables, Florida 33134-6036
Telephone 305.372.1800
Facsimile 305.372.-3508
**Attorneys for Plaintiff Expro Gulf Limited**
**[Served Via CM/ECF]**

Bruce E. Gerstein, Esq.
bgerstein@garwingerstein.com
Kevin S. Landau, Esq.
klandau@garwingerstein.com
Jan Bartelli, Esq.
jbartelli@garwingerstein.com
Garwin Gerstein & Fisher LLP
1501 Broadway, Suite 1416
New York, New York 10036
Telephone 212.398.0055
Facsimile 212.7646620
**Attorneys for Plaintiff Expro Gulf Limited**
**[Served Via CM/ECF]**

Susan Morgan, Esq.
morgans@phelps.com
Phelps Dunbar LLP
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130-6534
Telephone 504.566.1311
Facsimile 504.568.-9130
**Attorneys for Plaintiff Expro Gulf Limited**
**[Served Via CM/ECF]**

Richard A. Koffman, Esq.
rkoffman@cmht.com
Cohen Milstein Hausfeld & Toll
1100 New York Avenue NW
Suite 500 West Tower
Washington, DC 20005-3934
Telephone 202.408.4600
Facsimile 202.408.4699
**Attorneys for Plaintiff Weeks Marine, Inc.**
**[Served Via CM/ECF]**

Robert Gerard Eisler, Esq.
reisler@cmht.com
Seth Rich Gassman, Esq.
sgassman@cmht.com
Cohen Milstein Hausfeld & Toll PLLC
150 E 52nd Street
New York, New York 10022
Telephone 212.838.7797
Facsimile 212.838.7745
**Attorneys for Plaintiff Weeks Marine, Inc.**
**[Served Via CM/ECF]**

Donald C. Klawiter, Esq.
dklawiter@mayerbrown.com
Jennifer Marie Driscoll, Esq.
jdriscoll@mayerbrown.com
Mayer Brown LLP
1909 K Street NW, Suite 804
Washington, D.C. 20006
Telephone 202.263.3393
Facsimile 202.762.4297
**Attorneys for Defendant Christian Caleca**
**[Served Via CM/ECF]**

| | |
|---|---|
| Michael Abram Rosen, Esq.<br>mrosen@frc-law.com<br>Fowler Rodriquez LLP<br>355 Alhambra Circle, Suite 801<br>Coral Gables, Florida 33134<br>Telephone 786.364.8400<br>Facsimile 786.364.8401<br>**Attorneys for Defendant Christian Caleca**<br>**[Served Via CM/ECF]** | Carmen Guerricagoitia McLean, Esq.<br>cgmclean@jonesday.com<br>John Michael Majoras, Esq.<br>jmmajoras@jonesday.com<br>Jones Day<br>51 Louisiana Avenue N.W.<br>Washington, D.C. 20001-2113<br>Telephone 202.879.3939<br>Facsimile 202.626.1700<br>**Attorneys for Defendants Parker Hannafin Corp. and Parker ITR srl**<br>**[Served Via CM/ECF]** |
| Jeffrey Allan Sudduth, Esq.<br>jsudduth@lpflaw.com<br>Legon Ponce & Fodiman P.A.<br>1111 Brickell Avenue, Suite 2150<br>Miami, Florida 33131<br>Telephone 305.444.9991<br>Facsimile 305.444.9937<br>**Attorneys for Defendant Parker Hannafin Corp. and Parker ITR srl**<br>**[Served Via CM/ECF]** | Alain E. Boileau, Esq.<br>aeb@adorno.com<br>Robert Hunt Schwartz, Esq.<br>rhs@adorno.com<br>Adorno & Yoss<br>888 S.E. 3rd Avenue, Suite 500<br>Fort Lauderdale, Florida 33335-9002<br>Telephone 954.523.5885<br>Facsimile 954.760.9531<br>**Attorneys for Defendant Bridgestone Industrial Products America, Inc.**<br>**[Served Via CM/ECF]** |
| Hal D. Hardin, Esq.<br>halhardin@aol.com<br>211 Union Street, Suite 200<br>Nashville, Tennessee 37201<br>Telephone 615.369.3377<br>Facsimile 615.369.3344<br>**Attorneys for Defendant Bridgestone Industrial Products America, Inc.**<br>**[Served Via CM/ECF]** | Harold Richard Donnelly, Esq.<br>donnelly77@comcast.net<br>211 Union Street, Suite 200<br>Nashville, Tennessee 37201<br>Telephone 615.620.3277<br>Facsimile 615.369.3344<br>**Attorneys for Defendant Bridgestone Industrial Products America, Inc.**<br>**[Served Via CM/ECF]** |
| Jeffrey A. Kimmel, Esq.<br>jkimmel@meisterseelig.com<br>Meister Seelig & Fein LLP<br>2 Grand Central Tower 19th Floor<br>140 East 45th Street<br>New York, New York 10017<br>Telephone 212.655.3578<br>Facsimile 212.655.3535<br>**Attorneys for Defendant Bridgestone Industrial Products America, Inc.**<br>**[Served Via CM/ECF]** | Christopher T. Casamassima, Esq.<br>ccasamassima@kirkland.com<br>Kirkland & Ellis<br>777 S Figueroa Street, Suite 3700<br>Los Angeles, California 90017<br>Telephone 213.680.8400<br>**Attorneys for Defendant Misao Hioki**<br>**[Served Via CM/ECF]** |

