IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

MASTER DOCKET NO. 08-MDL-1888-GRAHAM/TURNOFF

| | |
|---|---|
| IN RE MARINE HOSE ANTITRUST LITIGATION (No. 2) | Current Deadlines: 8/4/08 – 8/21/08<br>Pretrial Conference: 4/8/09<br>Calendar Call: 5/6/09<br>Trial Period: 5/11/09-5/22/09<br>No. of extension requests: 0 |
| THIS DOCUMENT RELATES TO ALL ACTIONS | |

## MOTION FOR EXTENSION OF TIME[1]

Direct Purchaser Plaintiffs ("Plaintiffs") hereby request an extension of certain deadlines set forth in Pretrial Order No. 2 to permit them additional time to (1) complete class discovery, (2) file their class certification motion and supporting papers, and (3) determine whether

---

[1] This Motion is unopposed by all but one of the corporate defendants (Dunlop Oil & Marine Ltd.; Bridgestone Corporation, Bridgestone Industrial Products America, Inc.; Parker Hannifin Corporation, Parker ITR S.r.l.; Trelleborg Industrie S.A.S.; and Yokohama Rubber Co., Ltd.), as well as by all individual defendants. The Motion is opposed only by Manuli Oil & Marine (USA) and Manuli Rubber Industries S.p.A, ("Manuli"), whose position is that the present schedule is reasonable and appropriate, and that they would have been able to timely comply with their discovery obligations and conduct all necessary discovery of Plaintiffs by the original July 21 deadline. While Manuli remains opposed to any extension of the class certification discovery deadline, it has determined not to file opposing papers in the matter, so that the Court may address this issue quickly.

additional parties should be added to this litigation.[2] Under the proposed revised schedule set forth herein, the commencement of merits discovery also would be extended (by one month); however, all other dates – including dates for the conclusion of merits discovery and those dates related to trial – would remain unchanged.

The stipulated proposed Protective Order in this litigation was submitted to the Court on June 26, 2008 and entered on July 1, 2008 (#145). In the ensuing 10 days (which included the extended, July 4 holiday weekend), the parties have made substantial progress in advancing class certification discovery. However, much remains to be done.

Since many of the numerous parties in this litigation designated their documents as confidential, it was not until the Protective Order was entered by the Court that the parties commenced production of documents under both Rule 26 and in response to class certification discovery requests. Although many documents remain to be produced by all parties, the documents produced by defendants alone to date number well in excess of 50,000 pages, and even an expedited document review will take some time. Additionally, the parties naturally wish to review, to the extent possible, any relevant documents prior to taking the depositions necessary for class certification submissions; as such, depositions of Defendants' 30 (b) (6) witnesses (at least 4-6)and Plaintiffs' Class Representatives (at least 5-6) remain to be taken.

Furthermore, one of the Defendants recently was contacted by the Department of Justice (DOJ) (which is prosecuting certain individual defendants) and directed not to produce some materials to Plaintiffs. Plaintiffs do not yet know which materials are at issue and are awaiting further information from that Defendant before addressing the matter with the DOJ.

---

[2]Plaintiffs make this Motion pursuant to Pretrial Order No. 2, ¶¶ 18 and 19 (docket # 117) and Appendix A, subsection I.E (2) of the Local Rules of the United States District Court for the Southern District of Florida.

Under the current schedule, class discovery is to be completed by July 21 – one week from today – and Plaintiffs are to file their Class Certification Motion, supporting memorandum and initial expert report, and join any additional parties, by August 4. As demonstrated above, meeting these deadlines is impracticable, if not impossible. Plaintiffs thereby request that a portion of the schedule established by Pretrial Order No. 2 be revised as set forth below.

|  | Current | Proposed |
| --- | --- | --- |
| Deadline to complete class discovery | July 21, 2008 | August 21, 2008 |
| Plaintiffs File Class Certification Brief and Initial Expert Report, Join Parties/Amend Pleadings | August 4, 2008 | Sept. 4, 2008 |
| Defendants File Class Certification Response and Opposition Expert Report | August 14, 2008 | Sept. 25, 2008 |
| Merits Discovery Commences | August 16, 2008 | Sept. 26, 2008 |
| Plaintiffs File Class Certification Reply and Reply Expert Report | August 21, 2008 | Oct. 6, 2008 |

For all of the above reasons, Plaintiffs respectfully request that the Court grant their Motion and provide the relief sought herein.

