IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

MASTER DOCKET NO. 08-MDL-1888-GRAHAM/TURNOFF

IN RE MARINE HOSE ANTITRUST )
LITIGATION )

THIS DOCUMENT RELATES TO )
ALL ACTIONS )

## ORDER

THIS MATTER having come before the Court upon Plaintiffs' Motion for Extension of Time [D.E. 148]. The Court having considered the Motion and being fully advised in its premises, it is hereby

**ORDERED** that Plaintiffs' Motion is **GRANTED**. The briefing schedule is amended as follows:

|  | **Former Deadline** | **Amended Deadline** |
|---|---|---|
| Deadline to complete class discovery | July 21, 2008 | August 21, 2008 |
| Plaintiffs File Class Certification Brief and Initial Expert Report, Join Parties/Amend Pleadings | August 4, 2008 | Sept. 4, 2008 |
| Defendants File Class Certification Response and Opposition Expert Report | August 14, 2008 | Sept. 25, 2008 |

|  | **Former Deadline** | **Amended Deadline** |
|---|---|---|
| Merits Discovery Commences | August 16, 2008 | Sept. 26, 2008 |
| Plaintiffs File Class Certification Reply and Reply Expert Report | August 21, 2008 | Oct. 6, 2008 |

It is further **ORDERED** that all other trial dates remain as set forth in Pretrial Order No. 2 [D.E. 117] as amended.

**DONE AND ORDERED** in Chambers at Miami, Florida this 15th day of July, 2008.

THE HONORABLE DONALD L. GRAHAM
United States District Court Judge

cc: Counsel of Record