UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MASTER DOCKET NO. 08-MDL-1888-GRAHAM/TORRES

------------------------------------------------------x
IN RE MARINE HOSE ANTITRUST  :
LITIGATION  :
  :
  :
  :
THIS DOCUMENT RELATES TO:  :
  :
ALL ACTIONS  :
  :
  :
  :
------------------------------------------------------x

## MANULI RUBBER INDUSTRIES S.P.A. AND MANULI OIL & MARINE (U.S.A.) INC.'S MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT WITH DUNLOP OIL & MARINE LTD., ET AL., AND IN SUPPORT OF THEIR CROSS-MOTION TO DEFER AND MEMORANDUM OF LAW

Defendants Manuli Rubber Industries S.p.A. and Manuli Oil & Marine (U.S.A.) Inc. (collectively, "Manuli") respectfully submit this memorandum in opposition to Plaintiffs' Motion for Preliminary Approval of Proposed Settlement with Dunlop Oil & Marine Ltd., Bryan Allison and David Brammar and for Authorization to Disseminate Notice, filed with the Court on or about July 25, 2008, and in support of Manuli's cross-motion to defer consideration of the motion for preliminary approval.

1. Among other things, plaintiffs' motion asks the court to certify a settlement class based on a stipulation that the class would satisfy the requirements of Rule 23 of the Federal Rules of Civil Procedure. (Motion at 9.) While such a stipulation

would not substitute for the Court's own independent inquiry under Rule 23,[1] Manuli nevertheless believes it is obligated to inform the Court that, based on class discovery conducted to date, it appears that none of the four class representatives advanced by plaintiffs' counsel in this antitrust litigation ever purchased the product at issue in the United States.[2] Accordingly, it appears that plaintiffs lack standing to sue the defendants, let alone to enter into a settlement on a class-wide basis.

2. As the Court is aware, plaintiffs' motion for class certification is due on September 4 and will be fully submitted by October 6. Whether plaintiffs can propose a class that satisfies the requirements of Rule 23 is surely relevant to whether the Court should approve a settlement containing essentially the same class definition, and featuring the same seemingly defective class representatives. As such, Manuli respectfully proposes that the Court defer consideration of plaintiffs' preliminary approval motion until the parties have had a full and fair opportunity to brief class issues. Proceeding in this fashion would: i) eliminate duplication of efforts by the Court; ii) avoid inconsistent rulings on class certification; iii) reduce the risk that the Court will approve, even preliminarily, a settlement that would bind a class of absent plaintiffs to

---

[1] *See, e.g., Amchem Products, Inc. v. Windsor*, 521 U.S. 591, 620 (1997) (noting that a court must evaluate the specifications of Rule 23 when certifying a settlement class, with the exception of whether the case would present management problems); *Borcea v. Carnival Corp.*, 238 F.R.D. 664, 671-672 (S.D. Fla. 2006) (stating that a court must evaluate the Rule 23 requirements when a class is certified for settlement, with the exception of the manageability factor).

[2] By Order dated May 16, 2008, the Court directed plaintiffs to produce, as part of their Rule 26(a)(1) initial disclosures, "documents relating to U.S. sales and purchases of Marine Hose." Three of the four class representatives have produced documents in response to this Order, but none of these documents reflects marine hose sales in the U.S. (two plaintiffs' productions reveal no marine hose purchases at all, while the third reveals a single purchase of marine hose that was shipped from Italy to Nigeria and invoiced to Cyprus). The fourth class representative, Shipyard Supply, has represented through counsel that all of its documents were lost in Hurricane Katrina. Rule 30(b)(6) deposition testimony by two of the four class representatives confirms that neither company purchased marine oil hose in the United States; depositions of the remaining two class representatives have yet to occur.

decisions made by persons who are not, and cannot be, their legal representatives under Rule 23; and iv) minimize the likelihood that settlement payments will be made to persons who have suffered no injury, which could – by reducing the total monies available in this litigation – prejudice absent persons who might later establish that they have suffered compensable damages.

