IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MASTER DOCKET NO. 08-MDL-1888-GRAHAM/TURNOFF

| | |
|---|---|
| IN RE MARINE HOSE ANTITRUST LITIGATION | Deadline to file motions: 2/16/09 |
| | Pretrial Conference: 4/8/09 |
| | Calendar Call: 5/6/09 |
| | Trial Period: 5/11/09-5/22/09 |
| | No. of extension requests: 1 prior request |
| THIS DOCUMENT RELATES TO: | Referred to Magistrate Judge: Yes |
| ALL ACTIONS | |

## MANULI RUBBER INDUSTRIES S.P.A., MANULI OIL & MARINE (U.S.A.) INC., PARKER ITR S.L.R., AND PARKER HANNIFIN CORP.'S MOTION TO COMPEL THE DEPOSITION OF PLAINTIFF SHIPYARD SUPPLY LLC AND INCORPORATED MEMORANDUM OF LAW IN SUPPORT THEREOF

Pursuant to Rules 30 and 37 of the Federal Rules of Civil Procedure, defendants Manuli Rubber Industries S.p.A., Manuli Oil & Marine (U.S.A.) Inc. (collectively, "Manuli"), Parker ITR S.r.l., and Parker Hannifin Corporation (collectively, "Parker") (together, "moving defendants") respectfully submit this Motion to Compel the Deposition of Plaintiff Shipyard Supply LLC ("Shipyard").

1. On June 25, 2008, all corporate defendants in this litigation – including moving defendants – noticed the deposition of Shipyard on July 18, 2008, pursuant to Rule 30(b)(6).

2. Plaintiffs indicated that they would produce Shipyard's corporate representative, Jeffrey Wickersham, for deposition on July 18 as noticed. Defendants confirmed the date, time and location of the deposition and booked a court reporter.

3. On July 16, less than 48 hours before the Shipyard deposition was scheduled to begin, plaintiffs unilaterally cancelled it, citing unspecified business travel by the witness.

4. Over the course of the ensuing month, defendants repeatedly asked plaintiffs' counsel for alternative dates for the Shipyard deposition. Plaintiffs have at various times failed to respond to these requests, and at other times cited unspecified medical issues and travel conflicts of Mr. Wickersham as the reasons why no dates could be offered.

5. Over the past several days, in view of the impending class discovery cutoff, moving defendants have escalated their demands that plaintiffs produce a Shipyard witness for deposition.

6. On Friday, August 15, plaintiffs proposed that moving defendants wait to conduct the Shipyard deposition until after plaintiffs have filed their opening papers on class certification. Moving defendants rejected this proposal. Plaintiffs then agreed to contact their client for available dates.

7. On Monday, August 18, moving defendants continued to press plaintiffs for dates for the Shipyard deposition, and were told that available dates would be provided "shortly."

8. On Tuesday, August 19, moving defendants again demanded dates for the Shipyard deposition and indicated that they would file the instant motion if no dates were provided.

9. Later on August 19, plaintiffs' counsel revealed that they have been unable to reach Shipyard for some period of time, and indicated it is likely that Shipyard will no longer seek to serve as a class representative. Plaintiffs' counsel suggested that pursuing the Shipyard deposition would be unnecessary if Shipyard was not listed as a class representative in plaintiffs' soon-to-be-filed class certification motion.

10. Moving defendants strongly disagree with plaintiffs' position. Shipyard has made no concrete commitment to dismiss its claims against the defendants, nor has it withdrawn as a class representative. Accordingly, Shipyard's deposition remains an important part of the record on class certification. Based on the depositions taken to date of other named plaintiffs, moving defendants reasonably believe this deposition will be highly relevant to their anticipated opposition to plaintiffs' motion to certify a class in this matter.

11. Upon information and belief, Shipyard never purchased the product at issue in this antitrust litigation, and likely never had a valid claim against defendants. Yet it commenced this litigation and to this day purports to lead a class of absent plaintiffs that it is unfit to represent. Moving defendants should be entitled to examine Shipyard on these issues.

12. Moreover, Shipyard has failed to comply with this Court's May 16, 2008 Order requiring all plaintiffs to produce documents evidencing their U.S. purchases of marine hose. Shipyard, through its counsel, has represented that all documents relevant to its claims were destroyed in Hurricane Katrina. A deposition of Shipyard will allow defendants examine Mr. Wickersham on this contention.

