IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MASTER DOCKET NO. 08-MDL-1888-GRAHAM/TURNOFF

---------------------------------------------------------x
IN RE MARINE HOSE ANTITRUST :
LITIGATION :
 :
_____:
 :
THIS DOCUMENT RELATES TO: :
 :
ALL ACTIONS :
 :
 :
 :
---------------------------------------------------------x

## DEFENDANTS, MANULI RUBBER INDUSTRIES S.p.A. and MANULI OIL & MARINE (U.S.A.) INC.'s COMPANY'S NOTICE OF STRIKING DOCKET ENTRY

Defendants Manuli Rubber Industries S.p.A. and Manuli Oil & Marine (U.S.A.) Inc. (collectively, "Manuli"), through counsel, hereby files this Notice of Striking Docket Entry No. 168 and states as follows:

1. On August 28, 2008, undersigned counsel electronically filed its reply memorandum in further support of their cross-motion to defer preliminary approval of a proposed settlement with defendants Dunlop Oil & Marine Ltd., Bryan Allison and David Brammar. (docket entry #168). However, the memorandum was attached to the wrong docket entry.

Dated: August 28, 2008          Respectfully submitted,

                                 /s/Alan G. Greer
                                Alan G. Greer (Florida Bar No. 123294)
                                agreer@richmangreer.com
                                RICHMAN GREER, P.A.
                                Miami Center – Suite 1000
                                201 South Biscayne Boulevard
                                Miami, Florida 33131
                                Telephone: (305) 373-4000
                                Facsimile: (305) 373-4099

Robert M. Osgood (admitted *pro hac vice*)
Daniel A. Goldschmidt (admitted *pro hac vice*)
Fern Mechlowitz (admitted *pro hac vice*)
SULLIVAN & CROMWELL LLP
One New Fetter Lane
London EC4A 1AN, England
Telephone: +44 (0) 20 7959 8900
Facsimile: +44 (0) 20 7959 8950

-and-

125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

*Counsel for Defendants Manuli Rubber Industries S.p.A. and Manuli Oil & Marine (U.S.A.) Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/Alan G. Greer
ALAN G. GREER

# Service List

| | |
|---|---|
| **Gregory P. Hansel, Esq.**<br>ghansel@preti.com<br>**James C. Bush, Esq.**<br>jbush@preti.com<br>**Patrick N. Strawbridge, Esq.**<br>pstrawbridge@preti.com<br>**Randall B. Weill, Esq.**<br>rweill@preti.com<br>Preti, Flaherty, Beliveau & Pachios, LLP<br>One City Center, P.O. Box 9546<br>Portland, ME 04112-9546<br>Telephone: (207) 791-3000<br><br>**Bruce Gerstein, Esq.**<br>bgerstein@garwingerstein.com<br>**Barry Taus, Esq.**<br>btaus@garwingerstein.com<br>**Noah H. Silverman, Esq.**<br>nsilverman@garwingerstein.com<br>Garwin, Gerstain & Fisher, LLP<br>1501 Broadway, Suite 1416<br>New York, NY 10036<br>Telephone: (212) 398-0055<br><br>**Hollis Lee Salzman, Esq.**<br>hsalzman@labaton.com<br>Labaton Sucharow, LLP<br>140 Broadway<br>New York, NY 10005<br>Telephone: (212) 907-0717<br>Fax: (212) 883-7017<br><br>**Richard Aldo Serafini, Esq.**<br>serafinir@gtlaw.com<br>Greenberg Traurig<br>401 E. Las Olas Blvd., Suite 2000<br>Ft. Lauderdale, FL 33301<br>Telephone: (954) 768-8256<br>Fax: (954) 765-1477<br>**Counsel for Dunlop Oil & Marine LTD** | **Jeffrey Bruce Crockett, Esq.**<br>jcrockett@coffeyburlington.com<br>Coffey Burlington<br>Penthouse<br>2699 South Bayshore Drive<br>Miami, FL 33133<br>Telephone (305) 858-2900<br>Fax: (305) 858-5261<br>**Counsel for Misao Hioki**<br><br>**Christopher T. Casamassima, Esq.**<br>ccasamassima@kirkland.com<br>Kirkland & Ellis<br>777 S. Figueroa Street, Suite 3700<br>Los Angeles, CA 90017<br>Telephone: (213) 680-8400<br>**Counsel for Misao Hioki**<br><br>**James H. Mutchnik, Esq.**<br>mutchnick@kirkland.com<br>Kirkland & Ellis<br>200 E. Randolph Drive, Suite 6048<br>Chicago, IL 60601<br>Telephone: 312 861-2350<br>Fax: 312 861-2200<br>**Counsel for Misao Hioki**<br><br>**John M. Marjoras, Esq.**<br>jmmajoras@jonesday.com<br>**Carmen G. McLean, Esq.**<br>cgmclean@jonesday.com<br>Jones Day<br>51 Louisiana Avenue NW<br>Washington, DC 20001-2113<br>Telephone: (202) 879-3939<br>Fax: (202) 626-1700<br>**Counsel for Parker-Hannifin Corporation**<br><br>**Jennifer Seraphine, Esq.**<br>jseraphine@jonesday.com<br>Jones Day<br>555 California Street, 26th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 626-3939 |

