UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
MASTER DOCKET NO. 08-MDL-1888-GRAHAM/TURNOFF

IN RE MARINE HOSE ANTITRUST
LITIGATION

THIS DOCUMENT RELATES TO:

**ALL ACTIONS**

### AMENDED PRETRIAL ORDER NO. 1

This cause came before the Court *sua sponte*. The Court's Pretrial Order No. 1 (D.E. 4) is amended as follows:

1. The Court shall conduct telephonic status conferences on the following Wednesdays: September 10, 2008 and January 14, 2009. Counsel shall contact the Court at **3:30 P.M.** (originally scheduled for 3:00 P.M.) by calling the following toll-free number 1-866-208-6278 on September 10, 2008 (with Conference ID # 63555680) and on January 14, 2009 (with Conference ID # 63555709).

**DONE AND ORDERED** at Miami, Florida, this 4th day of September, 2008.

DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record