UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

MASTER DOCKET NO. 08-MDL-1888-GRAHAM/TURNOFF

IN RE MARINE HOSE ANTITRUST
LITIGATION

THIS DOCUMENT RELATES TO:

ALL ACTIONS

## OMNIBUS ORDER

**THIS CAUSE** comes before the Court upon a review of the record.

The Court held a Status Conference on September 10, 2008, whereupon it ruled *ore tenus* on certain pending motions. This Order follows to clarify the record. Accordingly, is hereby

**ORDERED AND ADJUDGED** that the Plaintiffs' Motion for Leave to Amend Consolidated Class Action Complaint and Motion of Certain Plaintiffs for an Order Granting Voluntary Dismissal Without Prejudice [D.E. 172] is **GRANTED**, in part. Plaintiff may amend the Consolidated Class Action Complaint which shall be docketed as of the date of the entry of this Order. The Court, however, will defer ruling on that portion of the motion seeking voluntary dismissal without prejudice of Plaintiffs Weeks Marine, Inc. and Shipyard Supply, LLC because that request is opposed. Therefore, a ruling on the voluntary dismissal will follow once briefing on that issue is complete. It is further

**ORDERED AND ADJUDGED** that Plaintiffs shall immediately make all efforts to expeditiously serve all Defendants contained within the First Amended Consolidated Complaint, including any foreign entities or individuals. It is further

**ORDERED AND ADJUDGED** that, because the Court granted Plaintiffs leave to amend the complaint, the motions listed below are **DENIED** as moot and Defendants shall file amended and/or a supplemental pleadings, as appropriate, in response to the First Amended Consolidated Complaint:

(i) Defendant Parker ITR SrL's Motion to Dismiss and Incorporated Memorandum of Law [D.E. 90];

(ii) Defendant Bridgestone Industrial Products of America, Inc.'s Motion to Dismiss Consolidated Class Action Complaint [D.E. 92];

(iii) Defendant Val Northcutt's Motion to Dismiss Consolidated Amended Complaint [D.E.s 95];

(iv) Defendant Vanni Scodeggio's Motion to Dismiss Plaintiff's Consolidated Class Action Complaint [D.E. 97];

(v) Defendant Francesco Scaglia's Motion to Dismiss the Consolidated Class Action Complain and Supporting Memorandum of Law [D.E. 98];

(vi) Defendant Jacques Cognard's Motion to Dismiss [D.E.s 102 and 104]. It is further

**ORDERED AND ADJUDGED** that the Court will defer ruling on Plaintiffs Motion for Preliminary Approval of Proposed Settlement with Dunlop Oil & Marine Ltd. and certain executives [D.E. 152] until such time as the parties have fully briefed the issues concerning class certification under Rule 23.  It is further

**ORDERED AND ADJUDGED** that, **by no later than September 22, 2008,** the parties shall jointly file a supplement relating to Plaintiffs' request to file materials under seal as further discussed at the Status Conference.  It is further

**ORDERED AND ADJUDGED** that Defendant Manuli's Motion to Compel the Deposition of Plaintiff Shipyard Supply, LLC [D.E. 164] is **DENIED** as moot.

**DONE AND ORDERED** in Chambers in Miami, Florida this 13th day of September, 2008.

_____
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record