UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

MASTER DOCKET NO. 08-MDL-1888-GRAHAM/TURNOFF

IN RE MARINE HOSE ANTITRUST LITIGATION

_____/

THIS DOCUMENT RELATES TO:

ALL ACTIONS
_____/

# DEFENDANT FRANCESCO SCAGLIA'S RESPONSE TO AMENDED CONSOLIDATED CLASS COMPLAINT AND ADOPTION OF PRIOR MOTION TO DISMISS

In response to the First Amended Consolidated Class Complaint ("Amended Complaint," D.E. # 180), deemed filed on September 13, 2008, Defendant Francesco Scaglia adopts his Motion to Dismiss the Consolidated Class Action Complaint and Supporting Memorandum of Law, filed on April 23, 2008 (D.E. # 98). As set forth in that motion, which was fully briefed as of May 21, 2008, this Court lacks personal jurisdiction over Mr. Scaglia, the service of process on Mr. Scaglia was insufficient, and the claims against him should be dismissed for failure to state a claim and lack of subject matter jurisdiction.

Significantly, the Amended Complaint contains absolutely no new allegations against Mr. Scaglia. Even though Plaintiffs had ample opportunity to fix their claims against Mr. Scaglia before filing this latest complaint, the sparse allegations against Mr. Scaglia in the Amended Complaint are identical to those in the Consolidated Complaint, with the exception of one new sentence updating

the status of his pending criminal case. *See* Amended Complaint ¶ 83.[1] The arguments contained in the prior motion to dismiss are thus fully applicable and fully adopted in reference to the Amended Complaint. It is as clear now as it was before that the claims against Mr. Scaglia should be dismissed.

Particularly in light of this Court's lack of personal jurisdiction, Mr. Scaglia is eager to have this motion resolved. Almost a full year ago, on October 11, 2007, Mr. Scaglia filed motions to dismiss the original class complaints in *Shipyard Supply, LLC, et al. v. Bryan Allison, et al.*, Case No. 07-21592-CIV-GRAHAM/O'SULLIVAN and *Bayside Rubber & Products, Inc., et al. v. Christian Caleca, et al.*, Case No. 07-21784-CIV-GRAHAM/O'SULLIVAN, on the same grounds that he raises now: lack of personal jurisdiction, insufficient service of process, failure to state a claim, and lack of subject matter jurisdiction, pursuant to Rules 12(b)(1)-(6). On January 23, 2008, before that motion was decided, the various cases in this action were consolidated as one multi-district matter, and plaintiffs filed their substantially similar consolidated class complaint on March 24, 2008 (D.E. #79). Mr. Scaglia filed a motion to dismiss raising the same grounds on April 23, 2008 (D.E. # 98). That motion was fully briefed as of May 21, 2008 (Reply Brief, D.E. # 121). Before that motion could be decided, however, Plaintiffs sought and received leave to file the Amended Complaint.

All the while, as Plaintiffs have fashioned and re-fashioned their complaint, Mr. Scaglia, an Italian citizen, has been forced for a full year to participate in a civil lawsuit in Florida, where he is not subject to personal jurisdiction. Aside from having to retain lawyers to participate in all aspects

---

[1] The Amended Complaint contains two paragraphs numbered 83. The one referenced herein is the first of the two. The numbering changes in the new complaint are due to the addition of new allegations having nothing to do with Mr. Scaglia.

2

of the litigation and file and re-file his motions, Mr. Scaglia has had to make initial disclosures, respond to discovery requests as part of the class discovery process, and otherwise take an active role in defending this lawsuit. Now, with merits discovery about to begin, he will be forced to do even more if his motion is not granted. Although Mr. Scaglia fully appreciates how busy this Court's docket is, he urges the Court to address the issues in his motion as soon as the Court is able.

Dated: September 19, 2008

Respectfully submitted,

STEARNS WEAVER MILLER WEISSLER
ALHADEFF & SITTERSON, P.A.

By: s/Gerald E. Greenberg
Jay B. Shapiro
Florida Bar No. 776361
jshapiro@swmwas.com
Gerald E. Greenberg
Florida Bar No. 440094
ggreenberg@swmwas.com
Suite 2200, Museum Tower
150 West Flagler Street
Miami, Florida 33130
Telephone: (305) 789-3200
Facsimile: (305) 789-3395

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 19, 2008, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                        s/Gerald E. Greenberg
                                                       GERALD E. GREENBERG

