IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

MASTER DOCKET NO. 08-MDL-1888-GRAHAM/ TURNOFF

IN RE MARINE HOSE ANTITRUST
LITIGATION

THIS DOCUMENT RELATES TO:

ALL ACTIONS

**DEFENDANT VANNI SCODEGGIO'S JOINDER TO MANULI RUBBER INDUSTRIES S.P.A., MANULI OIL & MARINE (U.S.A.) INC., PARKER ITR S.R.L., AND PARKER HANNIFIN CORPORATION'S MEMORANDUM OF LAW IN OPPOSITION TO PLAINTIFFS' MOTION FOR CLASS CERTIFICATION**

Defendant Vanni Scodeggio hereby joins in Manuli Rubber Industries S.P.A., Manuli Oil & Marine (U.S.A.) Inc., Parker ITR S.R.L., and Parker Hannifin Corporation's Memorandum of Law in Opposition to Plaintiffs' Motion for Class Certification, filed with the Court on September 25, 2008, and incorporates by reference any arguments or evidence offered in support thereof.

Dated: September 25, 2008             Respectfully submitted,

                                      __/s/ Marc Seitles_____
                                      Marc D. Seitles
                                      LAW OFFICES OF MARC DAVID SEITLES, P.A.
                                      169 East Flagler Street, Suite 1200
                                      Miami, FL 33131

                                      *Attorney for Defendant Vanni Scodeggio*

        Kevin R. Sullivan
        James M. Griffin
        KING & SPALDING
        1700 Pennsylvania Ave., NW, Suite 200
        Washington, DC 20006

        *Attorneys for Defendant Vanni Scodeggio*

## CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either, via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

        /s/ Marc Seitles
        Marc Seitles

# SERVICE LIST
Case No. 08-MDL-1888 Graham/ Turnoff

GARWIN GERSTEIN & FISHER, LLP
Bruce E. Gerstein
Barry S. Taus
Noah H. Silverman
1501 Broadway, Suite 1416
New York, NY 10036
Telephone: (212) 398-0055
Facsimile: (212) 764-6620

LABATON SUCHAROW LLP
Hollis Salzman
Gregory Asciolla
Vicky Ku
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

PRETI, FLAHERTY, BELIVEAU, & PACHIOS, LLP
Gregory P. Hansel
Randall B. Weill
One City Center
P.O. Box 9546
Portland, ME 04112
Telephone: (207) 791-3000
*Interim Plaintiffs' Co-Lead Counsel*

MAYER BROWN LLP
Donald C. Klawiter
Jennifer Driscoll
1909 K Street, NW, Suite 804
Washington, DC 20006
Telephone: (202) 263-3393
Facsimile: (202) 762- 4297

FOWLER RODRIQUEZ, LLP
Michael A. Rosen
355 Alhambra Circle
Suite 801
Coral Gables, FL 33134
Telephone: (786) 364-8410

Facsimile: (786) 364-8401
*Counsel for Christian Caleca*

KIRKLAND & ELLIS, LLP
Christopher T. Casamassima
777 S. Figueroa St.
Los Angeles, CA 90017
Telephone: (213) 680-8353
Facsimile: (213) 680-8500

COFFEY BURLINGTON
Jeffrey Bruce Crockett
2699 S. Bayshore Drive
Miami, FL 33133
Telephone: (305) 858-2900
Facsimile: (305) 858-5261
*Counsel for Misao Hioki*

CARLTON FIELDS, PA
Walter J. Taché
Matthew T. Davidson
400 International Place
100 S.E. Second Street
Miami, FL 33131
Telephone: (305) 530-0050
Facsimile: (786) 530-0055
*Counsel for Val M. Northcutt*

David Oscar Markus
169 E. Flagler Street
Suite 1200
Miami, FL 33131
Telephone: (305) 379-6667
Facsimile: (305) 379-6668

STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, PA
Jay B. Shapiro
Gerald E. Greenberg
Museum Tower
150 W. Flagler Street
Suite 2200

| | |
|---|---|
| Miami, FL 33130<br>Telephone: (305) 789-3200<br>Facsimile: (305) 789-3395<br>***Counsel for Francesco Scaglia*** | Fort Lauderdale, FL 33301<br>Telephone: (954) 768-8256<br>Facsimile: (954) 765-14677<br>***Counsel for Defendant Dunlop Oil & Marine, Ltd.*** |

ADORNO & YOSS
Alain E. Boileau
Robert Hunt Schwartz
888 S.E. 3rd Avenue
Suite 500
Fort Lauderdale, FL 33335
Telephone: (954) 523-5885
Facsimile: (954) 760-9531

Hal D. Hardin
Harold Donnelly
211 Union Street
Suite 200
Nashville, TN 37201
Telephone: (615) 369-3377
Facsimile: (615) 369-3344
***Counsel for Bridgestone Industrial Products America, Inc.***

HOMER BONNER, PA
Peter W. Homer
Gregory J. Trask
1441 Brickell Avenue
Miami, FL 33131
Telephone: (305) 350-5100
Facsimile: (305) 372-2738
***Counsel for Bridgestone Corporation***

DICKSTIEN SHAPIRO LLP
Bruce Holcomb
James Martin
1825 Eye Street, NW
Washington, DC 20006
Telephone: (202) 420-2200
Facsimile: (202) 420- 2201

GREENBERG TRAURIG
Richard Aldo Serafini
401 E. Las Olas Boulevard
Suite 2000

RICHMAN GREER, PA
Alan G. Greer
Lyle E. Shapiro
201 S. Biscayne Boulevard
Suite 1000
Miami, FL 33131
Telephone: (305) 373-4000
Facsimile: (305) 373-4099

SULLIVAN & CROMWELL LLP
Robert M. Osgood
Daniel A. Goldschmidt
Fern Mechlowitz
1 New Fetter Lane
London EC4A 1AN, England
Telephone: +44 (0) 20 7959 8900
Facsimile: +44 (0) 20 7959 8950
***Counsel for Manuli Rubber Industries S.p.A. and Manuli Oil & Marine (U.S.A) Inc.***

LEGON PONCE & FODIMAN PA
Jeffrey Allen Sudduth
1111 Brickell Ave., Suite 2150
Miami, FL 33131
Telephone: (305) 444-9991
Facsimile:  (305) 444-9937

JONES DAY
John M. Majoras
Carmen G. McLean
Michelle L. Marks
51 Louisiana Avenue, NW
Washington, D.C. 20001
Telephone: (202) 879-3939
Facsimile: (202) 626-1700
***Counsel for Parker ITR S.r.l. and Parker Hannifin Corp.***

HOWREY LLP
Roxann Henry
James G. Kress
1299 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 383-6503
Facsimile: (202) 383-6610

HOWREY LLP
Walter M. Berger
111 Louisiana
25th Floor
Houston, TX

BENEDICT P. KUEHNE, PA
Benedict P. Kuehne
Susan Dmitrovsky
100 S.E. 2nd Street Suite 3550
Miami, FL 33131
Telephone: (305) 789-5989
Facsimile: (305) 789-5987
*Counsel for Trelleborg Industrie, S.A.*

LINKLATERS LLP
Joseph P. Armao
Benjamin D. Singer
1345 Avenue of the Americas
New York, NY 10105
Telephone: (212) 903-9000
Facsimile: (212) 903-9100

GILBRIDE HELLER &
BROWN, PA
Bryan Robert Cleveland
One Biscayne Tower, 15th Floor
2 S. Biscayne Boulevard
Miami, FL 33131
Telephone: (305) 358-3580
Facsimile: (305) 374-1756
*Counsel for the Yokohama Rubber Co., Ltd.*