IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

MASTER DOCKET NO. 08-MDL-1888-GRAHAM/ TURNOFF

IN RE MARINE HOSE ANTITRUST
LITIGATION

THIS DOCUMENT RELATES TO:

ALL ACTIONS

**DEFENDANT VANNI SCODEGGIO'S ADOPTION OF PRIOR MOTION TO
DISMISS FOR PURPOSES OF RESPONDING TO PLAINTIFFS'
FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT**

Defendant Vanni Scodeggio ("Mr. Scodeggio"), by and through his undersigned counsel and pursuant to this Court's Order of September 15, 2008 [D.E. 181], hereby adopts his Motion to Dismiss Plaintiffs' Consolidated Class Action Complaint, filed on April 23, 2008 [D.E. 97], and reply in support thereof filed on May 21, 2008 [D.E. 122] for purposes of responding to Plaintiffs' First Amended Consolidated Class Action Complaint, and in support thereof states as follows:

In his motion to dismiss and reply, Mr. Scodeggio moved to dismiss Plaintiffs' consolidated complaint for failure to state a claim upon which relief can be granted and because Plaintiffs' allegations do not establish subject matter jurisdiction. Specifically, Plaintiffs' allegations regarding Mr. Scodeggio's conduct are insufficient to state a Section 1 claim under the Supreme Court's holding in *Bell Atlantic Corp. v. Twombly*, 127 S. Ct. 1955 (2007) because they fail to set forth plausible grounds that Mr. Scodeggio engaged in anticompetitive activity. Further, there is no subject matter jurisdiction over

Mr. Scodeggio because Plaintiffs do not allege that Mr. Scodeggio's conduct directly, substantially, and foreseeably affected U.S. commerce as required by the Foreign Trade Antitrust Improvements Act of 1982 ("FTAIA"), 15 U.S.C. § 6a (2008).

The same deficiencies that cause Plaintiffs' initial consolidated complaint to fail still exist in Plaintiffs' amended consolidated complaint. Significantly, the amended complaint contains absolutely no new allegations against Mr. Scodeggio. The sparse allegations against Mr. Scodeggio in the amended complaint are identical to those in the initial consolidated complaint. As in their initial consolidated complaint, Plaintiffs identify Mr. Scodeggio by name in connection with only three allegations, one of which is directly contradicted by the affidavit from which it is derived, and the other two of which do not allege conduct by Mr. Scodeggio, but rather allege conduct by the Department of Justice. The remainder of the amended complaint consists solely of conclusory allegations regarding the "anticompetitive activities" of "Defendants and their co-conspirators," making it impossible to attribute any conduct to Mr. Scodeggio individually. Such broad allegations are insufficient to meet the pleading standard established by the Supreme Court in *Twombly*, and fail to refer to or identify any conduct by Mr. Scodeggio that had a direct, substantial and reasonably foreseeable effect on U.S. commerce, as required by the FTAIA. The arguments contained in Mr. Scodeggio's prior motion to dismiss are thus fully applicable and fully adopted in reference to the amended consolidated complaint.

As the argument in favor of dismissal has been fully briefed, Mr. Scodeggio adopts his previous motion to dismiss and reply, and respectfully requests that this Court grant his motion and dismiss Plaintiffs' First Amended Class Action Complaint.

Dated: October 6, 2008                     Respectfully submitted,

                                        __/s/ Marc Seitles_____
                                        Marc D. Seitles
                                        LAW OFFICES OF MARC DAVID SEITLES, P.A.
                                        169 East Flagler Street, Suite 1200
                                        Miami, FL 33131

                                        *Attorney for Defendant Vanni Scodeggio*

                                        Kevin R. Sullivan
                                        James M. Griffin
                                        KING & SPALDING
                                        1700 Pennsylvania Ave., NW, Suite 200
                                        Washington, DC 20006

                                        *Attorneys for Defendant Vanni Scodeggio*

## CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either, via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

                                                                  /s/ Marc Seitles
                                                                   Marc Seitles

**SERVICE LIST**
Case No. 08-MDL-1888 Graham/ Turnoff

GARWIN GERSTEIN & FISHER, LLP
Bruce E. Gerstein
Barry S. Taus
Noah H. Silverman
1501 Broadway, Suite 1416
New York, NY 10036
Telephone: (212) 398-0055
Facsimile: (212) 764-6620

LABATON SUCHAROW LLP
Hollis Salzman
Gregory Asciolla
Vicky Ku
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

PRETI, FLAHERTY, BELIVEAU, & PACHIOS, LLP
Gregory P. Hansel
Randall B. Weill
One City Center
P.O. Box 9546
Portland, ME 04112
Telephone: (207) 791-3000
*Interim Plaintiffs' Co-Lead Counsel*

MAYER BROWN LLP
Donald C. Klawiter
Jennifer Driscoll
1909 K Street, NW, Suite 804
Washington, DC 20006
Telephone: (202) 263-3393
Facsimile: (202) 762- 4297

