**SERVICE LIST FOR IN RE: MARINE HOSE ANTITRUST LITIGATION**
**Case No. 08-MDL-1888-TORRES/TORRES**
**The following counsel of record have been served**
**via the Southern District of Florida's CM/ECF System**
**and/or electronic mail by Defendant, Robert Lewis Furness's counsel:**

***Counsel for Plaintiff Shipyard Supply LLC***
Gregory P. Hansel - ghansel@preti.com
Randall B. Weill - rweill@preti.com
Joshua R. Carver - jcarver@preti.com
PRETI, FLAHERTY, BELIVEAU & PACHIOS, LLP
One City Center, P.O. Box 9546
Portland, ME 04112-9546
Telephone:        (207) 791-3000
Facsimile:        (207) 791-3111

Robert C. Josefsberg - Rjosefsberg@podhurst.com
Victor M. Diaz, Jr. - Vdiaz@podhurst.com
Alexander Rundlet - Arundlet@podhurst.com
PODHURST ORSECK
City National Bank Building
25 West Flagler Street, Suite 800
Miami, FL 33130
Telephone:        (305) 358-2800
Facsimile:        (305) 358-2382

Joseph C. Kohn - Jkohn@kohnswift.com
Douglas A. Abrahams - Dabrahams@kohnswift.com
William E. Hoese - Whoese@kohnswift.com
KOHN, SWIFT & GRAF, P.C.
One South Broad Street, Suite 2100
Philadelphia, PA 19107-3389
Telephone:        (215) 238-1700

Manuel J. Dominguez - jdomingues@bermanesq.com
BERMAN DeVALERIO PEASE TABACCO
 BURT & PUCILLO, LLP
222 Lakeview Avenue, Suite 900
West Palm Beach, FL 33401
Telephone:        (561) 835-9400
Facsimile:        (561) 835-0322

KAPLAN FOX & KILSHEIMER, LLP
805 Third Avenue, 22nd Floor
New York, NY 10022
Telephone:        (212) 687-1980
Facsimile:        (212) 687-7714

***Counsel for Plaintiff s Expro Gulf Limited***
Bruce Gerstein - bgerstein@garwingerstein.com
Kevin S. Landau - klandau@garwingerstein.com
GARWIN, GERSTEIN & FISHER, L.L.P.
1501 Broadway, Suite 1416
New York, NY 10036
Telephone:        (212) 398-0055
Facsimile:        (212) 764-6620

Alexander Spicola Bokor - asb@kttlaw.com
Adam Moskowitz - amm@kttlaw.com
KOZYAK TROPIN & THROCKMORTON, P.A.
2525 Ponce DeLeon Boulevard, 9th Floor
Coral Gables, FL 33134
Telephone:        (305) 372-1800
Facsimile:        (305) 371-3508

Harry M. Barton - bartonh@phelps.com
Susan Morgan - morgans@phelps.com
PHELPS DUNBAR LLP
365 Canal Street, Suite 2000
New Orleans, LA 70130-6534
Telephone:        (504) 566-1311
Facsimile:        (504) 568-9130

John Gregory Odom - jodom@odrlaw.com
Stuart E. Des Roches - sdesroches@odrlaw.com
ODOM & DESROCHES
Suite 2020, Poydras Center
650 Poydras Street
New Orleans, LA 70130
Telephone:        (504) 522-0077
Facsimile:        (504) 522-0078

David P. Smith - dpsmith@psfllp.com
W. Ross Foote - rfoote@psfllp.com
PERCY, SMITH & FOOTE, L.L.P.
720 Murray Street, P.O. Box 1632
Alexandria, LA 71309
Telephone:        (318) 445-4480
Facsimile:        (318) 487-1741

H. Laddie Montague, Jr. - hlmontague@bm.net
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Telephone:     (215) 875-3010
Facsimile:     (215) 875-4671


**Counsel for Plaintiff Bayside Rubber & Products, Inc.**
Hollis Lee Salzman - hsalzman@labaton.com
Gregory S. Asciolla - gasciolla@labaton.com
LABATON SUCHAROW LLP
140 Broadway
New York, NY 10005
Telephone:     (212) 907-0717
Facsimile:     (212) 883-7017


