**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**MASTER DOCKET NO. 08-MDL-1888-GRAHAM/TURNOFF**

IN RE MARINE HOSE ANTITRUST LITIGATION

⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯/

THIS DOCUMENT RELATES TO:

ALL ACTIONS

⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯/

**DEFENDANT, ROBERT LEWIS FURNESS'S MOTION TO DISMISS**
**CONSOLIDATED COMPLAINT AND MEMORANDUM**

COMES NOW, the Defendant, ROBERT LEWIS FURNESS, pursuant to Federal Rules of Civil Procedure 12(b)(6), and files this, his Motion to Dismiss Plaintiff's Consolidated Complaint (D.E. 79) for failure to state a claim upon relief can be granted against this Defendant and states as follows:

1.      Plaintiff has filed a Consolidated Complaint naming multiple corporate defendants and individuals.

2.      As set forth in the Complaint, Defendant, ROBERT LEWIS FURNESS, was for a period of time an officer of Defendant, MANULI OIL & MARINE (U.S.A.) INC., a dissolved Delaware corporation.

3.      Plaintiff has failed to allege in the Complaint any actions by ROBERT LEWIS FURNESS amounting to an antitrust violation or participation in a conspiracy.

4.      Plaintiff makes reference to the Defendant, ROBERT LEWIS FURNESS, only in Paragraph 39 and Paragraph 83 of the Complaint.

5.      Plaintiff has failed to allege any actions or behaviors by the Defendant, ROBERT

1

LEWIS FURNESS, that would constitute any concerted action by him to restrain trade.

6.        Plaintiff's allegations at best are only conclusionary and generalized allegations against the Defendant, ROBERT LEWIS FURNESS, and do not make any distinction as to other broad accusations against other undifferentiated defendants.

7.        Plaintiff's failure to state a claim upon which relief could be granted against the Defendant, ROBERT LEWIS FURNESS, mandates that this action be dismissed as to him.

## ARGUMENT

8.        The Supreme Court in Bell Atlantic Corp. v. Twombly, 127 S.Ct. 1955, (2007) has long held that a Plaintiff is obligated to provide the grounds of his entitlement to relief and the Complaint requires more than mere labels, conclusions and a formulaic recitation of the elements of a cause of action.

9.        This is exactly the situation at bar.  Plaintiff's attempt to plead in broad generalized terms but fails in its attempt to state any cause of action against the Defendant, ROBERT LEWIS FURNESS.

10.       As stated in the Bell Atlantic Corp. v. Twombly case, the pleader is required to "give the defendant fair notice of what the ... claim is and the grounds upon which it rests," Conley v. Gibson, 355 U.S. 41, 47, 78 S.Ct. 99, 2 L.Ed.2d 80.

11.       In Spanish Broadcasting System v. Clear Channel, 376 F.3d 1065 (*11th Cir. 2004), the Court upheld the granting of a motion to dismiss when the Plaintiff's allegations were insufficient.

12.       Similarly, in the case at bar, it is incumbent upon the Plaintiff to not just take the shotgun approach, but if he believes that this individual defendant has somehow violated the law, then he is obligated to set forth specific elements against this individual defendant.  Plaintiff has failed in its burden.

13.       The Defendant, ROBERT LEWIS FURNESS, would incorporate by reference in the

arguments raised by the other defendants who have similarly filed motions to dismiss.

WHEREFORE, Defendant, ROBERT LEWIS FURNESS, requests the Court to dismiss the claim.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this _____ day of _____, 200__, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing (NEF) generated by CM/ECF or in some other authorized manner for those counsel or parties who arenot authorized to receive electronically Notices of electronic Filing.  Service of Process for new defendants, Charles Gillespie, Sumitomo Rubber Industries, Ltd., aka or dba Sumitomo Rubber Group, SRI Hybrid, Ltd., Pirelli Itala, S.p.A. a/k/a Pirelli Italia, S.p.A., Pirelli Treg, S.p.A., Pirelli, S.p.A., ITR, S.p.A., SAIAG, S.p.A., and Comital SAIAG, S.p.A., is being effectuated pursuant to the applicable rules of Civil Procedure and evidence of such service, when obtained, will be duly filed with the Clerk of the Court.

