UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

MASTER DOCKET NO. 08-MDL-1888-GRAHAM/TURNOFF

```
─────────────────────────────────────── x
                                        )
IN RE MARINE HOSE ANTITRUST             )
LITIGATION                              )
                                        )
─────────────────────────────────────── )
                                        )
THIS DOCUMENT RELATES TO:               )
                                        )
ALL ACTIONS                             )
─────────────────────────────────────── x
```

**PLAINTIFFS' ADOPTION OF PRIOR PAPERS IN OPPOSITION TO DEFENDANT BRIDGESTONE INDUSTRIAL PRODUCTS OF AMERICA, INC.'S PENDING MOTION TO DISMISS THE FIRST AMENDED CONSOLIDATED CLASS ACTION COMPLAINT**

Pursuant to this Court's September 15, 2008 Omnibus Order, [D.E. 181], Plaintiffs hereby adopt their Memorandum of Law in Opposition to Defendant Bridgestone Industrial Products of America Inc.'s ("BIPA") Motion to Dismiss Consolidated Class Action Complaint and the Declaration of Gregory S. Asciolla in support thereof (together, the "Opposition Papers"). [D.E. 108-109].

On September 12, 2008, Plaintiffs filed their First Amended Consolidated Class Action Complaint. [D.E. 180]. "The inclusion of additional defendants, as well as factual allegations setting forth their participation in the cartel, are the only substantive changes in the [] amended pleading." (*See* Plaintiffs' Memorandum of Law in Support of Motion for Leave to Amend Consolidated Class Action Complaint and Motion of Certain Plaintiffs for an Order Granting Voluntary Dismissal Without Prejudice, at 1-2 [D.E. 173]). On September 25, 2008, BIPA filed its Motion to Dismiss First Amended Consolidated Class Action Complaint. [D.E. 191]. BIPA's

motion is virtually identical to its previous Motion to Dismiss Consolidated Class Action Complaint filed on April 23, 2008. [D.E. 92].

Because the arguments with respect to BIPA's motion have been fully briefed, Plaintiffs adopt their Opposition Papers, and request that this Court deny BIPA's motion to dismiss the First Amended Consolidated Class Action Complaint.

Dated: October 14, 2008

Respectfully submitted,

s/ Hollis L. Salzman
Hollis L. Salzman
Florida Bar No. 947751
Gregory S. Asciolla
William V. Reiss
LABATON SUCHAROW LLP
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
hsalzman@labaton.com
gasciolla@labaton.com
wreiss@labaton.com

Gregory P. Hansel
Florida Bar No. 607101
Randall B. Weill
PRETI, FLAHERTY, BELIVEAU &
PACHIOS, LLP
One City Center
P.O. Box 9546
Portland, ME 04112-9546
Telephone: (207) 791-3000
Facsimile: (207) 791-3111
ghansel@preti.com
rweill@preti.com

Bruce Gerstein
Jan Bartelli
GARWIN GERSTEIN & FISHER L.L.P.
1501 Broadway, Suite 1416
New York, NY 10036
Telephone: (212) 398-0055
Facsimile: (212) 764-6620
bgerstein@garwingerstein.com

jbartelli@garwingerstein.com

*Co-Lead Counsel for Plaintiffs*