UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

MASTER DOCKET NO. 08-MDL-1888-GRAHAM/TURNOFF

IN RE MARINE HOSE ANTITRUST
LITIGATION

THIS DOCUMENT RELATES TO:

ALL ACTIONS

## ORDER

**THIS CAUSE** comes before the Court upon Agreed Motion for Enlargement of Time for Defendant, Charles Gillespie, to Respond to Plaintiffs' Amended Class Action Complaint [D.E. 245]. The Court has considered the motion, the pertinent portions of the record, and is otherwise fully advised in the premises. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the Agreed Motion for Enlargement of Time for Defendant, Charles Gillespie, to Respond to Plaintiffs' Amended Class Action Complaint [D.E. 245] is **GRANTED**. Defendant Charles Gillespie shall have up to and including November 11, 2008 to file an answer or otherwise respond to the Complaint. No further extensions will be granted.

**DONE AND ORDERED** in Chambers in Miami, Florida this 29th day of October, 2008.

                                            s/Donald L. Graham
                                            DONALD L. GRAHAM
                                            UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record