**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**MASTER DOCKET NO. 08-MDL-1888-GRAHAM/O'SULLIVAN**

**IN RE MARINE HOSE ANTITRUST LITIGATION**

**THIS DOCUMENT RELATES TO:**

    **ALL ACTIONS**

## JOINT NOTICE OF SETTLEMENT

Defendant Jacques Cognard ("Cognard") and Plaintiffs hereby jointly notify the Court, through undersigned counsel, that they have reached a settlement and executed a settlement agreement. The settlement agreement will be the subject of a motion for preliminary approval, which will be filed shortly with the Court for its consideration.[1]

DATED: October 30, 2008

                                                           Respectfully submitted,

                                                           By:     /s/
                                                                DANIEL A. LURVEY, ESQ.
                                                                 Florida Bar No. 818070

                                                          By:     /s/
                                                                CHRISTOPHER G. LYONS, ESQ.
                                                                Florida Bar No. 985457

                                                          **Lyons & Lurvey, P.A.**
                                                          175 Southwest 7th Street
                                                          Suite 2009

---

[1] In the meanwhile, because this settlement requires court approval, Mr. Cognard will file his replies that are due today out of an abundance of caution.

Miami, Florida 33130
Telephone: (305) 379-5554
Facsimile:
dlurvey@llpalaw.com
clyons@llpalaw.com

*Attorneys for Jacques Cognard*

Lisa Zeiler Joiner
Alexandre H. René
Kimberly S. Walker
**Fulbright & Jaworski L.L.P.**
801 Pennsylvania Ave., N.W.
Washington, D.C. 20005
Telephone: (202) 662-0200
Facsimile: (202) 662-4643
ljoiner@fulbright.com
arene@fulbright.com
kwalker@fulbright.com

*Attorneys for Jacques Cognard*

  /s/ Alexander Rundlet  (with permission)
Alexander Rundlet
Podhurst Orseck, P.A.
25 W Flagler Street
Suite 800
Miami , FL 33130-1780
305-358-2800
Fax: 305-358-2382
Email: arundlet@podhurst.com

*Co-Lead and Plaintiffs' Settlement Class Counsel*

Gregory P. Hansel
PRETI, FLAHERTY BELIVEAU
 & PACHIOS LLP
One City Center
P.O. Box 9546
Portland, ME 04112-9546

*Co-Lead and Plaintiffs' Settlement Class Counsel*

Bruce Gerstein
Jan Bartelli
GARWIN GERSTEIN & FISHER, LLP
1501 Broadway, Suite 1416
New York, NY 10036

*Co-Lead and Plaintiffs' Settlement Class Counsel*

Hollis L. Salzman
LABATON SUCHAROW LLP
140 Broadway
New York, NY 10005

*Co-Lead and Plaintiffs' Settlement Class Counsel*

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

**MASTER DOCKET NO. 08-MDL-1888-GRAHAM/O'SULLIVAN**

| |
|---|
| **IN RE MARINE HOSE ANTITRUST LITIGATION** |
| |
| **THIS DOCUMENT RELATES TO:** |
| **ALL ACTIONS** |
| |

**CERTIFICATE OF SERVICE**

I hereby certify that on this 30th day of October, 2008, a true and correct copy of the foregoing **Joint Notice of Settlement** was electronically filed with the Clerk of the Court. I also certify the foregoing document is being served upon all counsel of record, either via Notice of Electronic Filing generated by CM/ECF or in another authorized manner for those counsel or parties not authorized to receive Notice of Electronic Filing.

           /s/
Daniel A. Lurvey
Florida Bar No. 818070
Christopher G. Lyons
Florida Bar No. 985457
Lyons & Lurvey, P.A.
1200 Brickell Avenue, Suite 1620
Miami, FL 33131
Telephone: (305) 379-5554
dlurvey@llpalaw.com
clyons@llpalaw.com
*Attorneys for Jacques Cognard*