IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

MASTER DOCKET No. 08-MDL-1888-GRAHAM/TURNOFF

| | X | |
|---|---|---|
| IN RE MARINE HOSE ANTITRUST LITIGATION | : : : : : | Deadline to File Motions: 2/16/09<br>Pretrial Conference: 4/8/09<br>Calendar Call: 5/6/09<br>Trial Period: 5/11/09-5/22/09 |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | : : : | No. of Extension Requests re: Experts: 0<br>Referred to Magistrate Judge: No |
| | X | |

**MOTION FOR MODIFICATION OF SCHEDULE AND MEMORANDUM IN SUPPORT THEREOF**

Pursuant to Rules 1 and 6 of the Federal Rules of Civil Procedure, in order to secure the just, speedy, and inexpensive determination of this action, defendants Manuli Rubber Industries, S.p.A. and Manuli Oil & Marine (U.S.A.) Inc. (collectively, "Manuli") respectfully request a modification of certain dates set forth in Pretrial Order No. 2 [Dkt. 117] ("Scheduling Order"), as amended by the Court's orders of June 16, 2008 [Dkt. 138], July 15, 2008 [Dkt. 149], and August 25, 2008 [Dkt. 166], to allow time for the Court to rule on certain potentially dispositive, pending motions.

**I.      Procedural History**

The Court is currently considering two important potentially dispositive issues: significant opposition to a Motion for Class Certification, and defendants' Motion to Dismiss the Complaint ("Pending Motions"). Both raise serious doubts that the two remaining named plaintiffs are proper class representatives with standing to prosecute this case.

Plaintiffs filed a Motion for Class Certification on September 4, 2008 [Dkt. 175-176]. Defendants Manuli, Parker ITR S.r.l. and Parker Hannifin Corporation

1

(collectively, "Parker") filed an Opposition to the Motion on September 25, 2008 [Dkt. 192]. Plaintiffs filed their Reply to defendants' Opposition on October 6, 2008 [Dkt. 209-210], and defendants filed a Sur-Reply on October 14, 2008 [Dkt. 220]. Thus, the Class Certification Motion is now ripe for decision by the Court.

Defendants Manuli, Parker, and Vanni Scodeggio filed a Motion to Dismiss the Complaint on October 15, 2008 [Dkt. 232-234]. Plaintiffs filed an Opposition on November 3, 2008 [Dkt. 256-257], and defendants filed a Reply on November 13, 2008 [Dkt. 264]. Therefore, the Motion to Dismiss the Complaint is also ready for the Court's determination.

The current Scheduling Order provides that the parties: (1) will exchange expert witness information pursuant to Local Rule 16.1(K) by December 22, 2008; and (2) will exchange rebuttal expert witness information by January 14, 2009. It is this portion of the current schedule that defendants seek to modify in order to avoid the potential for incurring unnecessary costs.

## II.    The Pending Motions raise substantial and potentially dispositive issues.

The Opposition to class certification is substantial. Defendants have shown that one of the "class representatives," Expro Gulf Limited ("Expro"), a corporation organized under the laws of Cyprus, never purchased marine hose in the United States. Expro's only purchase was of a product made in Italy, shipped to Nigeria and paid for from England. The other proposed class representative, Bayside Rubber & Products, has failed to come up with any documentation that it made any purchases of marine hose. Without a proper class representative, it is too plain for words that this case cannot be certified as a class action.

The Motion to Dismiss is equally substantial. It demonstrates that there is no subject matter jurisdiction. The Federal Trade Antitrust Improvements Act, 15 U.S.C. § 6a (2008), precludes the Court from exercising jurisdiction over Expro's claims because the

2

Expro transaction did not have a direct, substantial and reasonably foreseeable effect on American domestic or export commerce. In addition, the plaintiffs lack standing because they have not established any U.S. purchases.

### III. The schedule should be modified to avoid potentially unnecessary costs.

In view of these serious challenges to the very basis for this litigation, it would be sensible to adjust the schedule, pursuant to Federal Rule of Civil Procedure 6(b), to allow time for the Court to rule on the Pending Motions. *See, e.g., Moore* v. *Potter*, 141 Fed. App'x 803, 807 (11th Cir. 2005) (noting a district court's broad discretion over pre-trial matters such as discovery and scheduling); *Preserve Endangered Areas of Cobb's History, Inc.* v. *U.S. Army Corps of Engineers*, 915 F. Supp. 378, 384 (N.D. Ga. 1995) (granting motion for enlargement of time "[i]n light of the pending motion to dismiss"), *aff'd*, 87 F.3d 1242 (11th Cir. 1996). For example, in the event that this Court disallows, as defendants feel it should, either or both plaintiffs as class representatives, any review of plaintiffs' expert report as to them would be both a futile and expensive waste of time and money.

