UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
MASTER DOCKET NO. 08-MDL-1888-GRAHAM/TURNOFF

IN RE MARINE HOSE ANTITRUST
LITIGATION

THIS DOCUMENT RELATES TO
ALL ACTIONS

**ORDER ON STIPULATION FOR SUBSTITUTION
OF COUNSEL FOR FRANCESCO SCAGLIA**

THIS CAUSE is before the Court upon the Stipulation for Substitution of Counsel for Francesco Scaglia (DE 278). Having reviewed the Stipulation, and being otherwise fully advised in the premises, it is hereby:

ORDERED AND ADJUDGED that Alan G. Greer and Lyle E. Shapiro of Richman Greer, P.A. and Robert M. Osgood and Fern Mechlowitz of Sullivan & Cromwell LLP are hereby substituted for Jay Brian Shapiro, Gerald Edward Greenberg, and Gordon McRae Mead, Jr. of Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A. as attorneys of record for defendant Francesco Scaglia in the above-referenced litigation, and that they are hereby relieved and discharged of any and all further responsibility with regard to this matter.

The Clerk of the Court is hereby directed to remove Jay Brian Shapiro, Gerald Edward Greenberg, and Gordon McRae Mead, Jr. of Stearns Weaver Miller Weissler Alhadeff & Sitterson, P.A. from the electronic service list, the docket, and records for this case.

DONE AND ORDERED in Chambers at Miami, Florida this 3rd day of December, 2008.

DONALD L. GRAHAM
United States District Judge

cc: All Counsel of Record