**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
MASTER DOCKET NO. 08-MDL-1888-GRAHAM/TURNOFF**

| | |
|---|---|
| IN RE MARINE HOSE ANTITRUST LITIGATION | ) ) ) ) ) ) |
| THIS DOCUMENT RELATES TO ALL ACTIONS | ) ) ) ) ) ) |

**ORDER ON STIPULATION FOR SUBSTITUTION
OF COUNSEL FOR VAL M. NORTHCUTT**

THIS CAUSE is before the Court upon the Stipulation for Substitution of Counsel for Val M. Northcutt (DE 279). Having reviewed the Stipulation, and being otherwise fully advised in the premises, it is hereby:

ORDERED AND ADJUDGED that Alan G. Greer and Lyle E. Shapiro of Richman Greer, P.A. and Robert M. Osgood and Fern Mechlowitz of Sullivan & Cromwell LLP are hereby substituted for Walter J. Taché and Matthew Thomas Davidson of Carlton Fields, P.A. as attorneys of record for defendant Val M. Northcutt in the above-referenced litigation, and that they are hereby relieved and discharged of any and all further responsibility with regard to this matter.

The Clerk of the Court is hereby directed to remove Walter J. Taché and Matthew Thomas Davidson of Carlton Fields, P.A. from the electronic service list, the docket, and records for this case.

DONE AND ORDERED in Chambers at Miami, Florida this 3rd day of December, 2008.

DONALD L. GRAHAM
United States District Judge

Cc: All Counsel of Record