**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION**

MASTER DOCKET NO. 08-MDL-1888-GRAHAM/TURNOFF

---

IN RE MARINE HOSE ANTITRUST
LITIGATION

---

THIS DOCUMENT RELATES TO:

ALL ACTIONS

---

## ORDER

**THIS CAUSE** comes before the Court upon Defendants Manuli Rubber Industries, S.p.A. and Manuli Oil & Marine (U.S.A.), Inc. Motion for Modification of Schedule [D.E. 271] and Plaintiffs' Cross Motion to Modify Schedule [D.E. 281].

**THE COURT** has considered the motions, the pertinent portions of the record, and is otherwise fully advised in the premises. The Court is not inclined to allow extensions once a matter has been scheduled for trial. In this case, however, the Court is most concerned about the defendants that have yet to be served and the resulting uncertainty as to how this matter will ultimately proceed. Based thereon, the Court will defer the interim dates contained within the Pretrial Order No. 2 [D.E. 117], as amended, until the January 14, 2009 status conference. At the status conference, the Court will reconsider the matter and set an appropriate schedule. Until such time, all deadlines to expire <u>after</u> January 14, 2009 remain in effect without modification. The parties shall proceed accordingly and Plaintiffs shall continue

diligent efforts to appropriately serve all parties. Based thereon, it is hereby

**ORDERED AND ADJUDGED** that the Motion for Modification of Schedule [D.E. 271] is **GRANTED, IN PART** as set forth herein. It is further

**ORDERED AND ADJUDGED** Plaintiff' Cross Motion to Modify Schedule and Opposition to Motion for Modification of Schedule [D.E. 281] is **GRANTED, IN PART**, as set forth herein.

**DONE AND ORDERED** in Chambers in Miami, Florida this 4th day of December, 2008.

DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record