UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

MASTER DOCKET NO. 08-MDL-1888-GRAHAM/TURNOFF

IN RE MARINE HOSE ANTITRUST )
LITIGATION (II) )

THIS DOCUMENT RELATES TO: )

ALL ACTIONS )

## ORDER GRANTING DEFENDANTS SUMITOMO RUBBER INDUSTRIES, LTD. AND SRI HYBRID LTD.'S UNOPPOSED MOTION FOR EXTENSION OF TIME

**THIS CAUSE** came before the Court upon Defendants Sumitomo Rubber Industries, Ltd. and SRI Hybrid Ltd.'s (collectively, "Sumitomo") Unopposed Motion for Extension of Time (D.E. 309), filed December 31, 2008.

**THE COURT** has considered the Motion and the pertinent portions of the record, and being otherwise fully advised on the premises, it is

**ORDERED AND ADJUDGED** that the Motion is GRANTED. Sumitomo shall have up to and including January 19, 2009 in which to serve its response to plaintiffs' First Amended Consolidated Class Action Complaint.

DONE AND ORDERED in Chambers at Miami, Florida this 15TH day of January, 2009.

s/Donald L. Graham
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record