UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 08-1888-MDL-GRAHAM/TURNOFF

IN RE MARINE HOSE ANTITRUST
LITIGATION
_____
THIS DOCUMENT RELATES TO:

ALL ACTIONS
_____

## ORDER

**THIS CAUSE** comes before the Court upon Plaintiffs' Motion for Leave to Amend the Complaint [D.E. 172]. During the Status Conference held on September 10, 2008, the Court granted Plaintiffs leave to amend the complaint, in part. [See D.E. 181.] Significantly, the Court "deferred ruling on that portion seeking voluntary dismissal without prejudice of Plaintiffs Weeks Marine, Inc. and Shipyard Supply, LLC." Id. As the litigation has progressed and the matter is ripe, the Court now revisits the issue of dismissal of the claims of Weeks Marine, Inc. and Shipyard Supply, LLC.

**THE COURT** has considered the motion, the pertinent portions of the record, and is otherwise fully advised in the premises. Manuli Rubber Industries S.p.A and Manuli Oil & Marine (USA) (collectively, the "Manuli Defendants") oppose the Motion to the extent that Weeks Marine and Shipyard seek dismissal without prejudice. [See D.E. 187.] Presenting suppositions as to the

reasons underlying the request for dismissal, the Manuli Defendants propose dismissal under Federal Rule 41(b) for failure to prosecute. On this record, the Court disagrees that dismissal with prejudice is warranted.

First, the motion to amend was timely and in accordance with the Pretrial Order No. 2 [D.E. 117], as amended [D.E. 143]. Secondly, the conduct of Weeks Marine and Shipyard does not warrant an outright bar to their potentials claims. To the extent that Weeks Marine and Shipyard wish to no longer be named plaintiffs in this action, they are within their right to voluntarily dismiss their claims. Therefore, the claims of Weeks Marine and Shipyard shall be dismissed without prejudice. Given the Manuli Defendants' vigorous representation in this action, the Court is confident that, to the extent, Weeks Marine and Shipyard seek future relief as members of a potential class, they will face scrutiny and will have to appropriately and sufficiently evidence their claims. Defendants will suffer no prejudice. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Plaintiff's Motion for Leave to Amend the Complaint [D.E. 172] is **GRANTED**. The respective claims of Weeks Marine, Inc. and Shipyard Supply, LLC are **DISMISSED WITHOUT PREJUDICE**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 28th day of January, 2009.

DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record