UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HONORABLE DONALD L. GRAHAM

CIVIL COURTROOM MINUTES

Case No. 08-1888 (MDL)  Date: January 26, 2009

Style: In re Marine Hose Antitrust Litigation

Counsel for Plaintiff: Numerous as indicated on record

Counsel for Defendant: Numerous as indicated on record

Reporter: Carleen Horenkamp    Courtroom Deputy: Clara Foster

Law Clerk: S Duarte

(Status Conference)/Pretrial Conference/Calendar Call/Hearing: Court addressed motion to dismiss; granted Plaintiff leave to amend. Order to follow. Next status May 6, 2009.

Motion: _____ Granted: _____ Denied: _____

Calendar Call: _____  Trial Set/Reset for: _____
Pretrial Conference: _____  Bench/Jury Trial: _____

Issues Referred to Mag:

Trial/Costs/Fees/Sanctions/Dismiss/Summary/Judgment/Discovery/Other:

_____ Mag: Turnoff  Mediation: Yes:__ No:__

MISCELLANEOUS NOTES: _____