UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

MASTER DOCKET NO. 08-MDL-1888-GRAHAM/TURNOFF

---------------------------------------------x
IN RE MARINE HOSE ANTITRUST :
LITIGATION
 :
 :
THIS DOCUMENT RELATES TO: :

ALL ACTIONS :
 :
 :
---------------------------------------------X

## ORDER GRANTING MANULI RUBBER INDUSTRIES S.P.A. AND MANULI OIL & MARINE (U.S.A.) INC.'S MOTION REQUESTING PERMISSION TO ATTEND FEBRUARY 6, 2009 MOTION HEARING TELEPHONICALLY

THIS MATTER is before the Court upon Manuli Rubber Industries S.p.A. and Manuli Oil & Marine (U.S.A.) Inc.'s Motion Requesting Permission to Attend February 6, 2009 Motion Hearing Telephonically ("Motion") [DE 350]. The Court having considered the Motion and being fully advised of its premises, it is hereby:

ORDERED that Manuli Rubber Industries S.p.A. and Manuli Oil & Marine (U.S.A.) Inc.'s Motion is GRANTED. Counsel for Manuli Rubber Industries S.p.A. and Manuli Oil & Marine (U.S.A.) Inc. may attend the February 6, 2009 Motion Hearing telephonically.

DONE AND ORDERED in Chambers at Miami, Florida this 4 day of Feb., 2009.

THE HONORABLE WILLIAM C. TURNOFF
United States Magistrate Judge