UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
MASTER DOCKET NO. 08-MDL-1888-GRAHAM/TURNOFF

IN RE MARINE HOSE ANTITRUST
LITIGATION

THIS DOCUMENT RELATES TO:

**ALL ACTIONS**

## PRETRIAL ORDER NO. 3
### RELATING TO CASE MANAGEMENT AND ADMINISTRATIVE CLOSINGS

This cause came before the Court sua sponte. On January 28, 2009, the Court held a Status Conference in this cause whereupon the Court addressed the future schedule of these matters. The Court has also reviewed portions of the record, the docket(s) of the consolidated cases relating to the instant Marine Hose Antitrust Litigation and is otherwise fully advised in the premises. Accordingly, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. **Status Conferences and Status Report**: The next Status Conference in this cause will be held on **May 6, 2009 at 3:30 P.M.** No counsel shall appear in person. Instead, counsel shall contact the Court by calling the following toll-free number 1-866-208-6778 at 3:30 P.M. on May 6, 2009 (Conference ID # 52448308). The schedule noted herein supercedes and amends Pretrial Order No. 2 [D.E. 117]. The Court will consider further scheduling of this cause at the next Status Conference.

Furthermore, prior to any future status conference, counsel shall meet and confer at least ten (10) days prior to each conference in an effort to prepare and submit a Joint Status Report. Not less then three (3) business days prior to the status conference, the parties shall file their Joint Status Report, which will include, without limitation, the following (i) a list of all motions that have been fully briefed; (ii) a list of any matters that the parties agree they would like the Court to consider and/or take action on; and (iii) any other matters that the parties believe would require the Court's attention. The Joint Status Report is intended to inform the Court of matters that may arise at the Status Conference, but the Court may raise any additional and/or different issues during the Status Conference as it deems appropriate.

2. **Administrative Closings**: Pursuant to Pretrial Order No. 1 [D.E. 4], this Court consolidated seven actions for pretrial purposes in accordance with Federal Rule of Civil Procedure 42(a) and 28 U.S.C. § 1407. In connection therewith and for statistical purposes only, the Clerk of Court shall hereby close all cases that are consolidated under the Marine Hose Antitrust Litigation, Case No. 08-MDL-1888. Specifically, the following cases shall be closed: *Shipyard Supply, LLC v. Bridgestone Corporation*, Case No. 07-CV-21282; *Expro Gulf Limited v. Bridgestone Corporation*, 07-CV-21464; *Bayside Rubber & Products, Inc. v. Trelleborg Industrie*,

*S.A.*, 07-CV-21613; *Bayside Rubber & Products Inc. v. Christian Caleca*, 07-CV-21784; *Shipyard Supply, LLC v. Bryan Allison*, Case No. 07-CV-22592; *Bayside Rubber & Products, Inc. v. Val M. Northcutt*, Case No. 07-CV-22991; *Weeks Marine, Inc. v. Bridgestone Corporation*, Case No. 08-CV-20754. Additionally, all pending motions in the individual actions shall be denied as moot. The administrative closing of the consolidated actions is intended to govern only the administrative statistical aspects of the instant suit. The Clerk shall file this Pretrial Order No. 3 in all consolidated actions.

3. **Pleadings as to All Actions or Individual Actions**: Unless otherwise stated, all pleadings will be deemed applicable to all of the consolidated actions. If applicable to all of the consolidated actions, the parties need not file the pleading in each individual case. Counsel are also cautioned that when filing electronically via CM/ECF, they are **NOT** to select the option which spreads the particular filing amongst all of the related cases. The spreading of filings across the totality of cases results in the unnecessary generation of duplicate copies of filings. Notwithstanding the foregoing, if a filing is intended to apply to one or more, but not all, of the consolidated actions, the parties shall clearly mark the filing, in the caption, with the docket number for each such action to which the pleading is intended to apply and shall also file the pleading in the respective underlying

action. The parties are also reminded that to the extent they require assistance to appropriately file any pleadings in these cases, they shall contact the Court's CM/ECF Help Desk (Tel. 1-888-318-2260) and request to speak with the MDL clerk.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 5th day of February, 2009.

DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record