UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

MASTER DOCKET NO. 08-MDL-1888-GRAHAM/TURNOFF

------------------------------------------------------x
)
IN RE MARINE HOSE ANTITRUST )
LITIGATION )
)
)
)
_____ )
)
THIS DOCUMENT RELATES TO: )
ALL ACTIONS )
)
------------------------------------------------------x

## STIPULATION AND PROPOSED ORDER

WHEREAS, pursuant to Rule 502 of the Federal Rules of Evidence, the Parties have agreed to the following terms for the materials provided by Trelleborg Industries, S.A. ("TISAS") in the course of this matter (the "TISAS Material");

WHEREAS, because of the massive volume of material and how it was kept, such material most efficiently is produced by TISAS as it was kept and without prior review for privileged material by TISAS;

NOW THEREFORE it is stipulated that:

1. Production of the TISAS Material does not constitute a waiver of TISAS's right to assert that certain material or portions thereof are privileged or subject to work product doctrine or other applicable protection against disclosure.

2. If a Party to this matter receives such TISAS Material ("Receiving Party") and intends to use or to produce to a third party any material that on its face could raise an issue of potential application of a TISAS privilege, the Receiving Party's counsel will provide a copy of such material to TISAS's counsel prior to using or producing such

EXHIBIT "A"

material or any information contained therein, including using the materials or information for the purpose of creating any work product. The Receiving Party shall not use or produce such material for five (5) business days following receipt of such material by TISAS's counsel. If TISAS's counsel does not respond within five (5) business days of receipt, the Receiving Party may use or produce such material and any information contained therein.

3. If TISAS's counsel in good faith believes that any material is wholly or partially privileged, it will notify counsel to the Receiving Party within five (5) business days of receipt and make an assertion of privilege. Such material shall be returned immediately to TISAS and the Receiving Party shall make no use of such material.

4. Counsel for TISAS shall maintain unaltered copies of all materials returned pursuant to this provision and the return of all such materials is without prejudice to any substantive right to challenge the privileged or protected status of the materials. If requested by the Receiving Party, TISAS shall provide the purportedly privileged material to the Court for in-camera review and the Parties will be bound by any court decision.

5. Pursuant to Federal Rule of Evidence 502(e), this agreement is binding on all Receiving Parties obtaining access to the TISAS Material.

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD

SO ORDERED this ____ day of _____, 2009

THE HONORABLE WILLIAM C. TURNOFF
United States Magistrate Judge