UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 08-MDL-1888-GRAHAM/TORRES

IN RE MARINE HOSE ANTITRUST
LITIGATION

THIS DOCUMENT RELATES TO:

**ALL ACTIONS**

**THIS CAUSE** came before the Court upon the Stipulation and Consent to Substitution of Counsel (D.E. 404), filed March 17, 2009.

**THE COURT** has considered the Stipulation and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ORDERED AND ADJUDGED** that Stipulation and Consent to Substitution of Counsel is **APPROVED conditionally.** Christopher R.J. Pace, Steven A. Reiss, Marie L. Mathews, and the law firm of Weil, Gotshal & Manges, LLP is substituted as counsel of record for Defendants Pirelli, S.p.A. and Pirelli Itala, S.p.A. provided that counsel is prepared to abide by the Court's Pretrial Orders previously issued in this cause. If not, advise the Court within five (5) days of the date of this Order so that a hearing with all counsel can be conducted. It is further

**ORDERED AND ADJUDGED** that the Clerk of Court is directed to reflect that C. Vernon Hartline, Jr., Thomas J. Adair and Jeffrey

S. Patterson and the law firm of Hartline Dacus Barger Dreyer & Kern LLP and Lee Philip Teichner, Leon Fresco and the law firm of Holland & Knight are no longer counsel of record for Defendants Pirelli, S.p.A. and Pirelli Itala, S.p.A.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 18th day of March, 2009.

DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record