IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

MASTER DOCKET NO. 1:08-mdl-01888-GRAHAM/TURNOFF

| | |
|---|---|
| IN RE MARINE HOSE ANTITRUST LITIGATION | § § § § |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | § § § § § |

## ORDER GRANTING MOTION FOR LIMITED APPEARANCE OF STEVEN A. REISS, CONSENT TO DESIGNATION, AND REQUEST TO RECEIVE ELECTRONIC NOTICES OF ELECTRONIC FILINGS

THIS CAUSE having come before the Court on the Application for Limited Appearance (DE 411) of Steven A. Reiss, Consent to Designation, and Request to Receive Electronic Notices of Electronic Filings (the "Application") requesting, pursuant to Rule 4B of the Special Rules Governing the Admission and Practice of Attorneys in the United States District Court for the Southern District of Florida, permission for a limited appearance of Steven A. Reiss in this matter and requesting that Steven A. Reiss receive electronic notice of electronic filings in this matter. This Court having considered the Application and all other relevant factors, it is hereby

ORDERED AND ADJUDGED that the Application is GRANTED. Steven A. Reiss is granted permission to appear and participate in this action on behalf of Defendants Pirelli, S.p.A., and Pirelli Itala, S.p.A. The Clerk shall provide electronic notification of all electronic filings to Steven A. Reiss at steven.reiss@weil.com.

DONE AND ORDERED in Chambers at Miami, Florida this 25th day of March, 2009.

_____
Hon. Donald L. Graham
United States District Judge

Copies furnished to:
All Counsel of Record