UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
MASTER DOCKET NO. 08-MDL-1888-GRAHAM/TURNOFF

IN RE MARINE HOSE ANTITRUST
LITIGATION

THIS DOCUMENT RELATES TO:

**ALL ACTIONS**

## NOTICE CANCELLING PRETRIAL CONFERENCE

This cause came before the Court sua sponte. On January 28, 2009, the Court held a Status Conference whereupon the Court addressed certain scheduling matters. To clarify for the record, the Pretrial Conference originally scheduled for April 8, 2009 is **CANCELLED**.

The next Status Conference in this cause will be held on **May 6, 2009 at 3:30 P.M.** No counsel shall appear in person. Instead, counsel shall contact the Court by calling the following toll-free number 1-866-208-6778 at 3:30 P.M. on May 6, 2009 (Conference ID # 52448308). The Court will consider further scheduling of this cause at the May 6, 2009 Status Conference.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 7th day of April, 2009.

                                           s/ Donald L. Graham
                                           DONALD L. GRAHAM
                                           UNITED STATES DISTRICT JUDGE

cc: Counsel of Record