UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
MASTER DOCKET NO. 08-MDL-1888-GRAHAM/TURNOFF

IN RE MARINE HOSE ANTITRUST
LITIGATION

THIS DOCUMENT RELATES TO:

**ALL ACTIONS**

## NOTICE RE-SCHEDULED STATUS CONFERENCE

This cause came before the Court sua sponte. The Status Conference scheduled for May 6, 2009 is hereby **RE-SCHEDULED** to **May 20, 2009 at 3:30 P.M.** No counsel shall appear in person. Instead, counsel shall contact the Court by calling the following toll-free number 1-866-208-6778 at 3:30 P.M. on May 20, 2009 (Conference ID # 52448308).

**DONE AND ORDERED** in Chambers at Miami, Florida, this 23rd day of April, 2009.

s/ Donald L. Graham
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record