UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

MASTER DOCKET NO. 08-MDL-1888-GRAHAM/TURNOFF

IN RE MARINE HOSE ANTITRUST
LITIGATION

THIS DOCUMENT RELATES TO:

ALL ACTIONS

## ORDER

**THIS CAUSE** comes before the Court upon a request by the Special Master in this case. [See D.E. 131 and 142]. The matter has progressed without the need for the Special Masters' involvement. Therefore, based upon his request to the Court received on April 24, 2009, the Court finds that the Special Master appointment should be vacated. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that the appointment of Brian F. Spector as Special Master [D.E. 131, 142] in this cause is **VACATED**. It is further

**ORDERED AND ADJUDGED** that the Clerk of Court and all parties shall forthwith remove Mr. Brian F. Spector from the service list in this case.

**DONE AND ORDERED** in Chambers in Miami, Florida this 4th day of May, 2009.

DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record