UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
MASTER DOCKET NO. 08-MDL-1888-GRAHAM/TURNOFF

IN RE MARINE HOSE ANTITRUST
LITIGATION

THIS DOCUMENT RELATES TO:

**ALL ACTIONS**

## PRETRIAL ORDER NO. 4 CONCERNING
## CASE MANAGEMENT AND RELATED MATTERS

This cause came before the Court sua sponte. On May 20, 2009, the Court held a Status Conference whereupon it addressed several matters and the future administration of the cases. This Order follows to clarify the record. Accordingly, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. **Motion for Class Certification and Motion [D.E. 171] and Motion to Intervene [D.E. 377]**. Certain Defendants have filed a motion requesting permission to submit newly acquired evidence in opposition to Plaintiff's motion for class certification [D.E. 451]. The same Defendants have also filed a motion seeking leave to file a supplemental memorandum in opposition to LOOP, LLC's motion to intervene [D.E. 417]. As noted during the status conference, both of the motions seeking permission to file supplemental materials [D.E. 417, 451] are **GRANTED**. The moving Defendants shall file any such supplemental memorandum by no later than **June 1, 2009**. Plaintiff may file a response by no later than

**June 8, 2009.** The Court will not allow further briefing on the issue of class certification or LOOP's motion to intervene. In connection therewith, the Court also directs that the parties refrain from filing additional motions with respect to these matters until such time as the Court rules on the issue of class certification and potential intervention. Upon completion of the briefing in accordance with the schedule noted herein, the Court expects to rule upon the issues with dispatch.

2. **Case Closings**: Pursuant to Pretrial Order No. 1 [D.E. 4], this Court consolidated seven actions for pretrial purposes in accordance with Federal Rule of Civil Procedure 42(a) and 28 U.S.C. § 1407. Shipyard Supply, LLC and Weeks Marine, Inc., two of the initially named Plaintiffs thereafter voluntarily dismissed their claims and this Court dismissed the claims of Expro Gulf Limited. [See D.E. 345, 346]. Consequently, the four cases commenced by those initial Plaintiffs are closed and this action continues solely as to three cases.[1] The Clerk of Court is hereby

---

[1] The closed cases are the following: Shipyard Supply, LLC v. Bridgestone Corporation, et al., Case No. 07-21282; Expro Gulf Limited v. Bridgestone Corporation, Case No. 07-21464; Shipyard Supply, LLC v. Bryan Allison, Case No. 07-21592; Weeks Marine, Inc. v. Bridgestone Corporation, Case No. 08-20754.

The three remaining cases are Bayside Rubber & Products, Inc., Case No. 07-21613; Bayside Rubber and Products, Inc. v. Christian Caeca, Case No. 07-21784 and Bayside Rubber & Products v. Val Northcutt, Case No. 07-22991.

directed to inform the MDL Panel of the closings noted herein and to provide any and all relevant information for statistical and/or other purposes. The Clerk shall also file this Pretrial Order No. 4 in all consolidated actions so as to clarify each record.

3. **Jacques Cognard's Unopposed Motion for Extension of Time to File Answer or Responsive Pleading [D.E. 393]**. Jacques Cognard has executed a proposed settlement agreement that is pending Court approval. Similar to other Defendants [see D.E. 394], Cognard has requested an extension of time to answer the Second Amended Complaint until such time as the Court rules on the proposed Settlement. Cognard's motion [D.E. 393] is **GRANTED**. As with other Settling Defendants, Jacques Cognard shall file an answer or otherwise respond to the operative complaint within ten (10) days from the date of a ruling on Plaintiff's Amended Motion for Preliminary Approval of the Proposed Settlements.

5. **Additional Matters**. A review of the record demonstrates that certain matters are moot based on the procedural posture of cases the and/or because the relief requested has been withdrawn. Therefore, the following motions are **DENIED** as moot: (i) Plaintiff's Preliminary Approval of Proposed Settlements with certain Defendants [D.E. 152];[2] Defendants' Motion for Leave to File a Response in Opposition to the Plaintiff's Motion on Class

---

[2] At docket entry 307, Plaintiff has filed an amended motion for preliminary approval of certain proposed settlements. That amended motion remains for Court resolution.

Certification in Excess of Twenty Pages [D.E. 185]; Plaintiff's Supplemental Motion to File Under Seal Portions of Plaintiff's Memorandum of Law In Support of Motion for Class Certification [D.E. 258]; Plaintiff's Supplemental Motion to File Under Seal Portions of Plaintiff's Reply Memorandum of Law In Support of Motion for Class Certification [D.E. 260]; Defendants' Pirelli, S.p.A. and Pirelli Itala, S.p.A. Motion to Dismiss Plaintiff's Amended Complaint [D.E. 308];[3] Defendants Sumitomo Rubber Industries, Ltd. and SRI Hybrid Ltd's Motion to Dismiss [D.E. 335];[4] Defendants Motion for an Extension of Time to Respond to LOOP's Motion to Intervene [D.E. 395]; The Comital Defendants' Motion for Protective Order Staying Discovery Pending Resolution of Motion to Dismiss [D.E. 424];[5] Plaintiff's Motion to File Sur-Reply in connection with the Pirelli Defendants' Motion to Dismiss [D.E. 429]; and Plaintiff's Motion for Court to Issue Letter Request for Judicial Assistance under the Hague Convention [D.E. 426];

---

[3] Plaintiff has filed a Second Amended Complaint [D.E. 363].

[4] As noted above, Plaintiff filed a Second Amended Complaint [D.E. 363 to which the Sumitomo Defendants filed an answer [D.E. 387].

[5] As indicated at the Status Conference and corresponding Order issued separately, the Court has denied the Comital Defendants' motion to dismiss.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 22nd day of May, 2009.

_____
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc: Counsel of Record