UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HONORABLE DONALD L. GRAHAM

CIVIL COURTROOM MINUTES

Case No. 08-1888 MDL                              Date: May 20, 2009

Style: In re Marine Hose Antitrust Litigation

Counsel for Plaintiff: Numerous as indicated on record

Counsel for Defendant: Numerous as indicated on record

Reporter: Carleen Horenkamp      Courtroom Deputy: Clara Foster

Law Clerk: SDuarte

(Status Conference)/Pretrial Conference/Calendar Call/Hearing: Parties briefly addressed motion regarding class certification and motion to intervene. Supplemental pleadings on those motions due by June 1st and responses due June 8th. Order on additional matters to follow.

Motion: _____ Granted: _____ Denied: _____

Calendar Call: _____     Trial Set/Reset for: TBD
Pretrial Conference: _____  Bench/Jury Trial: _____

Issues Referred to Mag:

Trial/Costs/Fees/Sanctions/Dismiss/Summary/Judgment/Discovery/Other:

_____ Mag: _____  Mediation: Yes:__ No:__

MISCELLANEOUS NOTES: _____