| | |
|---|---|
| David Ian Horowitz, Esq.<br>dhorowitz@kirkland.com<br>Kirkland & Ellis<br>153 East 53rd Street<br>New York, New York 10022-4611<br>Telephone 212.446.4729<br>Facsimile 212.446.6460<br>**Attorneys for Defendant Misao Hioki**<br>**[Served Via CM/ECF]** | James H. Mutchnik, Esq.<br>jmutchnik@kirkland.com<br>Kirkland & Ellis<br>200 East Randolph Drive, Suite 6048<br>Chicago, Illinois 60601<br>Telephone 312.861.2350<br>Facsimile 312.861.2200<br>**Attorneys for Defendant Misao Hioki**<br>**[Served Via CM/ECF]** |
| Jeffrey Bruce Crockett, Esq.<br>jcrockett@coffeyburlington.com<br>David John Zack, Esq.<br>dzack@coffeyburlington.com<br>Coffey Burlington<br>2699 South Bayshore Drive, Penthouse<br>Miami, Florida 33133<br>Telephone 305.858.2900<br>Facsimile 305.858.5261<br>**Attorneys for Defendant Misao Hioki**<br>**[Served Via CM/ECF]** | Alan Graham Greer, Esq.<br>agreer@richmangreer.com<br>Lyle Eric Shapiro, Esq.<br>lshapiro@richmangreer.com<br>Richman Greer, P.A.<br>201 South Biscayne Boulevard, Suite 1000<br>Miami, Florida 33131<br>Telephone 305.373.4000<br>Facsimile 305.373.4099<br>**Attorneys for Defendant Manuli Oil & Marine (USA), Inc.**<br>**and Manuli Rubber Industries S.p.A.**<br>**[Served Via CM/ECF]** |
| Daniel A. Goldschmidt, Esq.<br>goldschmidtd@sullcrom.com<br>Fern Mechlowitz, Esq.<br>mechlowitzf@sullcrom.com<br>Robert M. Osgood, Esq.<br>osgoodrm@sullcrom.com<br>Sullivan & Cromwell LLP<br>1 New Fetter Lane<br>London EC4A 1AN<br>England<br>Telephone +44-20-7959-8900<br>Facsimile +44-20-7959-8950<br>**Attorneys for Defendant Manuli Oil & Marine (USA), Inc.**<br>**and Manuli Rubber Industries S.p.A.**<br>**[Served Via CM/ECF]** | Paul M. Alfieri, Esq.<br>paul.alfieri@linklaters.com<br>Joseph P. Armao, Esq.<br>joseph.armao@linklaters.com<br>Robert Harrison Bell, Esq.<br>robert.bell@linklaters.com<br>Danielle Randazzo, Esq.<br>danielle.randazzo@linklaters.com<br>Benjamin D. Singer, Esq.<br>ben.singer@linklaters.com<br>Linklaters LLP<br>1345 Avenue of the Americas<br>New York, New York 10105<br>Telephone 212.903.9000<br>Facsimile 212.903.9100<br>**Attorneys for Defendant Yokohama Rubber Co., Ltd.**<br>**[Served Via CM/ECF]** |
| Bryan Robert Cleveland, Esq.<br>Bcleveland@ghblaw.com<br>Gilbride Heller & Brown P.A.<br>2 S Biscayne Boulevard<br>One Biscayne Tower 15th Floor<br>Miami, Florida 33131<br>Telephone 305.358.3580<br>Facsimile 305.374.1756<br>**Attorneys for Defendant Yokohama Rubber Co., Ltd.**<br>**[Served Via CM/ECF]** | Matthew Thomas Davidson, Esq.<br>mdavidson@carltonfields.com<br>Walter J. Tache, Esq.<br>wtache@carltonfields.com<br>Carlton Fields, P.A.<br>100 S.E. 2nd Street, Suite 4000<br>Miami, Florida 33131<br>Telephone 305.530.0050<br>Facsimile 305.530.0055<br>**Attorneys for Defendant Val M Northcutt**<br>**[Served Via CM/ECF]** |