Dated: July 14, 2008

Respectfully submitted,

KOZYAK TROPIN & THROCKMORTON P.A.
*On behalf of Plaintiffs in all Actions*
2525 Ponce de Leon Boulevard
9th Floor
Coral Gables, FL 33134
Email: asb@kttlaw.com
Telephone: (305) 372-1800
Fax: (305) 372-3508

By: _____/s/_____
    Adam M. Moskowitz
    Florida Bar No. 984280
    Alexander S. Bokor
    Florida Bar No. 10288

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on July 14, 2008, a true and correct copy of the foregoing was served via the Court's CM/ECF filing system to counsel of record on the attached service list or by U.S. Mail where indicated.

By _____/s/_____
    Alexander S. Bokor

3364/112/290734.1

# SERVICE LIST
# MASTER DOCKET NO. 08-MDL-1888-GRAHAM/O'SULLIVAN

**Robert C. Josefsberg**
Podhurst Orseck Josefsberg, et.a l.
City National Bank Building
25 W. Flagler Street, Suite 800
Miami, Florida 33130-1780
Telephone: (305) 358-2800
Facsimile: (305) 358-2382
rjosefberg@podhurst.com

Manuel J. Dominguez, Esq.
Berman DeValerio Pease Tabacco Burt & Pucillo
222 Lakeview Avenue, Suite 900
West Palm Beach, Florida 33401
mdominguez@bermanesq.com

*Counsel for Shipyard Supply, LLC*

**Christopher T. Casamassima**
Kirkland & Ellis
777 S. Figueroa Street
Suite 3700
Los Angeles, CA 90017
Telephone: (213) 689-8400
ccasamassima@kirkland.com

**Jeffrey B. Crockett**
Coffey Burlington
Penthouse
2699 South Bayshore Drive
Miami, Florida 33133
Telephone: (305) 858-2900
Facsimile: (305) 858-5261
jcrockett@coffeyburlington.com

**VIA U.S. Mail**
**James H. Mutchnik**
Kirkland & Ellis
200 E. Randolph Drive
Suite 6048
Chicago, IL 60601

*Counsel for Defendant Misao Hioki*


**David Oscar Markus**
David Oscar Markus
169 E. Flagler Street
Suite 1200
Miami, Florida 33131
Telephone: (305) 379-6667
Facsimile: (305) 379-6668
dmarkus@markuslaw.com


Stearns Weaver Miller Weissler
    Alhadeff & Sitterson
**Gerald Edward Greenberg**
ggreenberg@swmwas.com
**Jay Brian Shapiro**
jshapiro@swmwas.com
150 West Flagler Street
Suite 2200
Miami, Florida 33130
Telephone: (305) 789-3200
Facsimile: (305) 789-3395

*Counsel for Francesco Scaglia*


**Marc David Seitles**
169 E. Flagler Street
Suite 1200
Miami, Florida 33131
Telephone: (305) 379-6667
Facsimile: (305) 379-6668
mseitles@seitleslaw.com

King & Spalding, LLP
**Diana J. Pomerantz**
dpomerantz@kslaw.com
Telephone: (202) 626-5440
**James M. Griffin**
jgriffin@kslaw.com
Telephone: (202) 661-7971


**Kevin R. Sullivan**
ksullivan@kslaw.com
Telephone: (202) 626-2624
**Susan D. Inman**
sinman@kslaw.com
Telephone: (202) 383-8954
1700 Pennsylvania Avenue, N.W.
Washington, DC 20006