3. Because any prejudice to plaintiffs or the settling defendants associated with a two-month deferral would be far outweighed by the importance of the considerations set forth above, Manuli respectfully requests that the Court defer consideration of plaintiffs' motion for preliminary approval pending the completion of briefing on class certification in this coordinated litigation.

### Certificate of Good Faith Conference

Defendant Manuli certifies that pursuant to Local Rule 7.1(A)(3) it has conferred with counsel for Plaintiffs and has been unable to resolve the issues raised in the above objection and motion.

Dated: August 6, 2008                    Respectfully submitted,

/s/Alan G. Greer
Alan G. Greer (Florida Bar No. 123294)
agreer@richmangreer.com
Lyle E. Shapiro (Florida Bar No. 0120324)
lshapiro@richmangreer.com
RICHMAN GREER, P.A.
Miami Center – Suite 1000
201 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 373-4000
Facsimile: (305) 373-4099

Robert M. Osgood (admitted *pro hac vice*)
Daniel A. Goldschmidt (admitted *pro hac vice*)
Fern Mechlowitz (admitted *pro hac vice*)
SULLIVAN & CROMWELL LLP
One New Fetter Lane
London EC4A 1AN, England
Telephone: +44 (0) 20 7959 8900
Facsimile: +44 (0) 20 7959 8950

-and-

125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

*Counsel for Defendants Manuli Rubber Industries S.p.A. and Manuli Oil & Marine (U.S.A.) Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on August 6, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/Alan G. Greer
ALAN G. GREER

Service List

| | |
|---|---|
| **Gregory P. Hansel, Esq.**<br>ghansel@preti.com<br>**James C. Bush, Esq.**<br>jbush@preti.com<br>**Patrick N. Strawbridge, Esq.**<br>pstrawbridge@preti.com<br>**Randall B. Weill, Esq.**<br>rweill@preti.com<br>Preti, Flaherty, Beliveau & Pachios, LLP<br>One City Center, P.O. Box 9546<br>Portland, ME 04112-9546<br>Telephone: (207) 791-3000<br><br>**Bruce Gerstein, Esq.**<br>bgerstein@garwingerstein.com<br>**Barry Taus, Esq.**<br>btaus@garwingerstein.com<br>**Noah H. Silverman, Esq.**<br>nsilverman@garwingerstein.com<br>Garwin, Gerstain & Fisher, LLP<br>1501 Broadway, Suite 1416<br>New York, NY 10036<br>Telephone: (212) 398-0055<br><br>**Hollis Lee Salzman, Esq.**<br>hsalzman@labaton.com<br>Labaton Sucharow, LLP<br>140 Broadway<br>New York, NY 10005<br>Telephone: (212) 907-0717<br>Fax: (212) 883-7017<br><br>**Richard Aldo Serafini, Esq.**<br>serafinir@gtlaw.com<br>Greenberg Traurig<br>401 E. Las Olas Blvd., Suite 2000<br>Ft. Lauderdale, FL 33301<br>Telephone: (954) 768-8256<br>Fax: (954) 765-1477<br>**Counsel for Dunlop Oil & Marine LTD** | **Jeffrey Bruce Crockett, Esq.**<br>jcrockett@coffeyburlington.com<br>Coffey Burlington<br>Penthouse<br>2699 South Bayshore Drive<br>Miami, FL 33133<br>Telephone (305) 858-2900<br>Fax: (305) 858-5261<br>**Counsel for Misao Hioki**<br><br>**Christopher T. Casamassima, Esq.**<br>ccasamassima@kirkland.com<br>Kirkland & Ellis<br>777 S. Figueroa Street, Suite 3700<br>Los Angeles, CA 90017<br>Telephone: (213) 680-8400<br>**Counsel for Misao Hioki**<br><br>**James H. Mutchnik, Esq.**<br>mutchnick@kirkland.com<br>Kirkland & Ellis<br>200 E. Randolph Drive, Suite 6048<br>Chicago, IL 60601<br>Telephone: 312 861-2350<br>Fax: 312 861-2200<br>**Counsel for Misao Hioki**<br><br>**John M. Marjoras, Esq.**<br>jmmajoras@jonesday.com<br>**Carmen G. McLean, Esq.**<br>cgmclean@jonesday.com<br>Jones Day<br>51 Louisiana Avenue NW<br>Washington, DC 20001-2113<br>Telephone: (202) 879-3939<br>Fax: (202) 626-1700<br>**Counsel for Parker-Hannifin Corporation** |