13. Defendants have pursued this deposition diligently for the past two months, and through no fault of their own have been unable to conduct it. While moving defendants believe the deposition should go forward, it is now logistically impossible to conduct it before the August 21, 2008 class discovery cutoff. Moving defendants are bringing this motion so close to the cutoff in part because they have engaged in extensive efforts over the past few days to resolve this issue without judicial intervention. Moving defendants also waited until today to file this motion in part because of the closure of the Court on August 18 and 19 due to inclement

weather. Accordingly, moving defendants also seek a brief extension of time to permit this deposition to proceed.

14. A party "may obtain discovery regarding any nonprivileged matter that is relevant to any party's claim or defense" unless otherwise limited by court order. Fed. R. Civ. P. 26(b)(1). Further, a party may take the deposition of "any person" without seeking leave of the court, Fed. R. Civ. P. 30(a)(1), subject to certain exceptions not relevant here. Moreover, on notice to other parties and all affected persons, a party may move for an order compelling disclosure or discovery. Fed. R. Civ. P. 37(a)(1).

15. This Court also has authority pursuant to Fed. R. Civ. P. 6(b) to grant enlargements of time for good cause. The undersigned counsel believe the foregoing establishes the requisite good cause.

16. For the foregoing reasons, moving defendants respectfully move this Court for an order compelling the deposition of Shipyard by its corporate representative, Mr. Wickersham, on or before August 29, and extending the class discovery period through August 29 for the limited purpose of conducting this deposition. Given the time sensitivity of this motion, moving defendants also move to shorten plaintiffs' time to respond under the Federal Rules and the Local and Individual Rules of this Court.

# Certificate of Good Faith Conference

Moving defendants certify that, pursuant to Local Rule 7.1(A)(3), they have conferred with counsel for plaintiffs and has been unable to resolve the issues raised in the above motion.

Dated: <u>August 20, 2008</u>  Respectfully Submitted,

<u>  /s/Alan G. Greer  </u>
Alan G. Greer (Florida Bar No. 123294)
agreer@richmangreer.com
Lyle E. Shapiro (Florida Bar No. 0120324)
lshapiro@richmangreer.com
RICHMAN GREER, P.A.
Miami Center – Suite 1000
201 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 373-4000
Facsimile: (305) 373-4099


Robert M. Osgood (admitted *pro hac vice*)
Daniel A. Goldschmidt (admitted *pro hac vice*)
Fern Mechlowitz (admitted *pro hac vice*)
SULLIVAN & CROMWELL LLP
One New Fetter Lane
London EC4A 1AN, England
Telephone: +44 (0) 20 7959 8900
Facsimile: +44 (0) 20 7959 8950

 -and-

125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

*Counsel for Defendants Manuli Rubber Industries S.p.A. and Manuli Oil & Marine (U.S.A.) Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on August 20, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/Alan G. Greer
ALAN G. GREER

## Service List

| | |
|---|---|
| **Gregory P. Hansel, Esq.**<br>ghansel@preti.com<br>**James C. Bush, Esq.**<br>jbush@preti.com<br>**Patrick N. Strawbridge, Esq.**<br>pstrawbridge@preti.com<br>**Randall B. Weill, Esq.**<br>rweill@preti.com<br>Preti, Flaherty, Beliveau & Pachios, LLP<br>One City Center, P.O. Box 9546<br>Portland, ME 04112-9546<br>Telephone: (207) 791-3000<br><br>**Bruce Gerstein, Esq.**<br>bgerstein@garwingerstein.com<br>**Barry Taus, Esq.**<br>btaus@garwingerstein.com<br>**Noah H. Silverman, Esq.**<br>nsilverman@garwingerstein.com<br>Garwin, Gerstain & Fisher, LLP<br>1501 Broadway, Suite 1416<br>New York, NY 10036<br>Telephone: (212) 398-0055<br><br>**Hollis Lee Salzman, Esq.**<br>hsalzman@labaton.com<br>Labaton Sucharow, LLP<br>140 Broadway<br>New York, NY 10005<br>Telephone: (212) 907-0717<br>Fax: (212) 883-7017<br><br>**Richard Aldo Serafini, Esq.**<br>serafinir@gtlaw.com<br>Greenberg Traurig<br>401 E. Las Olas Blvd., Suite 2000<br>Ft. Lauderdale, FL 33301<br>Telephone: (954) 768-8256<br>Fax: (954) 765-1477<br>**Counsel for Dunlop Oil & Marine LTD** | **Jeffrey Bruce Crockett, Esq.**<br>jcrockett@coffeyburlington.com<br>Coffey Burlington<br>Penthouse<br>2699 South Bayshore Drive<br>Miami, FL 33133<br>Telephone (305) 858-2900<br>Fax: (305) 858-5261<br>**Counsel for Misao Hioki**<br><br>**Christopher T. Casamassima, Esq.**<br>ccasamassima@kirkland.com<br>Kirkland & Ellis<br>777 S. Figueroa Street, Suite 3700<br>Los Angeles, CA 90017<br>Telephone: (213) 680-8400<br>**Counsel for Misao Hioki**<br><br>**James H. Mutchnik, Esq.**<br>mutchnick@kirkland.com<br>Kirkland & Ellis<br>200 E. Randolph Drive, Suite 6048<br>Chicago, IL 60601<br>Telephone: 312 861-2350<br>Fax: 312 861-2200<br>**Counsel for Misao Hioki**<br><br>**John M. Marjoras, Esq.**<br>jmmajoras@jonesday.com<br>**Carmen G. McLean, Esq.**<br>cgmclean@jonesday.com<br>Jones Day<br>51 Louisiana Avenue NW<br>Washington, DC 20001-2113<br>Telephone: (202) 879-3939<br>Fax: (202) 626-1700<br>**Counsel for Parker-Hannifin Corporation** |