| | |
|---|---|
| **Alan G. Greer, Esq.**<br>agreer@richmangreer.com<br>**Lyle E. Shapiro, Esq.**<br>lshapiro@richmangreer.com<br>Richman Greer, PA<br>201 S. Biscayne Blvd., Suite 1000<br>Miami, FL 33131<br>Telephone: (305) 373-4000<br>Fax: (305) 373-4099<br>**Counsel for Manuli Rubber Industries S.p.A. and Manuli Oil & Marine (U.S.A.)** | Fax: (415) 875-5700<br>**Counsel for Parker-Hannifin Corporation**<br><br>**Paul M. Alfieri, Esq.**<br>paul.alfieri@linklaters.com<br>**Joseph P. Armao, Esq.**<br>joseph.armao@linklaters.com<br>**Robert H. Bell, Esq.**<br>robert.bell@linklaters.com<br>**Danielle Randazzo, Esq.**<br>danielle.randazzo@linklaters.com<br>**Benjamin D. Singer, Esq.**<br>Ben.singer@linklaters.com<br>Linklaters LLP<br>1345 Avenue of the Americas<br>New York, NY 10105<br>Telephone: (212) 903-9000<br>Fax: (212) 903-9100<br>**Counsel for Yokohama Rubber Co., LTD** |
| **Robert M. Osgood, Esq.**<br>osgoodrm@sullcrom.com<br>**Daniel A. Goldschmidt, Esq.**<br>Goldschmidt@sullcrom.com<br>**Fern Mechlowitz, Esq.**<br>mechlowitz@sullcrom.com<br>Sullivan & Cromwell LLP<br>1 New Fetter Lane<br>London EC4A 1AN<br>England<br>Telephone: 020 7959 8550<br>Fax: 020 7959 8950<br>**Counsel for Manuli Oil & Marine (USA)** | |
| **Alain E. Boileau, Esq.**<br>aeb@adorno.com<br>**Robert Hunt Schwartz, Esq.**<br>rhs@adorno.com<br>Adorno & Yoss<br>888 SE 3rd Avenue, Suite 500<br>Ft. Lauderdale, FL 33335-9002<br>Telephone: (954)523-5885<br>Fax: (954) 760-9531<br>**Counsel for Bridgestone Industrial Products America, Inc.** | **Bryan Robert Cleveland, Esq.**<br>bcleveland@ghblaw.com<br>Gilbride Heller & Brown<br>2 South Biscayne Blvd.<br>One Biscayne Tower, 15th Floor<br>Miami, FL 33131<br>Telephone: (305) 358-3580<br>Fax: (305) 374-1756<br>**Counsel for Yokohama Rubber Co., LTD**<br><br>**Walter M. Berger, Esq.**<br>bergerc@howrey.com<br>Howrey LLP<br>111 Louisiana, 25th Floor<br>Houston, TX 77002-5242<br>Telephone: (202) 333-6517<br>**Counsel for Trelleborg Industrie SA** |
| **Harold Donnelly, Esq.**<br>donnelly77@comcast.net<br>**Hal D. Hardin, Esq.**<br>halhardin@aol.com<br>211 Union Street, Suite 200<br>Nashville, TN 37201 | **James G. Kress, Esq.**<br>kressj@howrey.com<br>**Roxann E. Henry, Esq.**<br>henryr@howrey.com<br>**Richard E. DiZinno, Esq.**<br>dizinnor@howrey.com<br>**Christina Guerola Sarchio, Esq.**<br>sarchiochristina@howrey.com |