# SERVICE LIST

| PLAINTIFFS' COUNSEL | DEFENDANTS' COUNSEL |
|---|---|
| Gregory P. Hansel<br>Randall B. Weill<br>**Preti Flaherty Beliveau & Pachios, LLP**<br>One City Center<br>P.O. Box 9546<br>Portland, ME 04112-9546<br>Telephone: (207) 791-3000<br>ghansel@preti.com<br>rweill@preti.com | Ann-Marie Luciano<br>Christopher Fitzgerald Branch<br>James R. Martin<br>R. Bruce Holcomb<br>**Dickstein Shapiro LLP**<br>1825 Eye Street NW<br>Washington, DC 20006-5403<br>Telephone: (202) 572-2200<br>lucianoa@dsmo.com<br>branchc@dicksteinshapiro.com<br>martinj@dicksteinshapiro.com<br>holcombb@dicksteinshapiro.com<br>*Counsel for Bryan Allison, David Brammar, and Dunlop Oil & Marine Ltd.* |
| Bruce Gerstein<br>Barry S. Taus<br>Noah H. Silverman<br>**Garwin Gerstein & Fisher LLP**<br>1501 Broadway, Suite 1416<br>New York, NY 10036<br>Telephone: (212) 398-0055<br>bgerstein@garwingerstein.com<br>btaus@garwingerstein.com<br>nsilverman@garwingerstein.com | Richard Aldo Serafini<br>**Greenberg Traurig**<br>401 E. Las Olas Boulevard<br>Suite 2000<br>Fort Lauderdale, FL 33301<br>Telephone: (954) 768-8256<br>serafinir@gtlaw.com<br>*Counsel for Bryan Allison, David Brammar, and Dunlop Oil & Marine Ltd.* |
| M. Stephen Dampier<br>**Vickers, Riis, Murray and Curran, LLC**<br>106 St. Francis Street, Suite 1100 (36602)<br>P.O. Drawer 2568<br>Mobile, AL 36652-2568<br>Telephone: (251) 432-9772<br>Fax: (251) 432-9781<br>sdampier@vickersriis.com | Jeffrey A. Kimmel<br>**Meister Seelig & Fein LLP**<br>2 Grand Central Tower 19th Floor<br>140 E 45th Street<br>New York, NY 10017<br>Telephone: (212) 655-3578<br>jkimmel@meisterseelig.com<br>*Counsel for Bridgestone Industrial Products America, Inc.* |

Alain E. Boileau
Robert H. Schwartz
**Adorno & Yoss LLP**
888 Southeast 3rd Avenue, Suite 500
Fort Lauderdale, FL 33316
Telephone: (954) 523-5885
rhs@adorno.com
aeb@adorno.com
*Counsel for Bridgestone Industrial Products America, Inc.*

Harold Donnelly, Esq.
Hal D. Hardin, Esq.
211 Union Street, Suite 200
Nashville, TN 37201
Telephone: (615) 620-3277
donnelly77@comcast.net
halhardin@aol.com
*Counsel for Bridgestone Industrial Products America, Inc.*

Peter W. Homer
Gregory J. Trask
**Homer & Bonner**
1441 Brickell Avenue
Four Seasons Tower Suite 1200
Miami, FL 33131
Telephone: (305) 350-5100
gtrask@homerbonnerlaw.com
*Counsel for Bridgestone Corporation*

Boyd Cloern
David L. Cook
Leiv Blad
**Clifford Chance US LLP**
2001 K Street
Washington, DC 20006
Telephone: (202) 912-5000
boyd.cloern@cliffordchance.com
david.cook@cliffordchance.com
leiv.blad@cliffordchance.com
*Counsel for Bridgestone Corporation*

James Weidner
**Clifford Chance US LLP**
31 West 52nd Street
New York, NY 10019-6131
Telephone: (212) 878-8000
james.weidner@cliffordchance.com
*Counsel for Bridgestone Corporation*

Jennifer M. Driscoll, Esq.
Donald C. Klawiter
**Mayer Brown LLP**
1909 K. Street, NW
Washington, DC 20006
Telephone: (202) 263-3000
jdriscoll@mayerbrown.com
dklawiter@mayerbrown.com
*Counsel for Christian Caleca*

Michael A. Rosen, Esq.
**Fowler Rodriguez Valdes-Fauli**
355 Alhambra Circle
Suite 801
Coral Gables, FL 33134
Telephone: (786) 364-8400
mrosen@frc-law.com
*Counsel for Christian Caleca*

Daniel A. Lurvey, Esq.
**Lyons & Lurvey, P.A.**
1200 Brickell Avenue, Suite 1620
Miami, FL 33131
Telephone: (305) 379-5554
lurveylaw@aol.com
*Counsel for Jacques Cognard*

Lisa Zeiler Joiner
**Fulbright & Jaworksi LLP**
801 Pennsylvania Avenue, N.W.
Washington, DC 20004-2623
Telephone: (202) 662-0200
arene@fulbright.com
ljoiner@fulbright.com
kwalker@fulbright.com
*Counsel for Jacques Cognard*

Jeffrey B. Crockett
David J. Zack
**Coffey Burlington**
Penthouse
2699 South Bayshore Drive
Miami, FL 33133
Telephone: (305) 858-2900
jcrockett@coffeyburlington.com
dzack@coffeyburlington.com
*Counsel for Misao Hioki*

Christopher T. Casamassima
**Kirkland & Ellis**
777 S. Figueroa Street
Suite 3700
Los Angeles, CA 90017
Telephone: (213) 680-8400
ccasamassima@kirkland.com
*Counsel for Misao Hioki*

James H. Mutchnik
**Kirkland & Ellis**
200 E. Randolph Drive
Suite 6048
Chicago, IL 60601
Telephone: (312) 861-2350
mutchnick@kirkland.com
*Counsel for Misao Hioki*