FOWLER RODRIQUEZ, LLP
Michael A. Rosen
355 Alhambra Circle
Suite 801
Coral Gables, FL 33134
Telephone: (786) 364-8410

Facsimile: (786) 364-8401
*Counsel for Christian Caleca*

KIRKLAND & ELLIS, LLP
Christopher T. Casamassima
777 S. Figueroa St.
Los Angeles, CA 90017
Telephone: (213) 680-8353
Facsimile: (213) 680-8500

COFFEY BURLINGTON
Jeffrey Bruce Crockett
2699 S. Bayshore Drive
Miami, FL 33133
Telephone: (305) 858-2900
Facsimile: (305) 858-5261
*Counsel for Misao Hioki*

CARLTON FIELDS, PA
Walter J. Taché
Matthew T. Davidson
400 International Place
100 S.E. Second Street
Miami, FL 33131
Telephone: (305) 530-0050
Facsimile: (786) 530-0055
*Counsel for Val M. Northcutt*

David Oscar Markus
169 E. Flagler Street
Suite 1200
Miami, FL 33131
Telephone: (305) 379-6667
Facsimile: (305) 379-6668

STEARNS WEAVER MILLER WEISSLER ALHADEFF & SITTERSON, PA
Jay B. Shapiro
Gerald E. Greenberg
Museum Tower
150 W. Flagler Street
Suite 2200

Miami, FL 33130
Telephone: (305) 789-3200
Facsimile: (305) 789-3395
*Counsel for Francesco Scaglia*

ADORNO & YOSS
Alain E. Boileau
Robert Hunt Schwartz
888 S.E. 3rd Avenue
Suite 500
Fort Lauderdale, FL 33335
Telephone: (954) 523-5885
Facsimile: (954) 760-9531

Hal D. Hardin
Harold Donnelly
211 Union Street
Suite 200
Nashville, TN 37201
Telephone: (615) 369-3377
Facsimile: (615) 369-3344
*Counsel for Bridgestone Industrial Products America, Inc.*

HOMER BONNER, PA
Peter W. Homer
Gregory J. Trask
1441 Brickell Avenue
Miami, FL 33131
Telephone: (305) 350-5100
Facsimile: (305) 372-2738
*Counsel for Bridgestone Corporation*

DICKSTIEN SHAPIRO LLP
Bruce Holcomb
James Martin
1825 Eye Street, NW
Washington, DC 20006
Telephone: (202) 420-2200
Facsimile: (202) 420- 2201

GREENBERG TRAURIG
Richard Aldo Serafini
401 E. Las Olas Boulevard
Suite 2000

Fort Lauderdale, FL 33301
Telephone: (954) 768-8256
Facsimile: (954) 765-14677
*Counsel for Defendant Dunlop Oil & Marine, Ltd.*

RICHMAN GREER, PA
Alan G. Greer
Lyle E. Shapiro
201 S. Biscayne Boulevard
Suite 1000
Miami, FL 33131
Telephone: (305) 373-4000
Facsimile: (305) 373-4099

SULLIVAN & CROMWELL LLP
Robert M. Osgood
Daniel A. Goldschmidt
Fern Mechlowitz
1 New Fetter Lane
London EC4A 1AN, England
Telephone: +44 (0) 20 7959 8900
Facsimile:  +44 (0) 20 7959 8950
*Counsel for Manuli Rubber Industries S.p.A. and Manuli Oil & Marine (U.S.A) Inc.*

LEGON PONCE & FODIMAN PA
Jeffrey Allen Sudduth
1111 Brickell Ave., Suite 2150
Miami, FL 33131
Telephone: (305) 444-9991
Facsimile:  (305) 444-9937

JONES DAY
John M. Majoras
Carmen G. McLean
Michelle L. Marks
51 Louisiana Avenue, NW
Washington, D.C. 20001
Telephone: (202) 879-3939
Facsimile: (202) 626-1700
*Counsel for Parker ITR S.r.l. and Parker Hannifin Corp.*

HOWREY LLP
Roxann Henry
James G. Kress
1299 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 383-6503
Facsimile: (202) 383-6610

HOWREY LLP
Walter M. Berger
111 Louisiana
25th Floor
Houston, TX

BENEDICT P. KUEHNE, PA
Benedict P. Kuehne
Susan Dmitrovsky
100 S.E. 2nd Street Suite 3550
Miami, FL 33131
Telephone: (305) 789-5989
Facsimile: (305) 789-5987
*Counsel for Trelleborg Industrie, S.A.*

LINKLATERS LLP
Joseph P. Armao
Benjamin D. Singer
1345 Avenue of the Americas
New York, NY 10105
Telephone: (212) 903-9000
Facsimile: (212) 903-9100

GILBRIDE HELLER &
BROWN, PA
Bryan Robert Cleveland
One Biscayne Tower, 15th Floor
2 S. Biscayne Boulevard
Miami, FL 33131
Telephone: (305) 358-3580
Facsimile: (305) 374-1756
*Counsel for the Yokohama Rubber Co., Ltd.*