Bruce H. Fleisher - bfleisher@bellsouth.net
BRUCE H. FLEISHER, P.A.
3225 Aviation Avenue, Suite 300
Coconut Grove, FL 33133
Telephone:     (305) 859-7999
Facsimile:     (305) 285-0699


Marvin A. Miller - mmiller@millerlawllc.com
Lori A. Fanning - lfanning@millerlawllc.com
MILLER LAW LLC
115 South LaSalle Street, Suite 2910
Chicago, IL 60603
Telephone:     (312) 332-3400


M. Stephen Dampier - sdampier@vickersriis.com
VICKERS, RIIS, MURRAY & CURRAN, LLC
106 St. Francis Street, Suite 1100 (36602)
P.O. Drawer 2568
Mobile, AL 36652-2568
Telephone:     (251) 432-9772
Facsimile:     (251) 432-9781


Daniel B. Scott - danielscott@chimicles.com
CHIMICLES & TIKELLIS LLP
361 W. Lancastre Avenue
Haverford, PA 19041
Telephone:     (610) 642-8500


Christopher T. Casamassima
ccassamassima@kirkland.com
KIRKLANDER & ELLIS, LLP
777 S. Figueroa Street, 37th Floor
Los Angeles, CA 90017
Telephone:     (213) 680-8353
Facsimile:     (213) 680-8500

Linda Nussbaum - lnussbaum@kaplanfox.com
Gaines C. McCorquodale - tmiddletonmcc@birch.net
McCORQUODALE & McCORQUODALE
226 Commerce Street, P.O. Drawer 1137
Jackson, AL 36545
Telephone:     (251) 246-9015


Patrick Barrett - pmbarrett2@barrettlawoffice.com
Alfred H. Davidson, IV -
ahdavidson@barrettlawoffice.com
BARRETT LAW OFFICE, P.A.
One Burton Hills Boulevard, Suite 380
Nashville, TN 37215
Telephone:     (615) 665-9990
Facsimile:     (615) 665-9998


**Counsel for Defendant Vanni Scodeggio:**
James M. Griffin - jgriffin@kslaw.com
Susan D. Inman - sinman@kslaw.com
Kevin R. Sullivan - ksullivan@kslaw.com
Diana J. Pomeranz - dpomeranz@kslaw.com
KING & SPALDING, LLP
1700 Pennsylvania Avenue, N.W.
Washington, DC 20006
Telephone:     (202) 661-7971
Facsimile:     (202) 626-3737


Marc D. Seitles - mseitles@seitleslaw.com
LAW OFFICES OF MARC DAVID SEITLES, P.A.
169 East Flagler Street, Suite 1200
Miami, FL 33131
Telephone:     (305) 379-6667
Facsimile:     (305) 379-6668


**Counsel for Defendant Misao Hioki:**
Jeffrey B. Crockett - jcrockett@coffeyburlington.com
David J. Zack - dzack@coffeyburlington.com
COFFEY BURLINGTON
Office in the Grove, PH
2699 South Bayshore Drive
Miami, FL 33133
Telephone:     (305) 858-2900
Facsimile:     (305) 858-5261


James H. Mutchnik - jmutchnik@kirkland.com
KIRKLANDER & ELLIS, LLP
200 East Randolph Drive, Suite 6048
Chicago, IL 60601
Telephone:     (312) 861-2350
Facsimile:     (312) 861-2200

David I. Horowitz - dhorowitz@kirkland.com
KIRKLAND & ELLIS
153 East 53rd Street
New York, NY 10022-4611
Telephone:     (212) 446-4729
Facsimile:     (212) 446-6460

**Counsel for Defendant Francesco Scaglia**
David O. Markus - dmarkus@markuslaw.com
DAVID OSCAR MARKUS, PLLC
1200 Alfred I. DuPont Building
169 East Flagler Street
Miami, FL 33131
Telephone:     (305) 379-6667
Facsimile:     (305) 379-6683

Gerald E. Greenberg - ggreenberg@swmwas.com
Jay B. Shapiro - jshapiro@swmwas.com
STEARNS WEAVER MILLER, et al
150 West Flagler Street, Suite 2200

**Counsel for Defendant Christian Caleca**
Michael A. Rosen - mrosen@frc-law.com
FOWLER RODRIGUEZ, LLP
355 Alhambra Circle, Suite 801
Coral Gables, FL 33134
Telephone:     (786) 364-8400
Facsimile:     (786) 364-8401