_____
M. DANIEL HUGHES, ESQ.
Attorney for Defendant, FURNESS
Florida Bar No. 296147
3000 North Federal Highway
Building Two South, Suite 200
Fort Lauderdale, FL 33306
Telephone:     (954) 566-3390
Facsimile:      (954) 561-1244

**SERVICE LIST FOR IN RE: MARINE HOSE ANTITRUST LITIGATION**
**Case No. 08-MDL-1888-TORRES/TORRES**
**The following counsel of record have been served**
**via the Southern District of Florida's CM/ECF System**
**and/or electronic mail by Defendant, Robert Lewis Furness's counsel:**

*Counsel for Plaintiff Shipyard Supply LLC*
Gregory P. Hansel - ghansel@preti.com
Randall B. Weill - rweill@preti.com
Joshua R. Carver - jcarver@preti.com
PRETI, FLAHERTY, BELIVEAU & PACHIOS, LLP
One City Center, P.O. Box 9546
Portland, ME 04112-9546
Telephone:       (207) 791-3000
Facsimile:       (207) 791-3111

Robert C. Josefsberg - Rjosefsberg@podhurst.com
Victor M. Diaz, Jr. - Vdiaz@podhurst.com
Alexander Rundlet - Arundlet@podhurst.com
PODHURST ORSECK
City National Bank Building
25 West Flagler Street, Suite 800
Miami, FL 33130
Telephone:       (305) 358-2800
Facsimile:       (305) 358-2382

Joseph C. Kohn - Jkohn@kohnswift.com
Douglas A. Abrahams - Dabrahams@kohnswift.com
William E. Hoese - Whoese@kohnswift.com
KOHN, SWIFT & GRAF, P.C.
One South Broad Street, Suite 2100
Philadelphia, PA 19107-3389
Telephone:       (215) 238-1700

Manuel J. Dominguez - jdomingues@bermanesq.com
BERMAN DeVALERIO PEASE TABACCO
 BURT & PUCILLO, LLP
222 Lakeview Avenue, Suite 900
West Palm Beach, FL 33401
Telephone:       (561) 835-9400
Facsimile:       (561) 835-0322

KAPLAN FOX & KILSHEIMER, LLP
805 Third Avenue, 22nd Floor
New York, NY 10022
Telephone:       (212) 687-1980
Facsimile:       (212) 687-7714

*Counsel for Plaintiff s Expro Gulf Limited*
Bruce Gerstein - bgerstein@garwingerstein.com
Kevin S. Landau - klandau@garwingerstein.com
GARWIN, GERSTEIN & FISHER, L.L.P.
1501 Broadway, Suite 1416
      New York, NY 10036
Telephone:       (212) 398-0055
Facsimile:       (212) 764-6620

Alexander Spicola Bokor - asb@kttlaw.com
Adam Moskowitz - amm@kttlaw.com
KOZYAK TROPIN & THROCKMORTON, P.A.
2525 Ponce DeLeon Boulevard, 9th Floor
Coral Gables, FL 33134
Telephone:       (305) 372-1800
Facsimile:       (305) 371-3508

Harry M. Barton - bartonh@phelps.com
Susan Morgan - morgans@phelps.com
PHELPS DUNBAR LLP
365 Canal Street, Suite 2000
New Orleans, LA 70130-6534
Telephone:       (504) 566-1311
Facsimile:       (504) 568-9130

John Gregory Odom - jodom@odrlaw.com
Stuart E. Des Roches - sdesroches@odrlaw.com
ODOM & DESROCHES
Suite 2020, Poydras Center
650 Poydras Street
New Orleans, LA 70130
Telephone:       (504) 522-0077
Facsimile:       (504) 522-0078

David P. Smith - dpsmith@psfllp.com
W. Ross Foote - rfoote@psfllp.com
PERCY, SMITH & FOOTE, L.L.P.
720 Murray Street, P.O. Box 1632
Alexandria, LA 71309
Telephone:       (318) 445-4480
Facsimile:       (318) 487-1741

H. Laddie Montague, Jr. - hlmontague@bm.net
BERGER & MONTAGUE, P.C.
1622 Locust Street
Philadelphia, PA 19103
Telephone:        (215) 875-3010
Facsimile:         (215) 875-4671

**Counsel for Plaintiff Bayside Rubber & Products, Inc.**
Hollis Lee Salzman - hsalzman@labaton.com
Gregory S. Asciolla - gasciolla@labaton.com
LABATON SUCHAROW LLP
140 Broadway
New York, NY 10005
Telephone:        (212) 907-0717
Facsimile:         (212) 883-7017