Federal Rule of Civil Procedure 1 provides that the Rules should be administered in order to secure the "just, speedy, and *inexpensive* determination of every action." (emphasis added.) Modification of the deadlines for expert witness identification and reports will further the goals of Rule 1 because it may allow the parties to avoid the burdensome costs associated with hiring an expert witness, if the Court agrees with defendants' position on either the Class Certification Motion or the Motion to Dismiss. Therefore, defendants request that the deadline to exchange expert witness information be adjusted to 60 days after the Court rules on both Pending Motions and that the deadline to exchange rebuttal expert witness information be postponed accordingly. Defendants propose that the date for the January 14, 2009 status conference be maintained as is. At the status conference, the Court will have the opportunity to evaluate and adjust any other pretrial deadlines depending on the status of the litigation. Given that plaintiffs filed an amended

complaint on September 4, 2008 adding new parties [Dkt. 173], the Court may need to adjust the schedule to accommodate those new parties as well. Specifically, defendants propose the following adjustment:

|  | Current | Proposed |
|---|---|---|
| Deadline to exchange expert witness information pursuant to Local Rule 16.1(K). | December 22, 2008 | 60 days after the Court rules on both Pending Motions |
| Deadline to exchange rebuttal expert witness information pursuant to Local Rule 16.1(K). | January 14, 2009 | 85 days after the Court rules on both Pending Motions |
| Telephonic Status Conference. | January 14, 2009 | January 14, 2009 |

Undersigned counsel has conferred with plaintiffs' counsel and determined that plaintiffs agree with the concept of extending certain deadlines in the current schedule but disagree as to the details.

WHEREFORE, defendants respectfully request that the Court enter an Order granting this motion for a modification of the schedule.

Dated: November 17, 2008          Respectfully submitted,

/s/ Alan G. Greer
Alan G. Greer (Florida Bar No. 123294)
agreer@richmangreer.com
Lyle E. Shapiro (Florida Bar No. 0120324)
lshapiro@richmangreer.com
RICHMAN GREER, P.A.
Miami Center – Suite 1000
201 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 373-4000
Facsimile: (305) 373-4099

4

Robert M. Osgood (admitted *pro hac vice*)
Fern Mechlowitz (admitted *pro hac vice*)
SULLIVAN & CROMWELL LLP
One New Fetter Lane
London EC4A 1AN, England
Telephone: +44 (0) 20 7959 8900
Facsimile: +44 (0) 20 7959 8950

-and-

125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

*Counsel for Defendants Manuli Rubber Industries S.p.A. and Manuli Oil & Marine (U.S.A.) Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2008, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ Alan G. Greer
Alan G. Greer