Page 8 of 10

Brian F. Spector, LLC • Post Office Box 566206 • Miami, Florida 33256-6206
Tel 305.666.1664 • Cell 305.613.5200 • Fax 305.661.8481 • brian@bspector.com

James M. Griffin, Esq.
jgriffin@kslaw.com
Andrea C. Clarke, Esq.
aclarke@kslaw.com
Diana J. Pomeranz, Esq.
dpomeranz@kslaw.com
Kevin R. Sullivan, Esq.
ksullivan@kslaw.com
King & Spalding LLP
1700 Pennsylvania Avenue N.W.
Washington, D.C. 20006
Telephone 202.626.5440
Facsimile 202.626.3737
**Attorneys for Defendant Vanni Scodeggio**
**[Served Via CM/ECF]**

Marc David Seitles, Esq.
mseitles@seitleslaw.com
Law Offices of Marc D. Seitles, P.A.
169 East Flagler Street, Suite 1200
Miami, Florida 33131
Telephone 305.379.6667
Facsimile 305.379.6668
**Attorneys for Defendant Vanni Scodeggio**
**[Served Via CM/ECF]**

Christopher Fitzgerald Branch, Esq.
branchc@docksteinshapiro.com
R. Bruce Holcomb, Esq.
holcombb@dicksteinshapiro.com
Ann-Marie Luciano, Esq.
lucianoa@dsmo.com
James R. Martin, Esq.
martinj@dicksteinshapiro.com
Dickstein Shapiro LLP
1825 Eye Street N.W.
Washington, D.C. 20006-5403
Telephone 202.572.2200
Facsimile 202.887.0689
**Attorneys for Defendants Bryan Allison,**
**David Brammar, and Dunlop Oil & Marine LTD.**
**[Served Via CM/ECF]**

Richard Aldo Serafini, Esq.
serafinir@gtlaw.com
Greenberg Traurig
401 East Las Olas Boulevard, Suite 2000
Fort Lauderdale, Florida 33301
Telephone 954.768.8256
Facsimile 954.765.1477
**Attorneys for Defendants Bryan Allison,**
**David Brammar, and Dunlop Oil & Marine LTD.**
**[Served Via CM/ECF]**