*Counsel for Defendant Vanni Scodeggio*


Richman Greer Weil Brumbaugh
      Mirabito & Christensen
**Alan Graham Greer**
agreer@richmangreer.com
**Lyle Eric Shapiro**
lshapiro@richmangreer.com
201 S. Biscyane Boulevard
Suite 1000
Miami, Florida 33131
Telephone: (305) 373-4000
Facsimile: (305) 373-4099


Sullivan & Cromwell LLP
**Daniel A. Goldschmidt**
goldschmidt@sullcrom.com
Fern Mechlowitz
mechlowitz@sullcrom.com
**Robert M. Osgood**
Osgood@sullcrom.com
1 New Fetter Lane
London EC4A1AN
England

*Counsel for Manuli Oil & Marine (USA), Inc.*

**Alain E. Boileau**
aeb@adorno.com
**Robert Hunt Schwartz**
rhs@adorno.com
Adorno & Yoss
888 SE 3rd Avenue
Suite 500
Fort Lauderdale, Florida 33335
Telephone: (954) 523-5885
Facsimile: (954) 760-9531

**Harold Donnelly**
211 Union Street
Suite 200
Nashville, TN 37201
Telephone: (615) 620-3277
Facsimile: (615) 369-3344
Donnelly77@comcast.net

*Counsel for Bridgstone Industrial Products of America, Inc.*


**Brian Robert Cleveland**
Gilbride Heller & Brown, P.A.
2 S Biscayne Boulevard
One Biscayne Tower, 15th Floor
Miami, Florida 33131
Telephone: (305) 358-3580
Facsimile: (305) 374-1756
Bcleveland@ghblaw.com

*Counsel for Yokohama Rubber Co., Ltd.*

**Matthew Thomas Davidson**
mdavidson@zuckerman.com
**Walter J. Tache**
wtache@zuckerman.com
Zuckerman Spaeder Taylor & Evans
201 S. Biscayne Boulevard
Suite 900
Miami, Florida 33131
Telephone: (305) 358-5000
Facsimile: (305) 579-9749

*Counsel for Val M. Northcutt*


**Jennifer Marie Driscoll**
jdriscoll@mayerbrown.com
**Donald C. Klawiter**
dklawiter@mayerbrown.com
Michael Abram Rosen
Mayer Brown LLP
1909 K Street NW
Washington, DC 20006
Telephone: (202) 263-3860
Facsimile (202) 762-4252

**Michael Abram Rosen**
Fowler Rodriguez
355 Alhambra Circle
Suite 801
Coral Gables, Florida 33134
Telephone: (786) 364-8400
Facsimile: (786) 364-8401
mrosen@frc-law.com

*Counsel for Christian Caleca*

**Hollis Lee Salzman**
Labaton Sucharon LLP
140 Broadway
New York, NY 10005
Telephone: (212) 907-0717
Facsimile: (212) 883-7017
hsalzman@labaton.com

*Counsel for Bayside Rubber & Products, Inc.*

**Richard Aldo Serafini**
Greenberg Traurig
401 E Las Olas Boulevard
Suite 2000
Fort Lauderdale, Florida 33301
Telephone: (954) 768-8256
Facsimile: (954) 765-1477
serafinir@gtlaw.com

*Counsel for Dunlop Oil & Marine LTD.*

**Jeffrey Allan Sudduth**
Legon Ponce & Fodiman, P.A.
1111 Brickell Avenue
Suite 2150
Miami, Florida 33131
Telephone: (305) 444-9991
Facsimile: (305) 444-9937
jsudduth@lpflaw.com

*Counsel for Parker Hannafin Corp.*

**John M. Majoras**
**Carmen G. McLean**
Jones Day
51 Louisiana Avenue, N.W.
Washington, DC 20001-2113
cgmclean@jonesday.com
jmmajora@jonesday.com

*Counsel for Parker Hannifin Corp and Parker ITR*

3364/112/285695.1