| | |
|---|---|
| **Alan G. Greer, Esq.**<br>agreer@richmangreer.com<br>**Lyle E. Shapiro, Esq.**<br>lshapiro@richmangreer.com<br>Richman Greer, PA<br>201 S. Biscayne Blvd., Suite 1000<br>Miami, FL 33131<br>Telephone: (305) 373-4000<br>Fax: (305) 373-4099<br>**Counsel for Manuli Rubber Industries S.p.A. and Manuli Oil & Marine (U.S.A.)**<br><br>**Robert M. Osgood, Esq.**<br>osgoodrm@sullcrom.com<br>**Daniel A. Goldschmidt, Esq.**<br>Goldschmidt@sullcrom.com<br>**Fern Mechlowitz, Esq.**<br>mechlowitz@sullcrom.com<br>Sullivan & Cromwell LLP<br>1 New Fetter Lane<br>London EC4A 1AN<br>England<br>Telephone: 020 7959 8550<br>Fax: 020 7959 8950<br>**Counsel for Manuli Oil & Marine (USA)**<br><br>**Alain E. Boileau, Esq.**<br>aeb@adorno.com<br>**Robert Hunt Schwartz, Esq.**<br>rhs@adorno.com<br>Adorno & Yoss<br>888 SE 3rd Avenue, Suite 500<br>Ft. Lauderdale, FL 33335-9002<br>Telephone: (954)523-5885<br>Fax: (954) 760-9531<br>**Counsel for Bridgestone Industrial Products America, Inc.**<br><br>**Harold Donnelly, Esq.**<br>donnelly77@comcast.net<br>**Hal D. Hardin, Esq.**<br>halhardin@aol.com<br>211 Union Street, Suite 200 | **Jennifer Seraphine, Esq.**<br>jseraphine@jonesday.com<br>Jones Day<br>555 California Street, 26th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 626-3939<br>Fax: (415) 875-5700<br>**Counsel for Parker-Hannifin Corporation**<br><br>**Paul M. Alfieri, Esq.**<br>paul.alfieri@linklaters.com<br>**Joseph P. Armao, Esq.**<br>joseph.armao@linklaters.com<br>**Robert H. Bell, Esq.**<br>robert.bell@linklaters.com<br>**Danielle Randazzo, Esq.**<br>danielle.randazzo@linklaters.com<br>**Benjamin D. Singer, Esq.**<br>Ben.singer@linklaters.com<br>Linklaters LLP<br>1345 Avenue of the Americas<br>New York, NY 10105<br>Telephone: (212) 903-9000<br>Fax: (212) 903-9100<br>**Counsel for Yokohama Rubber Co., LTD**<br><br>**Bryan Robert Cleveland, Esq.**<br>bcleveland@ghblaw.com<br>Gilbride Heller & Brown<br>2 South Biscayne Blvd.<br>One Biscayne Tower, 15th Floor<br>Miami, FL 33131<br>Telephone: (305) 358-3580<br>Fax: (305) 374-1756<br>**Counsel for Yokohama Rubber Co., LTD**<br><br>**Walter M. Berger, Esq.**<br>bergerc@howrey.com<br>Howrey LLP<br>111 Louisiana, 25th Floor<br>Houston, TX 77002-5242<br>Telephone: (202) 333-6517<br>**Counsel for Trelleborg Industrie SA** |

Nashville, TN 37201
Telephone: (615) 620-3277
Fax: (615) 369-3344
**Counsel for Bridgestone Industrial Products America, Inc.**

**Gregory J. Trask, Esq.**
gtrask@homerbonnerlaw.com
Homer Bonner, PA
1441 Brickell Avenue
Four Seasons Tower, Suite 1200
Miami, FL 33131
Telephone: (305) 350-5100
Fax: (305) 372-2738
**Counsel for Bridgestone Corporation**