| | |
|---|---|
| **Alan G. Greer, Esq.**<br>agreer@richmangreer.com<br>**Lyle E. Shapiro, Esq.**<br>lshapiro@richmangreer.com<br>Richman Greer, PA<br>201 S. Biscayne Blvd., Suite 1000<br>Miami, FL 33131<br>Telephone: (305) 373-4000<br>Fax: (305) 373-4099<br>**Counsel for Manuli Rubber Industries S.p.A. and Manuli Oil & Marine (U.S.A.)**<br><br>**Robert M. Osgood, Esq.**<br>osgoodrm@sullcrom.com<br>**Daniel A. Goldschmidt, Esq.**<br>Goldschmidt@sullcrom.com<br>**Fern Mechlowitz, Esq.**<br>mechlowitz@sullcrom.com<br>Sullivan & Cromwell LLP<br>1 New Fetter Lane<br>London EC4A 1AN<br>England<br>Telephone: 020 7959 8550<br>Fax: 020 7959 8950<br>**Counsel for Manuli Oil & Marine (USA)**<br><br>**Alain E. Boileau, Esq.**<br>aeb@adorno.com<br>**Robert Hunt Schwartz, Esq.**<br>rhs@adorno.com<br>Adorno & Yoss<br>888 SE 3rd Avenue, Suite 500<br>Ft. Lauderdale, FL 33335-9002<br>Telephone: (954)523-5885<br>Fax: (954) 760-9531<br>**Counsel for Bridgestone Industrial Products America, Inc.**<br><br>**Harold Donnelly, Esq.**<br>donnelly77@comcast.net<br>**Hal D. Hardin, Esq.**<br>halhardin@aol.com<br>211 Union Street, Suite 200<br>Nashville, TN 37201 | **Jennifer Seraphine, Esq.**<br>jseraphine@jonesday.com<br>Jones Day<br>555 California Street, 26th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 626-3939<br>Fax: (415) 875-5700<br>**Counsel for Parker-Hannifin Corporation**<br><br>**Paul M. Alfieri, Esq.**<br>paul.alfieri@linklaters.com<br>**Joseph P. Armao, Esq.**<br>joseph.armao@linklaters.com<br>**Robert H. Bell, Esq.**<br>robert.bell@linklaters.com<br>**Danielle Randazzo, Esq.**<br>danielle.randazzo@linklaters.com<br>**Benjamin D. Singer, Esq.**<br>Ben.singer@linklaters.com<br>Linklaters LLP<br>1345 Avenue of the Americas<br>New York, NY 10105<br>Telephone: (212) 903-9000<br>Fax: (212) 903-9100<br>**Counsel for Yokohama Rubber Co., LTD**<br><br>**Bryan Robert Cleveland, Esq.**<br>bcleveland@ghblaw.com<br>Gilbride Heller & Brown<br>2 South Biscayne Blvd.<br>One Biscayne Tower, 15th Floor<br>Miami, FL 33131<br>Telephone: (305) 358-3580<br>Fax: (305) 374-1756<br>**Counsel for Yokohama Rubber Co., LTD**<br><br>**Walter M. Berger, Esq.**<br>bergerc@howrey.com<br>Howrey LLP<br>111 Louisiana, 25th Floor<br>Houston, TX 77002-5242<br>Telephone: (202) 333-6517<br>**Counsel for Trelleborg Industrie SA** |

Telephone: (615) 620-3277
Fax: (615) 369-3344
**Counsel for Bridgestone Industrial Products America, Inc.**