| | |
|---|---|
| Telephone: (615) 620-3277<br>Fax: (615) 369-3344<br>**Counsel for Bridgestone Industrial Products America, Inc.**<br><br>**Gregory J. Trask, Esq.**<br>gtrask@homerbonnerlaw.com<br>Homer Bonner, PA<br>1441 Brickell Avenue<br>Four Seasons Tower, Suite 1200<br>Miami, FL 33131<br>Telephone: (305) 350-5100<br>Fax: (305) 372-2738<br>**Counsel for Bridgestone Corporation**<br><br>**Jennifer Marie Driscoll, Esq.**<br>jdriscoll@mayerbrown.com<br>**Donald C. Klawiter**<br>dklawiter@mayerbrown.com<br>Mayer Brown LLP<br>1909 K. Street NW<br>Washington, DC 20006<br>Telephone: (202) 263-3860<br>Fax: (202) 762-4252<br>**Counsel for Christian Caleca**<br><br>**Michael Abram Rosen, Esq.**<br>mrosen@frc-law.com<br>Fowler Rodriguez LLP<br>355 Alhambra Circle, Suite 801<br>Coral Gables, FL 33134<br>Fax: Telephone: (786) 364-8400<br>Fax: (786) 364-8401<br>**Counsel for Christian Caleca**<br><br>**Robert Mark Brochin, Esq.**<br>rbrochin@morganlewis.com<br>Morgan Lewis & Bockius<br>200 S. Biscayne Blvd.<br>Suite 5300<br>Miami, FL 33131-2339<br>Telephone: (305) 415 3456<br>Fax: (305) 415-3001<br>**Counsel for Christian Caleca**<br>**Diana J. Pomeranz, Esq.**<br>dpomeranz@kslaw.com | Howrey LLP<br>1299 Pennsylvania Avenue, NW<br>Washington, DC 20004-2402<br>**Counsel for Trelleborg Industrie SA**<br><br>**Benedict P. Kuehne, Esq.**<br>ben.kuehne@kuehnelaw.com<br>**Susan Dmitrovshy, Esq.**<br>dmitrovsky@sk-lawyers.com<br>Benedict P. Kuehne, PA<br>100 SE 2nd Street, Suite 3550<br>Miami, FL 33131-2154<br>Telephone: (305) 789-5989<br>Fax: (305) 789-5987<br>**Counsel for Trelleborg Industrie SA**<br><br>**R. Bruce Holcomb, Esq.**<br>holcombb@dicksteinshapiro.com<br>**James R. Martin, Esq.**<br>martinj@dicksteinshapiro.com<br>**Christopher Fitzgerald Branch, Esq.**<br>branchc@dicksteinshapiro.com<br>Dickstein Shapiro, LLP<br>1825 Eye Street NW<br>Washington, DC 20006-5403<br>Telephone: (202) 420-2200<br>**Counsel for Dunlop Oil & Marine**<br><br>**Marc David Seitles, Esq.**<br>mseitles@seitleslaw.com<br>169 E. Flagler Street, Suite 1200<br>Miami, FL 33131<br>Telephone: (305) 379- 6667<br>Fax: (305) 379-6668<br>**Counsel for Vanni Scodeggio**<br><br><br>**Jeffrey Allan Sudduth, Esq.**<br>jsudduth@lpflaw.com<br>Legon Ponce & Fodiman, PA<br>1111 Brickell Avenue, Suite 2150<br>Miami, FL 33131<br>Telephone: (305) 444-9991<br>Fax: (305) 444-9937<br>**Counsel for Parker Hannafin Corp** |

| | |
|---|---|
| **James M. Griffin, Esq.**<br>jgriffin@kslaw.com<br>**Kevin R. Sullivan, Esq.**<br>ksullivan@kslaw.com<br>**Susan D. Inman, Esq.**<br>sinman@kslaw.com<br>King & Spalding LLP<br>1700 Pennsylvania Avenue NW<br>Washington, DC 20006<br>Telephone: (202) 626-5540<br>**Counsel for Vanni Scodeggio**<br><br>**David Oscar Markus, Esq.**<br>dmarkus@markuslaw.com<br>169 E. Flagler Street, Suite 1200<br>Miami, FL 33131<br>Telephone: (305) 379-6667<br>Fax: 305-379-6668<br>**Counsel for Francesco Scaglia** | **Gerald Edward Greenberg, Esq.**<br>ggreenberg@swmwas.com<br>**Jay Brian Shapiro, Esq.**<br>jshapiro@swmwas.com<br>Stearns Weaver Miller Weissler, et al.<br>Museum Tower<br>150 West Flagler Street, Suite 2200<br>Miami, FL 33130<br>Telephone: (305) 789-3200<br>Fax: (305) 789-3395<br>**Counsel for Francesco Scaglia** |