David Ian Horowitz
**Kirkland & Ellis**
153 E 53rd Street
New York, NY 10022-4611
Telephone: (212) 446-4729
dhorowitz@kirkland.com
*Counsel for Misao Hioki*

Alan Graham Greer
Lyle Eric Shapiro
Richman Greer Weil Brumbaugh
**Mirabito & Christensen**
201 S. Biscayne Blvd., Suite 1000
Miami, FL 33131
Telephone: (305) 373-4000
agreer@richmangreer.com
lshapiro@richmangreer.com
*Counsel for Manuli Rubber Industries*
*S.p.A. and Manuli Oil & Marine (U.S.A.*

Robert M. Osgood
Daniel A. Goldschmidt
Fern Mechlowitz
**Sullivan & Cromwell LLP**
One New Fetter Lane
London EC4A 1AN, England
Telephone: +44 (0) 20 7959 8900
osgoodrm@sullcrom.com
goldschmidt@sullcrom.com
mechlowitzf@sullcrom.com
*Counsel for Manuli Oil & Marine (USA)*

Walter J. Taché
Matthew T. Davidson
**Carlton Fields**
4000 International Place
100 S.E. Second Street
Miami, FL 33131-2114
Telephone: (305) 530-0050
mpasano@carltonfields.com
wtache@carltonfields.com
*Counsel for Defendant Val M. Northcutt*

Carmen G. McLean
John M. Majoras
**Jones Day**
51 Louisiana Avenue N.W.
Washington, DC 20001-2113
Telephone: (202) 879-3939
cgmclean@jonesday.com
jmmajoras@jonesday.com
*Counsel for Parker-Hannifin Corporation*

Jeffrey Allan Sudduth
**Legon Ponce & Fodiman PA**
1111 Brickell Avenue, Suite 2150
Miami, FL 33131
Telephone: (305) 444-9991
jsudduth@lpflaw.com
*Counsel for Parker-Hannifin Corporation*

Marc David Seitles
**LAW OFFICES OF MARC D. SEITLES, PA**
169 E. Flagler Street
Suite 1200
Miami, FL 33131
Telephone: (305) 379-6667
mseitles@seitleslaw.com
*Counsel for Defendant Vanni Scodeggio*

Diana J. Pomerantz
James M. Griffin
Kevin R. Sullivan
Susan D. Inman
**King & Spalding LLP**
1700 Pennsylvania Avenue, NW
Washington, DC 20006
Telephone: (202) 626-2624
dpomerantz@kslaw.com
jgriffin@sklaw.com
ksullivan@sklaw.com
sinman@sklaw.com
*Counsel for Defendant Vanni Scodeggio*

Walter M. Berger, Esq.
**Howrey LLP**
111 Louisiana, 25th Floor
Houston, TX 77002-5242
Telephone: (202) 333-6517
bergerc@howrey.com
*Counsel for Trelleborg Industries, SA*

David G. Meyer
**Howrey LLP**
550 S Hope Street
Suite 1100
Los Angeles, CA 90071
Telephone: (213) 892-1928
*Counsel for Trelleborg Industries, SA*

James G. Kress, Esq.
Roxann E. Henry, Esq.
Richard E. DiZinno, Esq.
Christina Guerola Sarchio, Esq.
**Howrey LLP**
1299 Pennsylvania Avenue, NW
Washington, DC 20004-2402
Telephone: (202) 383-6517
kressj@howrey.com
henryr@howrey.com
dizinnor@howrey.com
sarchiochristina@howrey.com
*Counsel for Trelleborg Industries, SA*

Benedict P. Kuehne, Esq.
Susan Dmitrovsky, Esq.
**Benedict P. Kuehne, P.A.**
100 SE 2nd Street, Suite 3550
Miami, FL 33131-2154
Telephone: (305) 789-5989
ben.kuehne@kuehnelaw.som
dmitrovsky@sk-lawyers.com
*Counsel for Trelleborg Industries, SA*

Joseph H. Serota
John J. Quick
**Weiss Serota Helfman Pastoriza**
**Cole & Boniske, P.L.**
2525 Ponce de Leon Boulevard
Suite 700
Coral Gables, FL 33134
Telephone: (305) 854-0800
jserota@wsh-law.com
jquick@wsh-law.com
*Co-Counsel for Def., Trelleborg*

Paul M. Alfieri, Esq.
Joseph P. Armao, Esq.
Robert J. Bell, Esq.
Danielle Randazzo, Esq.
Benjamin D. Singer, Esq.
**Linklaters LLP**
1345 Avenue of the Americas
New York, NY 10105
Telephone: (212) 903-9000
ben.singer@linklaters.com
robert.bell@liklaters.com
paul.alfieri@linklaters.com
joseph.armao@linklaters.com
danielle.randazzo@linklaters.com
*Counsel for Yokohama Rubber Co., LTD*

Bryan Robert Cleveland, Esq.
**Gilbride Heller & Brown**
2 South Biscayne Blvd.
One Biscayne Tower, 15th Floor
Miami, FL 33131
Telephone: (305) 358-3580
bcleveland@ghblaw.com
*Counsel for Yokohama Rubber Co., LTD*