Donald C. Klawiter - dklawiter@mayerbrown.com
Jennifer Marie Driscoll - jdriscoll@mayerbrown.com
MAYER BROWN, LLP
1909 K Street, NW
Washington, DC 20006
Telephone:     (202) 263-3000
Facsimile:     (202) 263-3300

Richard E. DiZinno - dizinnor@howrey.com
Roxann E. Henry - henryr@howrey.com
James G. Kress - kressj@howrey.com
Christina Guerola Sarchio -
sarchiochristina@howrey.com
HOWREY LLP
1299 Pennsylvania Avenue, NW
Washington, DC 20004-2402
Telephone:     (202) 383-6725
Facsimile:     (202) 383-6610

**Counsel for Defendants Manuli Oil & Marine
(USA), Inc. and Manuli Rubber Industries SPA**
Alan G. Greer - agreer@richmangreer.com
Lyle Eric Shapiro - lshapiro@richmangreer.com
RICHMAN GREER, P.A.
201 S. Biscayne Boulevard, Suite 1000
Miami, FL 33131
Telephone:     (305) 373-4000
Facsimile:     (305) 373-4099

Daniel A. Goldschmidt
goldschmidt@sullcrom.com
Fern Mechlowitz - mechlowitz@sullcrom.com
Robert M. Osgood - osgoodrm@sullcrom.com
SULLIVAN & CROMWELL, LLP
One New Fetter Lane
London EC4A 1AN, England
Telephone:     011 44 20 7959 8900
Facsimile:     011 44 20 7959 8950

**Counsel for Defendant Yokohama Rubber Co.,
Inc.**
Joseph P. Armao - joseph.armao@linklaters.com
Paul Alfieri - paul.alfieri@linklaters.com
Robert H. Bell - robert.bell@linklaters.com
Danielle Randazzo -
danielle.randazzo@linklaters.com
Benjamin D. Singer - ben.singer@linklaters.com
LINKLATERS, LLP
1345 Avenue of the Americas
New York, NY 10105
Telephone:     (212) 903-9000
Facsimile:     (212) 903-9100

Bryan R. Cleveland - Bcleveland@ghblaw.com
GILBRIDE HELLER & BROWN, P.A.
2 South Biscayne Boulevard
One Biscayne tower, 15th Floor
Miami, FL 33131
Telephone:     (305) 358-3580
Facsimile:     (305) 374-1756

**Counsel for Defendant Trelleborg Industrie, S.A.**
Walter M. Berger - bergerc@howrey.com
HOWREY LLP
111 Louisiana, 25th Floor
Houston, TX 77002-5242
Telephone:     (713) 787-1400
Facsimile:     (713) 787-1440

6

Benedict P. Kuhne - ben.kuehne@sk-lawyers.com
Susan Dmitrovsky - Dmitrovsky@sk-lawyers.com
BENEDICT P. KUEHNE, P.A.
Bank of America Tower, Suite 3550
100 S.E. 2nd Street
Miami, FL 33131-2154
Telephone:       (305) 789-5989
Facsimile:       (305) 789-5987

David G. Meyer
HOWREY LLP
550 S. Hope Street, Suite 1100
Los Angeles, CA 90071
Telephone:       (213) 892-1928
Facsimile:       (213) 892-2300

John J. Quick - jquick@wsh-law.com
WEISS SEROTA HELFMAN, et al
2525 Ponce de Leon Boulevard, Suite 700
Coral Gables, FL 33134
Telephone:       (305) 854-0800
Facsimile:       (305) 854-2323

**Counsel for Defendant Dunlop Oil & Marine Ltd.**
R. Bruce Holcomb - holcombb@dicksteinshapiro.com
Christopher Fitzgerald Branch -
branchc@dicksteinshapiro.com
James R. Martin - martinj@dicksteinshapiro.com
Ann-Marie Luciano - lucianoa@dsmo.com
DICKSTEIN SHAPIRO LLP
1825 Eye Street, N.W.
Washington, DC 20006-5403
Telephone:       (202) 420-2200

Richard A. Serafini - serafinir@gtlaw.com
GREENBERG TRAURIG
401 East Las Olas Boulevard, Suite 2000
Fort Lauderdale, FL 33301
Telephone:       (954) 768-8256
Facsimile:       (954) 765-1477