Bruce H. Fleisher - bfleisher@bellsouth.net
BRUCE H. FLEISHER, P.A.
3225 Aviation Avenue, Suite 300
Coconut Grove, FL 33133
Telephone:        (305) 859-7999
Facsimile:         (305) 285-0699

Marvin A. Miller - mmiller@millerlawllc.com
Lori A. Fanning - lfanning@millerlawllc.com
MILLER LAW LLC
115 South LaSalle Street, Suite 2910
Chicago, IL 60603
Telephone:        (312) 332-3400

M. Stephen Dampier - sdampier@vickersriis.com
VICKERS, RIIS, MURRAY & CURRAN, LLC
106 St. Francis Street, Suite 1100 (36602)
P.O. Drawer 2568
Mobile, AL 36652-2568
Telephone:        (251) 432-9772
Facsimile:         (251) 432-9781

Daniel B. Scott - danielscott@chimicles.com
CHIMICLES & TIKELLIS LLP
361 W. Lancastre Avenue
Haverford, PA 19041
Telephone:        (610) 642-8500

Christopher T. Casamassima
ccassamassima@kirkland.com
KIRKLANDER & ELLIS, LLP
777 S. Figueroa Street, 37th Floor
Los Angeles, CA 90017
Telephone:        (213) 680-8353
Facsimile:         (213) 680-8500

Linda Nussbaum - lnussbaum@kaplanfox.com
Gaines C. McCorquodale - tmiddletonmcc@birch.net
McCORQUODALE & McCORQUODALE
226 Commerce Street, P.O. Drawer 1137
Jackson, AL 36545
Telephone:        (251) 246-9015

Patrick Barrett - pmbarrett2@barrettlawoffice.com
Alfred H. Davidson,IV -
ahdavidson@barrettlawoffice.com
BARRETT LAW OFFICE, P.A.
One Burton Hills Boulevard, Suite 380
Nashville, TN 37215
Telephone:        (615) 665-9990
Facsimile:         (615) 665-9998

**Counsel for Defendant Vanni Scodeggio:**
James M. Griffin - jgriffin@kslaw.com
Susan D. Inman - sinman@kslaw.com
Kevin R. Sullivan - ksullivan@kslaw.com
Diana J. Pomeranz - dpomeranz@kslaw.com
KING & SPALDING, LLP
1700 Pennsylvania Avenue, N.W.
Washington, DC 20006
Telephone:        (202) 661-7971
Facsimile:         (202) 626-3737

Marc D. Seitles - mseitles@seitleslaw.com
LAW OFFICES OF MARC DAVID SEITLES, P.A.
169 East Flagler Street, Suite 1200
Miami, FL 33131
Telephone:        (305) 379-6667
Facsimile:         (305) 379-6668

**Counsel for Defendant Misao Hioki:**
Jeffrey B. Crockett - jcrockett@coffeyburlington.com
David J. Zack - dzack@coffeyburlington.com
COFFEY BURLINGTON
Office in the Grove, PH
2699 South Bayshore Drive
Miami, FL 33133
Telephone:        (305) 858-2900
Facsimile:         (305) 858-5261

James H. Mutchnik - jmutchnik@kirkland.com
KIRKLANDER & ELLIS, LLP
200 East Randolph Drive, Suite 6048
Chicago, IL 60601
Telephone:        (312) 861-2350
Facsimile:         (312) 861-2200

David I. Horowitz - dhorowitz@kirkland.com
KIRKLAND & ELLIS
153 East 53rd Street
New York, NY 10022-4611
Telephone:      (212) 446-4729
Facsimile:      (212) 446-6460

**Counsel for Defendant Francesco Scaglia**
David O. Markus - dmarkus@markuslaw.com
DAVID OSCAR MARKUS, PLLC
1200 Alfred I. DuPont Building
169 East Flagler Street
Miami, FL 33131
Telephone:      (305) 379-6667
Facsimile:      (305) 379-6683

Gerald E. Greenberg - ggreenberg@swmwas.com
Jay B. Shapiro - jshapiro@swmwas.com
STEARNS WEAVER MILLER, et al
150 West Flagler Street, Suite 2200

**Counsel for Defendant Christian Caleca**
Michael A. Rosen - mrosen@frc-law.com
FOWLER RODRIGUEZ, LLP
355 Alhambra Circle, Suite 801
Coral Gables, FL 33134
Telephone:      (786) 364-8400
Facsimile:      (786) 364-8401