5

## 08-MDL-1888-GRAHAM/TURNOFF

Service List

| | |
|---|---|
| **Gregory P. Hansel, Esq.**<br>ghansel@preti.com<br>**James C. Bush, Esq.**<br>jbush@preti.com<br>**Patrick N. Strawbridge, Esq.**<br>pstrawbridge@preti.com<br>**Randall B. Weill, Esq.**<br>rweill@preti.com<br>Preti, Flaherty, Beliveau & Pachios, LLP<br>One City Center, P.O. Box 9546<br>Portland, ME 04112-9546<br>Telephone: (207) 791-3000<br><br>**Bruce Gerstein, Esq.**<br>bgerstein@garwingerstein.com<br>**Barry Taus, Esq.**<br>btaus@garwingerstein.com<br>**Noah H. Silverman, Esq.**<br>nsilverman@garwingerstein.com<br>Garwin, Gerstain & Fisher, LLP<br>1501 Broadway, Suite 1416<br>New York, NY 10036<br>Telephone: (212) 398-0055<br><br>**M. Stephen Dampier**<br>sdampier@vickersriis.com<br>Vickers, Riis, Murray and Curran, LLC<br>106 St. Francis Street, Suite 1100<br>P.O. Drawer<br>Mobile, AL 36652-2568<br>Telephone: (251) 432-9772<br>Fax: (251) 432-9781<br><br>**Hollis Lee Salzman, Esq.**<br>hsalzman@labaton.com<br>Labaton Sucharow, LLP<br>140 Broadway<br>New York, NY 10005<br>Telephone: (212) 907-0717<br>Fax: (212) 883-7017<br>**Attorneys for Plaintiffs** | **Ann-Marie Luciano**<br>lucianoa@dsmo.com<br>**Christopher Fitzgerald Branch**<br>branchc@dicksteinshapiro.com<br>**James R. Martin**<br>martinj@dicksteinshapiro.com<br>**R. Bruce Holcomb**<br>holcombb@dicksteinshapiro.com<br>**Dickstein Shapiro, LLP**<br>1825 Eye Street NW<br>Washington, DC 20006-5403<br>Telephone: (202) 572-2200<br>**Counsel for Bryan Allison, David Brummer, and Dunlop Oil & Marine**<br><br>**Jeffrey Bruce Crockett, Esq.**<br>jcrockett@coffeyburlington.com<br>Coffey Burlington<br>Penthouse<br>2699 South Bayshore Drive<br>Miami, FL 33133<br>Telephone (305) 858-2900<br>Fax: (305) 858-5261<br>**Counsel for Misao Hioki**<br><br>**Christopher T. Casamassima, Esq.**<br>ccasamassima@kirkland.com<br>Kirkland & Ellis<br>777 S. Figueroa Street, Suite 3700<br>Los Angeles, CA 90017<br>Telephone: (213) 680-8400<br>**Counsel for Misao Hioki**<br><br>**James H. Mutchnik, Esq.**<br>mutchnik@kirkland.com<br>Kirkland & Ellis<br>200 E. Randolph Drive, Suite 6048<br>Chicago, IL 60601<br>Telephone: 312 861-2350<br>Fax: 312 861-2200<br>**Counsel for Misao Hioki** |

| | |
|---|---|
| **Richard Aldo Serafini, Esq.**<br>serafinir@gtlaw.com<br>Greenberg Traurig<br>401 E. Las Olas Blvd., Suite 2000<br>Ft. Lauderdale, FL 33301<br>Telephone: (954) 768-8256<br>Fax: (954) 765-1477<br>**Counsel for Dunlop Oil & Marine LTD**<br><br>**Alan G. Greer, Esq.**<br>agreer@richmangreer.com<br>**Lyle E. Shapiro, Esq.**<br>lshapiro@richmangreer.com<br>Richman Greer, PA<br>201 S. Biscayne Blvd., Suite 1000<br>Miami, FL 33131<br>Telephone: (305) 373-4000<br>Fax: (305) 373-4099<br>**Counsel for Manuli Rubber Industries S.p.A. and Manuli Oil & Marine (U.S.A.)**<br><br>**Robert M. Osgood, Esq.**<br>osgoodrm@sullcrom.com<br>**Daniel A. Goldschmidt, Esq.**<br>Goldschmidt@sullcrom.com<br>**Fern Mechlowitz, Esq.**<br>mechlowitzf@sullcrom.com<br>Sullivan & Cromwell LLP<br>1 New Fetter Lane<br>London EC4A 1AN<br>England<br>Telephone: 020 7959 8550<br>Fax: 020 7959 8950<br>**Counsel for Manuli Rubber Industries S.p.A. and Manuli Oil & Marine (U.S.A.)**<br><br>**Alain E. Boileau, Esq.**<br>aeb@adorno.com<br>**Robert Hunt Schwartz, Esq.**<br>rhs@adorno.com<br>Adorno & Yoss<br>888 SE 3rd Avenue, Suite 500<br>Ft. Lauderdale, FL 33335-9002<br>Telephone: (954)523-5885<br>Fax: (954) 760-9531<br>**Counsel for Bridgestone Industrial Products America, Inc.** | **John M. Marjoras, Esq.**<br>jmmajoras@jonesday.com<br>**Carmen G. McLean, Esq.**<br>cgmclean@jonesday.com<br>Jones Day<br>51 Louisiana Avenue NW<br>Washington, DC 20001-2113<br>Telephone: (202) 879-3939<br>Fax: (202) 626-1700<br>**Counsel for Parker-Hannifin Corporation**<br><br>**Jennifer Seraphine, Esq.**<br>jseraphine@jonesday.com<br>Jones Day<br>555 California Street, 26th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 626-3939<br>Fax: (415) 875-5700<br>**Counsel for Parker-Hannifin Corporation**<br><br>**Paul M. Alfieri, Esq.**<br>paul.alfieri@linklaters.com<br>**Joseph P. Armao, Esq.**<br>joseph.armao@linklaters.com<br>**Robert H. Bell, Esq.**<br>robert.bell@linklaters.com<br>**Danielle Randazzo, Esq.**<br>danielle.randazzo@linklaters.com<br>**Benjamin D. Singer, Esq.**<br>Ben.singer@linklaters.com<br>Linklaters LLP<br>1345 Avenue of the Americas<br>New York, NY 10105<br>Telephone: (212) 903-9000<br>Fax: (212) 903-9100<br>**Counsel for Yokohama Rubber Co., LTD**<br><br>**Bryan Robert Cleveland, Esq.**<br>beleveland@ghblaw.com<br>Gilbride Heller & Brown<br>2 South Biscayne Blvd.<br>One Biscayne Tower, 15th Floor<br>Miami, FL 33131<br>Telephone: (305) 358-3580<br>Fax: (305) 374-1756<br>**Counsel for Yokohama Rubber Co., LTD** |