Gerald Edward Greenberg, Esq.
ggreenberg@swmwas.com
Jay Brian Shapiro, Esq.
jshapiro@swmwas.com
Stearns Weaver Miller Weissler Alhadeff & Sitterson
Museum Tower, 150 West Flagler Street
Suite 2200
Miami, Florida 33130
Telephone 305.789.3200
Facsimile 305.789.3395
**Attorneys for Defendant Francesco Scaglia**
**[Served Via CM/ECF]**

Peter W. Homer, Esq.
phomer@homerbonnerlaw.com
Gregory J. Trask, Esq.
gtrask@homerbonnerlaw.com
Homer & Bonner
1441 Brickell Avenue
Four Seasons Tower Suite 1200
Miami, Florida 33131
Telephone 305.350.5100
Facsimile 305.372.2738
**Attorneys for Defendant Bridgestone Corporation**
**[Served Via CM/ECF]**

Leiv Blad, Esq.
leiv.blad@cliffordchance.com
Boyd Cloern, Esq.
boyd.cloern@cliffordchance.com
Clifford Chance US LLP
2001 K Street N.W.
Washington, DC 20006-1001
Telephone 202.912.5000
**Attorneys for Defendant Bridgestone Corporation**
**[Served Via CM/ECF]**

David L. Cook, Esq.
david.cook@cliffordchance.com
James Weidner, Esq.
james.weidner@cliffordchance.com
Clifford Chance US LLP
31 West 52nd Street
New York, NY 10019-6131
Telephone 212.878.8074
Facsimile 212.878.8375
**Attorneys for Defendant Bridgestone Corporation**
**[Served Via CM/ECF]**

Benedict P. Kuehne, Esq.
ben.kuehne@kuehnelaw.com
Susan Dmitrovsky, Esq.
dmitrovsky@sk-lawyers.com
Law Office of Benedict P. Kuehne, P.A.
Bank of America Tower
100 S.E. 2nd Street, Suite 3550
Miami, Florida 33131-2154
Telephone 305.789.5989
Facsimile 305-789-5987
**Attorneys for Defendant Trelleborg Industries, S.A.**
**[Served Via CM/ECF]**

Richard E. DiZinno, Esq.
dizinnor@howrey.com
Roxann E. Henry, Esq.
henryr@howrey.com
James G. Kress, Esq.
kressj@howrey.com
Christina Guerola Sarchio, Esq.
sarchiochristina@howrey.com
Howrey LLP
1299 Pennsylvania Avenue N.W.
Washington, D.C. 20004-2402
Telephone 202.383.6517
Facsimile 202.383.6610
**Attorneys for Defendant Trelleborg Industries, S.A.**
**[Served Via CM/ECF]**

David G. Meyer, Esq.
MeyerD@howrey.com
Howrey LLP
550 South Hope Street, Suite 1100
Los Angeles, California 90071
Telephone 213.892.1928
Facsimile 213.892.2300
**Attorneys for Defendant Trelleborg Industries, S.A.**
**[Served Via CM/ECF]**

Walter M. Berger, Esq.
bergerc@howrey.com
Howrey LLP
1111 Louisiana, 25th Floor
Houston, Texas 77002-5242
Telephone 713.787.1400
Facsimile 713.787.1440
**Attorneys for Defendant Trelleborg Industries, S.A.**
**[Served Via CM/ECF]**

John Joseph Quick, Esq.
jquick@wsh-law.com
Weiss Serota Helfman Pastoriza Cole & Boniske, P.L.
2525 Ponce de Leon Boulevard, Suite 700
Coral Gables, Florida 33134
Telephone 305.854.0800
Facsimile 305.854.2323
**Attorneys for Defendant Trelleborg Industries, S.A.**
**[Served Via CM/ECF]**

Daniel Allan Lurvey, Esq.
lurveylaw@aol.com
Lyons & Lurvey
1200 Brickell Avenue, Suite 1620
Miami, Florida 33131
Telephone 305.379.5554
Facsimile 305.379.4548
**Attorneys for Defendant Jacques Cognard**
**[Served Via CM/ECF]**