**Jennifer Marie Driscoll, Esq.**
jdriscoll@mayerbrown.com
**Donald C. Klawiter**
dklawiter@mayerbrown.com
Mayer Brown LLP
1909 K. Street NW
Washington, DC 20006
Telephone: (202) 263-3860
Fax: (202) 762-4252
**Counsel for Christian Caleca**

**Michael Abram Rosen, Esq.**
mrosen@frc-law.com
Fowler Rodriguez LLP
355 Alhambra Circle, Suite 801
Coral Gables, FL 33134
Fax: Telephone: (786) 364-8400
Fax: (786) 364-8401
**Counsel for Christian Caleca**

**Robert Mark Brochin, Esq.**
rbrochin@morganlewis.com
Morgan Lewis & Bockius
200 S. Biscayne Blvd.
Suite 5300
Miami, FL 33131-2339
Telephone: (305) 415 3456
Fax: (305) 415-3001
**Counsel for Christian Caleca**

**James G. Kress, Esq.**
kressj@howrey.com
**Roxann E. Henry, Esq.**
henryr@howrey.com
**Richard E. DiZinno, Esq.**
dizinnor@howrey.com
**Christina Guerola Sarchio, Esq.**
sarchiochristina@howrey.com
Howrey LLP
1299 Pennsylvania Avenue, NW
Washington, DC 20004-2402
**Counsel for Trelleborg Industrie SA**

**Benedict P. Kuehne, Esq.**
ben.kuehne@kuehnelaw.com
**Susan Dmitrovshy, Esq.**
dmitrovsky@sk-lawyers.com
Benedict P. Kuehne, PA
100 SE 2nd Street, Suite 3550
Miami, FL 33131-2154
Telephone: (305) 789-5989
Fax: (305) 789-5987
**Counsel for Trelleborg Industrie SA**

**R. Bruce Holcomb, Esq.**
holcombb@dicksteinshapiro.com
**James R. Martin, Esq.**
martinj@dicksteinshapiro.com
**Christopher Fitzgerald Branch, Esq.**
branchc@dicksteinshapiro.com
Dickstein Shapiro, LLP
1825 Eye Street NW
Washington, DC 20006-5403
Telephone: (202) 420-2200
**Counsel for Dunlop Oil & Marine**

**Marc David Seitles, Esq.**
mseitles@seitleslaw.com
169 E. Flagler Street, Suite 1200
Miami, FL 33131
Telephone: (305) 379- 6667
Fax: (305) 379-6668
**Counsel for Vanni Scodeggio**

| | |
|---|---|
| **Diana J. Pomeranz, Esq.**<br>dpomeranz@kslaw.com<br>**James M. Griffin, Esq.**<br>jgriffin@kslaw.com<br>**Kevin R. Sullivan, Esq.**<br>ksullivan@kslaw.com<br>**Susan D. Inman, Esq.**<br>sinman@kslaw.com<br>King & Spalding LLP<br>1700 Pennsylvania Avenue NW<br>Washington, DC 20006<br>Telephone: (202) 626-5540<br>**Counsel for Vanni Scodeggio**<br><br>**David Oscar Markus, Esq.**<br>dmarkus@markuslaw.com<br>169 E. Flagler Street, Suite 1200<br>Miami, FL 33131<br>Telephone: (305) 379-6667<br>Fax: 305-379-6668<br>**Counsel for Francesco Scaglia** | **Jeffrey Allan Sudduth, Esq.**<br>jsudduth@lpflaw.com<br>Legon Ponce & Fodiman, PA<br>1111 Brickell Avenue, Suite 2150<br>Miami, FL 33131<br>Telephone: (305) 444-9991<br>Fax: (305) 444-9937<br>**Counsel for Parker Hannafin Corp**<br><br>**Gerald Edward Greenberg, Esq.**<br>ggreenberg@swmwas.com<br>**Jay Brian Shapiro, Esq.**<br>jshapiro@swmwas.com<br>Stearns Weaver Miller Weissler, et al.<br>Museum Tower<br>150 West Flagler Street, Suite 2200<br>Miami, FL 33130<br>Telephone: (305) 789-3200<br>Fax: (305) 789-3395<br>**Counsel for Francesco Scaglia** |