**Gregory J. Trask, Esq.**
gtrask@homerbonnerlaw.com
Homer Bonner, PA
1441 Brickell Avenue
Four Seasons Tower, Suite 1200
Miami, FL 33131
Telephone: (305) 350-5100
Fax: (305) 372-2738
**Counsel for Bridgestone Corporation**

**Jennifer Marie Driscoll, Esq.**
jdriscoll@mayerbrown.com
**Donald C. Klawiter**
dklawiter@mayerbrown.com
Mayer Brown LLP
1909 K. Street NW
Washington, DC 20006
Telephone: (202) 263-3860
Fax: (202) 762-4252
**Counsel for Christian Caleca**

**Michael Abram Rosen, Esq.**
mrosen@frc-law.com
Fowler Rodriguez LLP
355 Alhambra Circle, Suite 801
Coral Gables, FL 33134
Fax: Telephone: (786) 364-8400
Fax: (786) 364-8401
**Counsel for Christian Caleca**

**Robert Mark Brochin, Esq.**
rbrochin@morganlewis.com
Morgan Lewis & Bockius
200 S. Biscayne Blvd.
Suite 5300
Miami, FL 33131-2339
Telephone: (305) 415 3456
Fax: (305) 415-3001
**Counsel for Christian Caleca**
**Diana J. Pomeranz, Esq.**
dpomeranz@kslaw.com

**James G. Kress, Esq.**
kressj@howrey.com
**Roxann E. Henry, Esq.**
henryr@howrey.com
**Richard E. DiZinno, Esq.**
dizinnor@howrey.com
**Christina Guerola Sarchio, Esq.**
sarchiochristina@howrey.com
Howrey LLP
1299 Pennsylvania Avenue, NW
Washington, DC 20004-2402
**Counsel for Trelleborg Industrie SA**

**Benedict P. Kuehne, Esq.**
ben.kuehne@kuehnelaw.com
**Susan Dmitrovshy, Esq.**
dmitrovsky@sk-lawyers.com
Benedict P. Kuehne, PA
100 SE 2nd Street, Suite 3550
Miami, FL 33131-2154
Telephone: (305) 789-5989
Fax: (305) 789-5987
**Counsel for Trelleborg Industrie SA**

**R. Bruce Holcomb, Esq.**
holcombb@dicksteinshapiro.com
**James R. Martin, Esq.**
martinj@dicksteinshapiro.com
**Christopher Fitzgerald Branch, Esq.**
branchc@dicksteinshapiro.com
Dickstein Shapiro, LLP
1825 Eye Street NW
Washington, DC 20006-5403
Telephone: (202) 420-2200
**Counsel for Dunlop Oil & Marine**

**Marc David Seitles, Esq.**
mseitles@seitleslaw.com
169 E. Flagler Street, Suite 1200
Miami, FL 33131
Telephone: (305) 379- 6667
Fax: (305) 379-6668
**Counsel for Vanni Scodeggio**

| | |
|---|---|
| **James M. Griffin, Esq.**<br>jgriffin@kslaw.com<br>**Kevin R. Sullivan, Esq.**<br>ksullivan@kslaw.com<br>**Susan D. Inman, Esq.**<br>sinman@kslaw.com<br>King & Spalding LLP<br>1700 Pennsylvania Avenue NW<br>Washington, DC 20006<br>Telephone: (202) 626-5540<br>**Counsel for Vanni Scodeggio**<br><br>**David Oscar Markus, Esq.**<br>dmarkus@markuslaw.com<br>169 E. Flagler Street, Suite 1200<br>Miami, FL 33131<br>Telephone: (305) 379-6667<br>Fax: 305-379-6668<br>**Counsel for Francesco Scaglia** | **Jeffrey Allan Sudduth, Esq.**<br>jsudduth@lpflaw.com<br>Legon Ponce & Fodiman, PA<br>1111 Brickell Avenue, Suite 2150<br>Miami, FL 33131<br>Telephone: (305) 444-9991<br>Fax: (305) 444-9937<br>**Counsel for Parker Hannafin Corp**<br><br>**Gerald Edward Greenberg, Esq.**<br>ggreenberg@swmwas.com<br>**Jay Brian Shapiro, Esq.**<br>jshapiro@swmwas.com<br>Stearns Weaver Miller Weissler, et al.<br>Museum Tower<br>150 West Flagler Street, Suite 2200<br>Miami, FL 33130<br>Telephone: (305) 789-3200<br>Fax: (305) 789-3395<br>**Counsel for Francesco Scaglia** |