James Weidner - james.weidner@cliffordchance.com
David Cook - david.cook@cliffordchance.com
CLIFFORD CHANCE US LLP
31 West 52nd Street
New York, NY 10019
Telephone:       (212) 878-8000

**Counsel for Defendant Parker ITR SLR and Parker-Hannifin Corporation**
Jeffrey A. Sudduth - jsudduth@lpflaw.com
LEGON PONCE & FODIMAN, P.A.
1111 Brickell Avenue, Suite 2150
Miami, FL 33131
Telephone:       (305) 444-9991
Facsimile:       (305) 444-9937

John M. Majoras - jmmajoras@jonesday.com
Carmen G. McLean - cgmclean@jonesday.com
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001
Telephone:       (202) 879-3939
Facsimile:       (202) 626-1700

**Counsel for only Defendant Parker ITR SLR**
Jennifer Seraphine jseraphine@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone:       (415) 626-3939
Facsimile:       (415) 875-5700

**Counsel for Defendant Bridgestone Corporation**
Peter W. Homer - phomer@homerbonnerlaw.com
Gregory J. Trask - gtrask@homerbonnerlaw.com
HOMER BONNER, P.A.
The Four Seasons Tower, Suite 1200
1441 Brickell Avenue
Miami, FL 33131
Telephone:       (305) 350-5100
Facsimile:       (305) 372-2738

Leiv Blad - leiv.blad@cliffordchance.com
Boyd Cloern boyd.cloern@cliffordchance.com
CLIFFORD CHANCE US LLP
2001 K Street
Washington, DC 20006
Telephone:       (202) 878-8000

**Counsel for Defendant Val M. Northcutt**
Walter J. Tache - wtache@carltonfields.com
Matthew T. Davidson -
mdavidson@carltonfields.com
CARLTON FIELDS
400 International Place
100 S.E. 2nd Street
Miami, FL 33131-2114
Telephone:       (305) 530-0050
Facsimile:       (305) 530-0055

7

**Counsel for Defendant Bridgestone Industrial Products America, Inc.**
Alain E. Boileau - aeb@adorno.com
Robert H. Schwartz - rhs@adorno.com
ADORNO & YOSS
888 S.E. 3rd Avenue, Suite 500
Fort Lauderdale, FL 33334-9002
Telephone:      (954) 523-5885
Facsimile:      (954) 760-9531

Harold Donnelly - donnelly77@comcast.net
Hal D. Hardin - halhardin@aol.com
211 Union Street, Suite 200
Nashville, TN 32701
Telephone:      (615) 620-3277
Facsimile:      (615) 655-3535

**Counsel for Defendants Bryan Allison & David Brammer**
Richard A. Serafini - serafinir@gtlaw.com
GREENBERG TRAURIG
401 East Las Olas Boulevard, Suite 2000
Fort Lauderdale, FL 33301
Telephone:      (954) 768-8256
Facsimile:      (954) 765-1477

Ann-Marie Luciano lucianoa@dsmo.com
Christopher F. Branch - branchc@dicksteinshapiro.com
James R. Martin - martinj@dicksteinshapiro.com
R. Bruce Holcomb holcombb@dicksteinshapiro.com
DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW
Washington, DC 20006-5403
Telephone:      (202) 572-2200
Facsimile:      (202) 887-0689

**Counsel for Weeks Marine, Inc.**
Richard A. Koffman
COHEN MILSTEIN HAUSFELD & TOLL
1100 New York Avenue, NW
Suite 500, West Tower
Washington, DC 20005-3934
Telephone:      (202) 408-4600
Facsimile:      (202) 408-4699

Robert Gerard Eiler - reisler@cmht.com
Seth R. Gassman - sgassman@cmht.com
COHEN MILSTEIN HAUSFELD & TOLL PLLC
150 East 52nd Street
New York, NY 10022
Telephone:      (212) 838-7797
Facsimile:      212) 838-7745

**Counsel for Defendant Jacques Cognard**
Daniel A. Lurvey - lurveylaw@aol.com
LYONS & LURVEY
1200 Brickell Avenue, Suite 1620
Miami, FL 33131
Telephone:      (305) 379-5554
Facsimile:      (305) 379-4548

8