Donald C. Klawiter - dklawiter@mayerbrown.com
Jennifer Marie Driscoll - jdriscoll@mayerbrown.com
MAYER BROWN, LLP
1909 K Street, NW
Washington, DC 20006
Telephone:      (202) 263-3000
Facsimile:      (202) 263-3300

Richard E. DiZinno - dizinnor@howrey.com
Roxann E. Henry - henryr@howrey.com
James G. Kress - kressj@howrey.com
Christina Guerola Sarchio -
sarchiochristina@howrey.com
HOWREY LLP
1299 Pennsylvania Avenue, NW
Washington, DC 20004-2402
Telephone:      (202) 383-6725
Facsimile:      (202) 383-6610

**Counsel for Defendants Manuli Oil & Marine (USA), Inc. and Manuli Rubber Industries SPA**
Alan G. Greer - agreer@richmangreer.com
Lyle Eric Shapiro - lshapiro@richmangreer.com
RICHMAN GREER, P.A.
201 S. Biscayne Boulevard, Suite 1000
Miami, FL 33131
Telephone:      (305) 373-4000
Facsimile:      (305) 373-4099

Daniel A. Goldschmidt
goldschmidt@sullcrom.com
Fern Mechlowitz - mechlowitz@sullcrom.com
Robert M. Osgood - osgoodrm@sullcrom.com
SULLIVAN & CROMWELL, LLP
One New Fetter Lane
London EC4A 1AN, England
Telephone:      011 44 20 7959 8900
Facsimile:      011 44 20 7959 8950

**Counsel for Defendant Yokohama Rubber Co., Inc.**
Joseph P. Armao - joseph.armao@linklaters.com
Paul Alfieri - paul.alfieri@linklaters.com
Robert H. Bell - robert.bell@linklaters.com
Danielle Randazzo -
danielle.randazzo@linklaters.com
Benjamin D. Singer - ben.singer@linklaters.com
LINKLATERS, LLP
1345 Avenue of the Americas
New York, NY 10105
Telephone:      (212) 903-9000
Facsimile:      (212) 903-9100

Bryan R. Cleveland - Bcleveland@ghblaw.com
GILBRIDE HELLER & BROWN, P.A.
2 South Biscayne Boulevard
One Biscayne tower, 15th Floor
Miami, FL 33131
Telephone:      (305) 358-3580
Facsimile:      (305) 374-1756

**Counsel for Defendant Trelleborg Industrie, S.A.**
Walter M. Berger - bergerc@howrey.com
HOWREY LLP
111 Louisiana, 25th Floor
Houston, TX 77002-5242
Telephone:      (713) 787-1400
Facsimile:      (713) 787-1440

Benedict P. Kuhne - ben.kuehne@sk-lawyers.com
Susan Dmitrovsky - Dmitrovsky@sk-lawyers.com
BENEDICT P. KUEHNE, P.A.
Bank of America Tower, Suite 3550
100 S.E. 2nd Street
Miami, FL 33131-2154
Telephone:      (305) 789-5989
Facsimile:      (305) 789-5987

David G. Meyer
HOWREY LLP
550 S. Hope Street, Suite 1100
Los Angeles, CA 90071
Telephone:      (213) 892-1928
Facsimile:      (213) 892-2300

John J. Quick - jquick@wsh-law.com
WEISS SEROTA HELFMAN, et al
2525 Ponce de Leon Boulevard, Suite 700
Coral Gables, FL 33134
Telephone:      (305) 854-0800
Facsimile:      (305) 854-2323

**Counsel for Defendant Dunlop Oil & Marine Ltd.**
R. Bruce Holcomb - holcombb@dicksteinshapiro.com
Christopher Fitzgerald Branch -
branchc@dicksteinshapiro.com
James R. Martin - martinj@dicksteinshapiro.com
Ann-Marie Luciano - lucianoa@dsmo.com
DICKSTEIN SHAPIRO LLP
1825 Eye Street, N.W.
Washington, DC 20006-5403
Telephone:      (202) 420-2200

Richard A. Serafini - serafinir@gtlaw.com
GREENBERG TRAURIG
401 East Las Olas Boulevard, Suite 2000
Fort Lauderdale, FL 33301
Telephone:      (954) 768-8256
Facsimile:      (954) 765-1477