| | |
|---|---|
| **Harold Donnelly, Esq.**<br>donnelly77@comcast.net<br>**Hal D. Hardin, Esq.**<br>halhardin@aol.com<br>211 Union Street, Suite 200<br>Nashville, TN 37201<br>Telephone: (615) 620-3277<br>Fax: (615) 369-3344<br>**Counsel for Bridgestone Industrial Products America, Inc.** | **Walter M. Berger, Esq.**<br>bergerc@howrey.com<br>Howrey LLP<br>111 Louisiana, 25th Floor<br>Houston, TX 77002-5242<br>Telephone: (202) 333-6517<br>**Counsel for Trelleborg Industrie SA** |
| **Peter W. Homer, Esq.**<br>**Gregory J. Trask, Esq.**<br>gtrask@homerbonnerlaw.com<br>Homer Bonner, PA<br>1441 Brickell Avenue<br>Four Seasons Tower, Suite 1200<br>Miami, FL 33131<br>Telephone: (305) 350-5100<br>Fax: (305) 372-2738<br>**Counsel for Bridgestone Corporation** | **James G. Kress, Esq.**<br>kressj@howrey.com<br>**Roxann E. Henry, Esq.**<br>henryr@howrey.com<br>**Richard E. DiZinno, Esq.**<br>dizinnor@howrey.com<br>**Christina Guerola Sarchio, Esq.**<br>sarchiochristina@howrey.com<br>Howrey LLP<br>1299 Pennsylvania Avenue, NW<br>Washington, DC 20004-2402<br>**Counsel for Trelleborg Industrie SA** |
| **Jennifer Marie Driscoll, Esq.**<br>jdriscoll@mayerbrown.com<br>**Donald C. Klawiter**<br>dklawiter@mayerbrown.com<br>Mayer Brown LLP<br>1909 K. Street NW<br>Washington, DC 20006<br>Telephone: (202) 263-3860<br>Fax: (202) 762-4252<br>**Counsel for Christian Caleca** | **Benedict P. Kuehne, Esq.**<br>ben.kuehne@kuehnelaw.com<br>**Susan Dmitrovshy, Esq.**<br>dmitrovsky@sk-lawyers.com<br>Benedict P. Kuehne, PA<br>100 SE 2nd Street, Suite 3550<br>Miami, FL 33131-2154<br>Telephone: (305) 789-5989<br>Fax: (305) 789-5987<br>**Counsel for Trelleborg Industrie SA** |
| **Michael Abram Rosen, Esq.**<br>mrosen@frc-law.com<br>Fowler Rodriguez LLP<br>355 Alhambra Circle, Suite 801<br>Coral Gables, FL 33134<br>Fax: Telephone: (786) 364-8400<br>Fax: (786) 364-8401<br>**Counsel for Christian Caleca** | **R. Bruce Holcomb, Esq.**<br>holcombb@dicksteinshapiro.com<br>**James R. Martin, Esq.**<br>martinj@dicksteinshapiro.com<br>**Christopher Fitzgerald Branch, Esq.**<br>branchc@dicksteinshapiro.com<br>Dickstein Shapiro, LLP<br>1825 Eye Street NW<br>Washington, DC 20006-5403<br>Telephone: (202) 420-2200<br>**Counsel for Dunlop Oil & Marine** |
| **Robert Mark Brochin, Esq.**<br>rbrochin@morganlewis.com<br>Morgan Lewis & Bockius<br>200 S. Biscayne Blvd.<br>Suite 5300<br>Miami, FL 33131-2339<br>Telephone: (305) 415 3456<br>Fax: (305) 415-3001<br>**Counsel for Christian Caleca** | **Marc David Seitles, Esq.**<br>mseitles@seitleslaw.com<br>169 E. Flagler Street, Suite 1200<br>Miami, FL 33131<br>Telephone: (305) 379- 6667<br>Fax: (305) 379-6668<br>**Counsel for Vanni Scodeggio** |