James Weidner - james.weidner@cliffordchance.com
David Cook - david.cook@cliffordchance.com
CLIFFORD CHANCE US LLP
31 West 52nd Street
New York, NY 10019
Telephone:      (212) 878-8000

**Counsel for Defendant Parker ITR SLR and Parker-Hannifin Corporation**
Jeffrey A. Sudduth - jsudduth@lpflaw.com
LEGON PONCE & FODIMAN, P.A.
1111 Brickell Avenue, Suite 2150
Miami, FL 33131
Telephone:      (305) 444-9991
Facsimile:      (305) 444-9937

John M. Majoras - jmmajoras@jonesday.com
Carmen G. McLean - cgmclean@jonesday.com
JONES DAY
51 Louisiana Avenue, N.W.
Washington, DC 20001
Telephone:      (202) 879-3939
Facsimile:      (202) 626-1700

**Counsel for only Defendant Parker ITR SLR**
Jennifer Seraphine jseraphine@jonesday.com
JONES DAY
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone:      (415) 626-3939
Facsimile:      (415) 875-5700

**Counsel for Defendant Bridgestone Corporation**
Peter W. Homer - phomer@homerbonnerlaw.com
Gregory J. Trask - gtrask@homerbonnerlaw.com
HOMER BONNER, P.A.
The Four Seasons Tower, Suite 1200
1441 Brickell Avenue
Miami, FL 33131
Telephone:      (305) 350-5100
Facsimile:      (305) 372-2738

Leiv Blad - leiv.blad@cliffordchance.com
Boyd Cloern boyd.cloern@cliffordchance.com
CLIFFORD CHANCE US LLP
2001 K Street
Washington, DC 20006
Telephone:      (202) 878-8000

**Counsel for Defendant Val M. Northcutt**
Walter J. Tache - wtache@carltonfields.com
Matthew T. Davidson -
mdavidson@carltonfields.com
CARLTON FIELDS
400 International Place
100 S.E. 2nd Street
Miami, FL 33131-2114
Telephone:      (305) 530-0050
Facsimile:      (305) 530-0055

**Counsel for Defendant Bridgestone Industrial Products America, Inc.**
Alain E. Boileau - aeb@adorno.com
Robert H. Schwartz - rhs@adorno.com
ADORNO & YOSS
888 S.E. 3rd Avenue, Suite 500
Fort Lauderdale, FL 33334-9002
Telephone:      (954) 523-5885
Facsimile:      (954) 760-9531

Harold Donnelly - donnelly77@comcast.net
Hal D. Hardin - halhardin@aol.com
211 Union Street, Suite 200
Nashville, TN 32701
Telephone:      (615) 620-3277
Facsimile:      (615) 655-3535

**Counsel for Defendants Bryan Allison & David Brammer**
Richard A. Serafini - serafinir@gtlaw.com
GREENBERG TRAURIG
401 East Las Olas Boulevard, Suite 2000
Fort Lauderdale, FL 33301
Telephone:      (954) 768-8256
Facsimile:      (954) 765-1477

Ann-Marie Luciano lucianoa@dsmo.com
Christopher F. Branch - branchc@dicksteinshapiro.com
James R. Martin - martinj@dicksteinshapiro.com
R. Bruce Holcomb holcombb@dicksteinshapiro.com
DICKSTEIN SHAPIRO LLP
1825 Eye Street, NW
Washington, DC 20006-5403
Telephone:      (202) 572-2200
Facsimile:      (202) 887-0689

**Counsel for Weeks Marine, Inc.**
Richard A. Koffman
COHEN MILSTEIN HAUSFELD & TOLL
1100 New York Avenue, NW
Suite 500, West Tower
Washington, DC 20005-3934
Telephone:      (202) 408-4600
Facsimile:      (202) 408-4699

Robert Gerard Eiler - reisler@cmht.com
Seth R. Gassman - sgassman@cmht.com
COHEN MILSTEIN HAUSFELD & TOLL PLLC
150 East 52nd Street
New York, NY 10022
Telephone:      (212) 838-7797
Facsimile:      212) 838-7745

**Counsel for Defendant Jacques Cognard**
Daniel A. Lurvey - lurveylaw@aol.com
LYONS & LURVEY
1200 Brickell Avenue, Suite 1620
Miami, FL 33131
Telephone:      (305) 379-5554
Facsimile:      (305) 379-4548