| | |
|---|---|
| **Diana J. Pomeranz, Esq.**<br>dpomeranz@kslaw.com<br>**James M. Griffin, Esq.**<br>jgriffin@kslaw.com<br>**Kevin R. Sullivan, Esq.**<br>ksullivan@kslaw.com<br>**Susan D. Inman, Esq.**<br>sinman@kslaw.com<br>King & Spalding LLP<br>1700 Pennsylvania Avenue NW<br>Washington, DC 20006<br>Telephone: (202) 626-5540<br>**Counsel for Vanni Scodeggio**<br><br>**David Oscar Markus, Esq.**<br>dmarkus@markuslaw.com<br>169 E. Flagler Street, Suite 1200<br>Miami, FL 33131<br>Telephone: (305) 379-6667<br>Fax: 305-379-6668<br>**Counsel for Francesco Scaglia**<br><br>**Jeffrey A. Kimmel**<br>jkimmel@meisterseelig.com<br>Meister Seelig & Fein LLP<br>2 Grand Central Tower 19th Floor<br>140 E 45th Street<br>New York, NY 10017<br>Telephone: (212) 655-3578<br>**Counsel for Bridgestone Industrial Products America, Inc.**<br><br>**Daniel A. Lurvey, Esquire**<br>lurveylaw@aol.com<br>Lyons & Lurvey, P.A.<br>1200 Brickell Avenue<br>Suite 1620<br>Miami, Florida 33131<br>Telephone (305) 379-5554<br>**Counsel for Jacques Cognard**<br><br>**M. Daniel Hughes**<br>lawmdh@aol.com<br>3000 N Federal Highway<br>Fort Lauderdale, FL 33306<br>954-566-3390<br>Fax: 561-1244<br>Email<br>**Counsel for Robert Furness** | **Jeffrey Allan Sudduth, Esq.**<br>jsudduth@lpflaw.com<br>Legon Ponce & Fodiman, PA<br>1111 Brickell Avenue, Suite 2150<br>Miami, FL 33131<br>Telephone: (305) 444-9991<br>Fax: (305) 444-9937<br>**Counsel for Parker Hannafin Corp**<br><br>**Gerald Edward Greenberg, Esq.**<br>ggreenberg@swmwas.com<br>**Jay Brian Shapiro, Esq.**<br>jshapiro@swmwas.com<br>Stearns Weaver Miller Weissler, et al.<br>Museum Tower<br>150 West Flagler Street, Suite 2200<br>Miami, FL 33130<br>Telephone: (305) 789-3200<br>Fax: (305) 789-3395<br>**Counsel for Francesco Scaglia**<br><br>**Lisa Zeiler Joiner**<br>ljoiner@fulbright.com<br>Fulbright & Jaworski LLP<br>801 Pennsylvania Avenue, N.W.<br>Washington, DC 20004-2623<br>Telephone: (202) 662-0200<br>**Counsel for Jacques Cognard**<br><br>**Alison Smith**<br>alison.smith@haynesboone.com<br>Haynes & Boone LLP<br>One Houston Center Suite 2100<br>1221 McKinney Street<br>Houston, TX 77010<br>Telephone: (713)547-2673<br>**Counsel for Charles Gillespie**<br><br>**Jeffrey Eric Foreman**<br>jforeman@mflegal.com<br>**Catherine J. MacIvor**<br>cmacivor@mflegal.com<br>Maltzman Foreman PA<br>2 S Biscayne Boulevard<br>Suite 2300 One Biscayne Tower<br>Miami, FL 33131-1803<br>305-358-6555<br>Fax: 374-9077<br>Email:<br>**Counsel for Charles Gillespie** |