**EXHIBIT A**

**TO**

**PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT
OF ITS MOTION TO COMPEL MANULI 30(B)(6) WITNESSES**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

MASTER DOCKET NO. 08-MDL-1888-GRAHAM/TURNOFF

```
                                              x
                                              )
IN RE MARINE HOSE ANTITRUST                   )
LITIGATION                                    )
                                              )
                                              )
THIS DOCUMENT RELATES TO:                     )
                                              )
ALL ACTIONS                                   )
                                              x
```

## NOTICE OF 30(b)(6) DEPOSITION OF MANULI RUBBER INDUSTRIES S.p.A. AND MANULI OIL & MARINE (USA)

TO:   ALL COUNSEL LISTED ON THE ATTACHED CERTIFICATE OF SERVICE

PLEASE TAKE NOTICE that, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure, Plaintiffs, through their attorneys, will take the 30(b)(6) deposition upon oral examination of Manuli Rubber Industries S.p.A. and Manuli Oil & Marine (U.S.A.) ("Manuli"). The deposition will be taken on March 24, 2009 at 1:00 PM, and continue day-to-day, at the Offices of Sullivan & Cromwell LLP, One New Fetter Lane, London EC4A 1AN, England, before a notary public or other officer duly authorized to administer oaths and take testimony, and may be recorded by stenographic and video means.

The 30(b)(6) deponent will be required to testify as to the topics set forth in the attached

Schedules A, B, C and D.

Dated:   February 26, 2009

Jan Bartelli
Bruce Gerstein
GARWIN GERSTEIN & FISHER LLP
1501 Broadway, Suite 1416
New York, NY  10036
Telephone:  (212) 398-0055
Facsimile:  (212) 764-6620
jbartelli@garwingerstein.com
bgerstein@garwingerstein.com

Hollis L. Salzman
Gregory S. Asciolla
William V. Riess
LABATON SUCHAROW LLP
140 Broadway
New York, NY  10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
hsalzman@labaton.com
gasciolla@labaton.com

Gregory P. Hansel
Randall B. Weill
PRETI, FLAHERTY, BELIVEAU &
PACHIOS, LLP
One City Center,  P.O. Box 9546
Portland, ME  04112-9546
Telephone: (207) 791-3000
Facsimile: (207) 791-3111
ghansel@preti.com
rweill@preti.com

*Co-Lead Counsel for Plaintiffs*

Joseph C. Kohn
William E. Hoese
Craig W. Hillwig
KOHN, SWIFT & GRAF, P.C.
One South Broad Street, Suite 2100
Philadelphia, PA 19107-3389
Telephone: (215) 238-1700
Facsimile: (215) 238-1968
JKohn@kohnswift.com
WHoese@kohnswift.com
CHillwig@kohnswift.com

*Plaintiffs' Counsel*

## CERTIFICATE OF SERVICE

I, Jan Bartelli, hereby certify that on February 26, 2009, I caused a true and correct copy of the following Notice of Deposition of Manuli Rubber Industries S.p.A. and Manuli Oil & Marine (U.S.A.) on all counsel of record identified on the attached Service List to be served by electronic mail and to the following by Electronic Mail and Federal Express:

>
> Robert M. Osgood, Esq.
> Sullivan & Cromwell LLP
> One New Fetter Lane
> London EC4A 1AN
> England

Jan Bartelli

<u>Service List</u>

## Plaintiffs' Counsel

**Gregory P. Hansel, Esq.**
ghansel@preti.com
**Randall B. Weill, Esq.**
rweill@preti.com
Preti Flaherty Beliveau & Pachios, LLP
One City Center
P.O. Box 9546
Portland, ME 04112
Telephone: (207) 791-3000

**Hollis L. Salzman**
hsalzman@labaton.com
**Gregory S. Asciolla**
gasciolla@labaton.com
**William V. Reiss**
wreiss@labaton.com
LABATON SUCHAROW LLP
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477

**Manuel J. Dominguez, Esq.**
jdominguez@bermanesq.com
Berman DeValerio Pease Tabacco Burt &
Pucillo, LLP
222 Lakeview Avenue, Suite 900
West Palm Beach, FL 33401
Telephone: (561) 835-9400

**Joseph C. Kohn, Esq.**
JKohn@kohnswift.com
**William E. Hoese, Esq.**
WHoese@kohnswift.com
**Craig W. Hillwig, Esq.**
CHillwig@kohnswift.com
KOHN, SWIFT & GRAF, P.C.
One South Broad Street, Suite 2100
Philadelphia, PA 19107-3389
Telephone: (215) 238-1700
Facsimile: (215) 238-1968

**Alexander S. Bokor, Esq.**
asb@kttlaw.com
**Adam Moskowitz, Esq.**
amm@kttlaw.com
Kozyak Tropin & Throckmorton, P.A.
2525 Ponce DeLeon Blvd., 9th Floor
Coral Gables, FL 33134
Telephone: (305) 372-1800

**Harry M. Barton, Esq.**
bartonh@phelps.com
**Susan Morgan, Esq.**
morgans@phelps.com
Phelps Dunbar LLP
365 Canal Street, Suite 2000
New Orleans, LA 70130-6534
Telephone: (504) 566-1311

**M. Stephen Dampier, Esq.**
sdampier@vickersriis.com
Vickers, Riis, Murrya & Curran, LLC
106 St. Francis Sreet, Suite 1100
(36602)
P.O. Drawer 2568
Mobile, AL 36652-2568
Telephone: 432-9772

**Benjamin F. Johns, Esq.**
CFJ@chimicles.com
**Joe Sauder, Esq.**
JosephSauder@chimicles.com
Chimicles & Tikellis LLP
One Haverford Centre
361 W. Lancaster Avenue
Haverford, PA 19041
Telephone: (610) 642-8500

*Counsel for Plaintiff Bayside Rubber &
Products, Inc.*

Richard A. Koffman, Esq.
Rkoffman@cmht.com
Cohen, Milstein Hausfeld & Toll
1100 New York Avenue, NW
Suite 500, West Tower
Washington, D.C. 20005-3934
Telephone: (202) 408-4600

Robert G. Eiler, Esq.
Reisler@cmht.com
Seth R. Gassman, Esq.
Sgassman@cmht.com
Cohen, Milstein Hausfeld & Toll
150 E. 52nd Street
New York, NY 10022
Telephone: (212) 838-7797

Alexander Rundlett
arundlett@podhurst.com
Podhurst Orseck, P.A.
City National Bank Building
25 West Flagler Street, Suite 800
Miami, FL 33130
United States of America
Phone: (305) 358-2800
Fax: (305) 358-2382

### Defendants' Counsel

Bryan Robert Cleveland, Esq.
bcleveland@ghblaw.com
Gilbride Heller & Brown
2 South Biscayne Boulevard, 15th Fl.
Miami, FL 33131-4325
Telephone: (305) 358-3580
*Counsel for Defendant Yokohama Rubber
Co., Ltd.*

Paul M. Alfieri, Esq.
paul.alfieri@linklaters.com
Joseph P. Armao, Esq.
joseph.armao@linklaters.com

Robert Harrison Bell, Esq.
robert.bell@linklaters.com
Danielle Randazzo, Esq.
danielle.randazzo@linklaters.com
Benjamin D. Singer, Esq.
ben.singer@linklaters.com
Linklaters LLP
1345 Avenue of the Americas
New York, NY 10105
Telephone: (212) 903-9000
*Counsel for Defendant Yokohama
Rubber Co., Ltd.*

Jeffrey A. Kimmel, Esq.
jkimmel@meisterseelig.com
Meister Seelig & Fein LLP
2 Grand Central Tower
140 E. 45th Street, 19th Fl.
New York, NY 10017
Telephone: (212) 655-3578
*Counsel for Defendant Bridgestone
Industrial Products America, Inc.*

Hal D. Hardin, Esq.
halhardin@aol.com
Harold Donnelly, Esq.
donnelly77@comcast.net
211 Union Street, Suite 200
Nashville, TN 37201
Telephone: (615) 369-3377
*Counsel for Defendant Bridgestone
Industrial Products America, Inc.*

Alain E. Boileau, Esq.
aeb@adorno.com
Robert Hunt Schwartz, Esq.
rhs@adorno.com
Adorno & Yoss LLP
888 S.E. 3rd Avenue, Suite 500
Fort Lauderdale, FL 33316
Telephone: (954) 523-5885
*Counsel for Defendant Bridgestone
Industrial Products America, Inc.*

**Peter W. Homer, Esq.**
phomer@homerbonnerlaw.com
**Gregory J. Trask, Esq.**
gtrask@homerbonnerlaw.com
Homer & Bonner
Four Seasons Tower
1441 Brickell Avenue, Suite 1200
Miami, FL 33131
Telephone: (305) 350-5100
*Counsel for Defendant Bridgestone
Corporation*

**James Weidner, Esq.**
james.weidner@cliffordchance.com
Clifford Chance LLP
31 West 52nd Street
New York, NY 10019
Telephone: (212) 878-8000
*Counsel for Defendant Bridgestone
Corporation*

**Boyd Cloern, Esq.**
boyd.cloern@cliffordchance.com
**Leiv Blad, Esq.**
leiv.blad@cliffordchance.com
Clifford Chance LLP
2001 K Street
Washington, DC 20006
Telephone: (202) 912-5000
*Counsel for Defendant Bridgestone
Corporation*

**Alan Graham Greer, Esq.**
agreer@richmangreer.com
**Lyle Eric Shapiro, Esq.**
lshapiro@richmangreer.com
Richman Greer Weil Brumbaugh Mirabito
& Christensen
201 South Biscayne Blvd., Suite 1000
Miami, FL 33131
Telephone: (305) 373-4000
*Counsel for Defendants Parker Hannifin
Corporation, Parker ITR srl,*

*Manuli Rubber Industries S.p.A., Manuli
Oil & Marine (U.S.A.), Val M. Northcutt
and Francesco Scaglia*

**Carmen G. McLean, Esq.**
cgmclean@jonesday.com
**John M. Majoras, Esq.**
jmmajoras@jonesday.com
**Michael Welch, Esq.**
mwelch@jonesday.com
**Michelle L. Marks, Esq.**
smarks@jonesday.com
Jones Day Reavis & Pogue
51 Louisiana Avenue, NW
Washington, DC 20001-2113
Telephone: (202) 879-3939
*Counsel for Defendants Parker Hannifin
Corporation and Parker ITR srl*

**Jeffrey Allan Sudduth, Esq.**
jsudduth@lpflaw.com
Legon Ponce & Fodiman, P.A.
1111 Brickell Avenue, Suite 2150
Miami, FL 33131-2148
Telephone: (305) 444-9991
*Counsel for Defendants Parker Hannifin
Corporation, Parker ITR srl, Manuli
Rubber Industries S.p.A., Manuli Oil &
Marine (U.S.A.) and Vanni Scodeggio*

**Marc David Seitles, Esq.**
mseitles@seitleslaw.com
Law Offices of Marc D. Seitles, P.A.
169 E. Flagler Street, Suite 1200
Miami, FL 33131
Telephone: (305) 379-6667
*Counsel for Defendant Vanni Scodeggio*

**Andrea C. Clarke, Esq.**
aclarke@kslaw.com
**James M. Griffin, Esq.**
jgriffin@kslaw.com
**Kevin R. Sullivan, Esq.**
ksullivan@kslaw.com
King & Spalding LLP
1700 Pennsylvania Avenue NW, Suite 200
Washington, DC 20006
Telephone: (202) 626-5440
*Counsel for Defendant Vanni Scodeggio*

**Daniel A. Goldschmidt, Esq.**
goldschmidtd@sullcrom.com
**Robert M. Osgood, Esq.**
osgoodrm@sullcrom.com
**Fern Mechlowitz, Esq.**
mechlowitzf@sullcrom.com
Sullivan & Cromwell LLP
1 New Fetter Lane
London EC4A 1AN England
*Counsel for Defendants Manuli Rubber
Industries S.p.A., Manuli Oil & Marine
(U.S.A.), Val M. Northcutt and Francesco
Scaglia*

**Walter M. Berger, Esq.**
bergerc@howrey.com
Howrey LLP
111 Louisiana, 25th Fl.
Houston, TX 77002
Telephone: (202) 333-6517
*Counsel for Defendant Trelleborg
Industries, S.A.*

**David G. Meyer, Esq.**
meyerd@howrey.com
Howrey LLP
550 S. Hope Street, Suite 1100
Los Angeles, CA 90071
Telephone: (213) 892-1928
*Counsel for Defendant Trelleborg
Industries, S.A.*

**James G. Kress, Esq.**
kressj@howrey.com
**Roxann E. Henry, Esq.**
henryr@howrey.com
**Richard E. DiZinno, Esq.**
dizinnor@howrey.com
Howrey LLP
1299 Pennsylvania Avenue, NW
Washington, DC 20004
Telephone: (202) 383-6517
*Counsel for Defendant Trelleborg
Industries, S.A.*

**Benedict P. Kuehne, Esq.**
ben.kuehne@kuehnelaw.com
**Susan Dmitrovsky, Esq.**
dmitrovsky@sk-lawyers.com
Benedict P. Kuehne, P.A.
100 SE 2nd Street, Suite 3550
Miami, FL 33131
Telephone: (305) 789-5989
*Counsel for Defendant Trelleborg
Industries, S.A.*

4

Joseph H. Serota, Esq.
jserota@wsh-law.com
John J. Quick, Esq.
jquick@wsh-law.com
Weiss Serota Helfman Pastoriza Cole &
Boniske, P.L.
2525 Ponce de Leon Blvd., Suite 700
Coral Gables, FL 33134
Telephone: (305) 854-0800
*Counsel for Defendant Trelleborg
Industries, S.A*

Richard Aldo Serafini, Esq.
serafinir@gtlaw.com
Avi Benayoun, Esq.
benayouna@gtlaw.com
Greenberg Traurig
401 East Las Olas Boulevard, Suite 2000
Fort Lauderdale, FL 33301
Telephone: (954) 768-8256
*Counsel for Defendants Bryan Allison,
David Brammar and Dunlop Oil & Marine,
Ltd.*

Ann-Marie Luciano, Esq.
lucianoa@dsmo.com
Christopher Fitzgerald Branch, Esq.
branchc@dicksteinshapiro.com
James R. Martin, Esq.
martinj@dicksteinshapiro.com
R. Bruce Holcomb, Esq.
holcombb@dicksteinshapiro.com
Dickstein Shapiro LLP
1825 Eye Street NW
Washington, DC 20006-5403
Telephone: (202) 572-2200
*Counsel for Defendants Bryan Allison,
David Brammar and Dunlop Oil & Marine,
Ltd.*

Jeffrey Bruce Crockett, Esq.
jcrockett@coffeyburlington.com
David J. Zack, Esq.
dzack@coffeyburlington.com
Coffey Burlington
Penthouse
2699 South Bayshore Drive
Miami, FL 33133
Telephone: (305) 858-2900
*Counsel for Defendant Misao Hioki*

David Ian Horowitz, Esq.
dhorowitz@kirkland.com
Kirkland & Ellis
153 East 53rd Street
New York, NY 10022-4611
Telephone (212) 446-4729
*Counsel for Defendant Misao Hioki*

Christopher T. Casamassima, Esq.
ccasamassima@kirkland.com
Kirkland & Ellis LLP
777 S. Figueroa Street, Suite 3700
Los Angeles, CA 90017
Telephone: (213) 680-8400

James H. Mutchnik, Esq.
jmutchnik@kirkland.com
Kirkland & Ellis LLP
200 East Randolph Drive - Suite 6048
Chicago, Illinois 60601-6636
Telephone: (312) 861-2350
*Counsel for Defendant Misao Hioki*
Jennifer M. Driscoll, Esq.
jdriscoll@mayerbrown.com
Donald C. Klawiter, Esq.
dklawiter@mayerbrown.com
Mayer Brown LLP
1909 K Street, N.W.
Washington, DC 20006
Telephone: (202) 263-3000
*Counsel for Defendant Christian Caleca*

5

**Daniel A. Lurvey, Esq.**
lurveylaw@aol.com
Lyons & Lurvey, P.A.
1200 Brickell Avenue, Suite 1620
Miami, FL 33131
Telephone: (305) 379-5554
*Counsel for Defendant Jacques Cognard*

**Susan Eileen Trench, Esq.**
strench@gttpa.com
Goldstein Tanen & Trench
2 S Biscayne Boulevard
Suite 3700 One Biscayne Tower
Miami , FL 33131
Telephone: (305) 374-3250
*Counsel for Defendants ITR, S.p.A.,*
*SAIAG, S.p.A. and Comital SAIAG, S.p.A.*

**Jeffrey Eric Foreman, Esq.**
jforeman@mflegal.com
**Catherine J. MacIvor, Esq.**
cmacivor@mflegal.com
Maltzman Foreman PA
2 S Biscayne Boulevard
Suite 2300 One Biscayne Tower
Miami , FL 33131-1803
Telephone: (305) 358-6555
*Counsel for Defendant Charles Gillespie*

**Alison Smith, Esq.**
alison.smith@haynesboone.com
Haynes & Boone LLP
One Houston Center Suite 2100
1221 McKinney Street
Houston , TX 77010
Telephone: (713) 547-2673
*Counsel for Defendant Charles Gillespie*

**Jeffrey Eric Foreman, Esq.**
jforeman@mflegal.com
**Catherine J. MacIvor, Esq.**
Cmacivor@mflegal.com
Maltzman Foreman PA
2 S. Biscayne Boulevard
Suite 2300 One Biscayne Tower
Miami, FL 33131-1803
Telephone: (305) 358-6555
*Counsel for Defendant Charles Gillespie*

**M. Daniel Hughes, Esq.**
lawmdh@aol.com
3000 N Federal Highway
Fort Lauderdale , FL 33306
Telephone: (954) 566-3390
*Counsel for Defendant Robert Furness*

**Leon Fresco, Esq.**
Leon.fresco@hklaw.com
Holland & Knight
701 Brickell Avenue, Suite 3000
Miami, FL 33131
Telephone: (305) 789-7443
*Counsel for Defendant Pirelli Itala,*
*S.p.A., Pirelli Treg, S.p.A. and Pirelli,*
*S.p.A.*

**Jeffrey Patterson**
jpatterson@hdbdk.com
**Thomas J. Adair**
tadair@hdbdk.com
**Vernon Hartline**
vhartline@hdbdk.com
Hartline, Dacus, Barger, Dreyer &
Kern, LLP
6688 N. Central Expressway, Suite 1000
Dallas, TX 75206
Telephone: (214) 369-2100
*Counsel for Defendant Pirelli, S.p.A.,*
*Pirelli Itala, S.p.A. and Pirelli & C,*
*S.p.A.*

6

**James Tallon, Esq.**
Jtallon@shearman.com
Shearman & Sterling, LLP
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 848-4000
*Counsel for Defendants Sumitomo Rubber
Industries Ltd. And SRI Hybrid Ltd.*

**Joseph D. Pizzurro, Esq.**
jpizzurro@curtis.com
**Nancy E. Delaney, Esq.**
ndelaney@curtis.com
**Timothy N. McCabe, Esq.**
tmccabe@curtis.com
Curtis Mallet-Prevost Colt & Mosle
101 Park Avenue
New York, NY 10178-0061
Telephone: (212) 696-6000

**William King Hill, Esq.**
Whill@bilzin.com
Bilzin Sumberg Baena Price & Axelrod
200 S. Biscayne Boulevard, Suite 2500
Miami, FL 33131-2336
Telephone: (305) 350-7202

1.      Information related to sales, costs, market share, competitors and profits for Marine Hose.

2.      Information related to business plans, planning analyses, budgets, forecasts, or sales or profit projections concerning Marine Hose.

3.      Information related to reports, studies, memoranda, or written communications concerning the production, manufacture, distribution, marketing, pricing, bidding, customers or sale of Marine Hose.

4.      Purchasers of Marine Hose from you, including names, telephone numbers, addresses, or last known addresses of direct purchasers of Marine Hose.

5.      Information reflecting the gross price and actual net price charged by you for Marine Hose for each day, month and year during the relevant time period.[2]

6.      Information reflecting sales or potential sales of Marine Hose to each customer for each day, month and year during the relevant time period, including without limitation, the date, dollar amount, customer, product and/or grade of product sold, volume sold, unit price and/or other pricing information, transportation and/or shipping charges, any other charges or sur-charges, and any other terms and conditions of the sales.

7.      Information relating to discounts, rebates, credits, or any other reductions from list prices or announced prices relating to the sale of Marine Hose.  Communications to or from your

---

[1] Plaintiffs hereby incorporate by reference the definitions employed in their First Request for the Production of Documents and Things to Manuli Oil & Marine (U.S.A.) Inc. and Manuli Rubber Industries S.p.A. (Merits), served on Defendants Manuli Oil & Marine (U.S.A.) Inc. and Manuli Rubber Industries S.p.A. on October 6, 2008.

[2] January 1, 1984 through the date of this Notice (the "relevant time period").

customers for Marine Hose, concerning any actual, proposed, or prospective prices, price changes, bids, or terms or conditions of the purchase or sale of Marine Hose.

8.    Information reflecting your costs of manufacturing Marine Hose, for each day, month, and year during the relevant time period, including without limitation, raw material costs, marketing costs, operating costs, transportation costs, storage costs, environmental costs, tariffs or taxes.

9.    Information reflecting:

   a.    your total production and inventory of Marine Hose for each day, month and year for each year during the relevant time period; and

   b.    the utilization of your capacity to manufacture Marine Hose.

10.    Information regarding how Marine Hose is made.

11.    The classes, types, grades or categories of your Company's Marine Hose, and their respective uses.

12.    Industry standards relating to the manufacture, marketing or sale of Marine Hose.

13.    Raw materials used to produce Marine Hose that you manufacture or manufactured, and the source and cost of those raw materials.

14.    Information regarding any communications between you and any other Defendant or other manufacturer of Marine Hose:

   a.    any actual, proposed, or prospective price announcements, price changes, or price lists, including without limitation, discounts or rebates, the elimination of discounts or rebates, or the offering of free product to customers issued by you or any other Entity Defendant or manufacturer of Marine Hose;

2

b.  any actual, proposed, or prospective quotes, bids, or bid announcements issued by you or any other Entity Defendant or manufacturer of Marine Hose;

c.  any actual, proposed, or prospective pricing methods, practices, policies, guidelines or strategies relating to pricing created by you or any other Entity Defendant or manufacturer of Marine Hose;

d.  any guidelines or procedures for sales personnel to request or obtain price concessions or discounts from list price;

e.  any actual, proposed, or prospective bidding methods, practices, policies, guidelines or strategies created by you or any other Entity Defendant or manufacturer of Marine Hose;

f.  any actual, proposed, or prospective marketing methods, practices, policies or strategies created by you or any other Entity Defendant or manufacturer of Marine Hose;

g.  any actual, proposed, or prospective contracts for the purchase or sale of Marine Hose;

h.  any actual, proposed, or prospective method, practice, policy or strategy to use for gaining or maintaining market share or customers for Marine Hose;

i.  any comparison of your prices, price lists, or price schedules with the prices, price lists, or price schedules of any other Defendant or manufacturer of Marine Hose;

j.  any comparison of your Marine Hose products with the Marine Hose products of any other Entity Defendant or manufacturer of Marine Hose;

k.  sources and costs of raw materials and production of Marine Hose, including without limitation, labor costs and costs of the plants, machines and tools used to produce Marine Hose;

l.  substitutes for Marine Hose;

m.  production capacity, including without limitation rated capacity, production capacity utilization and changes in production capacity, and any actions or prospective actions to reduce capacity or capacity utilization;

n.  sales volume;

o.  any complete or partial closing or temporary shut-down of any plants or any other actual or proposed act or conduct that could have the effect of reducing output of Marine Hose;

p.  imports into the United States of Marine Hose;

q.  terms and conditions of purchase or sale of Marine Hose;

r.  supply and demand of Marine Hose, including any changes in supply and demand;

s.  territories or markets for sales or potential sales of Marine Hose; or

t.  product brochures for Marine Hose.

15.  Swaps, trades, sales, purchases or transfers of Marine Hose among you and any other Defendant or producer of Marine Hose.

16.  Any agreement or understanding relating to the production, manufacture, distribution, marketing, pricing, bidding, customers or sale of Marine Hose, between or among any Defendants or any other manufacturers of Marine Hose, including without limitation, agreements or understandings made or entered by you.

17.  The negotiation, formation, operation, or termination of any joint venture, production, purchasing or marketing agreement with any other entity that relates to the production, distribution, sale or marketing of Marine Hose.

18.  Communications between you and any other Defendant or other manufacturer of Marine Hose, concerning the production, manufacture, distribution, marketing, pricing, bidding, customers, output or sale of Marine Hose.

4

19. Any planned, pending, or executed purchases or acquisitions of, or mergers or joint ventures with, any other manufacturer of Marine Hose.

20. Public statements, announcements, or press releases issued by you or any other Defendant or other manufacturer of Marine Hose relating to the production, manufacture, distribution, marketing, pricing or sale of Marine Hose.

21. All trade publications, reports, journals, bulletins and papers that relate to the manufacture, pricing, marketing, sale, purchasers, or distribution of Marine Hose.

22. Trade associations whose membership includes any producer, manufacturer, distributor, seller or purchaser of Marine Hose, including without limitation, agendas, minutes, notes, attendance lists, expense reports, handouts, or correspondence.

23. Any statistical information submitted to or received from any trade association relating to Marine Hose.

24. If you are a wholly-owned or partially-owned subsidiary, division or affiliate of any other entity, information sufficient to identify that entity and the percentage of your stock or assets owned or controlled by that entity, as well as any documents that constitute, refer, or relate to any correspondence or communication with any parent, subsidiary or affiliate regarding the production, sale, marketing, distribution, bidding, prices or customers of Marine Hose.

25. If you wholly or partially own any subsidiary corporation, division, or affiliate that is engaged in the production, sale, marketing, distribution, bidding, prices or customers of Marine Hose, all information sufficient to identify the subsidiary, division, or affiliate, the business in which it is engaged, its principal place of business, the percentage of its stock or assets that you own or control, as well as all information that constitute, refer or relate to any

5

correspondence or communication with any subsidiary, division or affiliate regarding the

production, sale, marketing, distribution, bidding, prices or customers of Marine Hose.

Dated: February 26, 2009

*[signature]*

Bruce Gerstein
Jan Bartelli
GARWIN GERSTEIN & FISHER L.L.P.
1501 Broadway, Suite 1416
New York, NY 10036
Telephone: (212) 398-0055
Facsimile: (212) 764-6620
bgerstein@garwingerstein.com
jbartelli@garwingerstein.com

Hollis L. Salzman
Gregory S. Asciolla
LABATON SUCHAROW LLP
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
hsalzman@labaton.com
gasciolla@labaton.com

Gregory P. Hansel
Randall B. Weill
PRETI, FLAHERTY, BELIVEAU &
PACHIOS, LLP
One City Center
P.O. Box 9546
Portland, ME 04112-9546
Telephone: (207) 791-3000
Facsimile: (207) 791-3111
ghansel@preti.com
rweill@preti.com

*Co-Lead Counsel for Plaintiffs*

6

Joseph C. Kohn
Douglas A. Abrahams
William E. Hoese
KOHN, SWIFT & GRAF, P.C.
One South Broad Street, Suite 2100
Philadelphia, PA 19107-3389
Telephone: (215) 238-1700
Facsimile: (215) 238-1968
JKohn@kohnswift.com
DAbrahams@kohnswift.com
WHoese@kohnswift.com

*Plaintiffs' Counsel*

## SCHEDULE B[1]

1.      For each year during the relevant time period[2], your corporate structure or organization, including any division, department, unit, subdivision, joint venture, affiliate or other sub-unit of your all persons company that has or had any role relating to in any way to Marine Hose.

2.      The identity of any person in your company who had any managerial or supervisory responsibility relating in any way to Marine Hose.

3.      The identity of each employee who has or had any responsibility for or participation in recommending, reviewing, setting, or approving prices, price increase announcements, bids or quotes for the sale of Marine Hose.

4.      The termination, retirement, discipline, discharge or suspension of any director, officer, or employee who had any responsibility relating in any way to Marine Hose, because of any communications (or refusal to communicate) or knowledge of communications with any Individual or Entity Defendant or any other manufacturer of Marine Hose regarding Marine Hose.

5.      Your policies or practices directed to compliance with antitrust or competition
laws, including without limitation, any statements signed by your employees with pricing, sales, or marketing responsibility for Marine Hose acknowledging their receipt of, and compliance with, your antitrust compliance policy.

---

[1] Plaintiffs hereby incorporate by reference the definitions employed in their First Request for the Production of Documents and Things to Manuli Oil & Marine (U.S.A.) Inc. and Manuli Rubber Industries S.p.A. (Merits), served on Defendants Manuli Oil & Marine (U.S.A.) Inc. and Manuli Rubber Industries S.p.A. on October 6, 2008.

[2] January 1, 1984 through the date of this Notice (the "relevant time period").

6.     Your policy or practice regarding the retention, destruction, disposal, or
preservation of documents, either in print or electronic form, and, if such policy or
practice has been different with respect to any category of documents or over different
times, documents sufficient to identify each such category or time period and to
describe your retention policy or practice with respect to each such category or time
period.

Dated:   February 26, 2009

_Jan Bartelli_

Bruce Gerstein
Jan Bartelli
GARWIN GERSTEIN & FISHER L.L.P.
1501 Broadway, Suite 1416
New York, NY 10036
Telephone: (212) 398-0055
Facsimile: (212) 764-6620
bgerstein@garwingerstein.com
jbartelli@garwingerstein.com

Hollis L. Salzman
Gregory S. Asciolla
LABATON SUCHAROW LLP
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
hsalzman@labaton.com
gasciolla@labaton.com

Gregory P. Hansel
Randall B. Weill
PRETI, FLAHERTY, BELIVEAU &
PACHIOS, LLP
One City Center
P.O. Box 9546
Portland, ME 04112-9546
Telephone: (207) 791-3000
Facsimile: (207) 791-3111
ghansel@preti.com
rweill@preti.com

_Co-Lead Counsel for Plaintiffs_

Joseph C. Kohn
Douglas A. Abrahams
William E. Hoese
KOHN, SWIFT & GRAF, P.C.
One South Broad Street, Suite 2100
Philadelphia, PA 19107-3389
Telephone: (215) 238-1700
Facsimile: (215) 238-1968
JKohn@kohnswift.com
DAbrahams@kohnswift.com
WHoese@kohnswift.com

*Plaintiffs' Counsel*

1.     Information, including but not limited to, documents or other materials regarding Marine Hose that you have provided to, were seized by, or received from, any government agency or legislative body or representative, including without limitation, the Federal Trade Commission, the Federal Bureau of Investigation, the United States Department of Justice, the Defense Criminal Investigative Service (DCIS) of the Department of Defense's Office of Inspector General, any other law enforcement agency of any state, any federal or state grand jury, or committee of the United States Congress, and any agency or representative body of any state or other political subdivision, or any investigatory body outside the United States, including without limitation the Office of Fair Trading in the U.K., the European Commission, and the Japanese Fair Trade Commission.

2.     Defendant Peter Whittle and/or PW Consulting (Oil and Marine) Ltd.

3.     Payments you made to or received from Peter Whittle and/or PW Consulting (Oil and Marine) Ltd.

4.     Any agreement or understanding relating to the production, manufacture, distribution, marketing, pricing, bidding, customers or sale of Marine Hose, between or among any Defendants or any other manufacturers of Marine Hose, including without limitation, agreements or understandings made or entered by you.

5.     The negotiation, formation, operation, or termination of any joint venture, production, purchasing or marketing agreement with any other entity that relates to the production, distribution, sale or marketing of Marine Hose.

---

[1] Plaintiffs hereby incorporate by reference the definitions employed in their First Request for the Production of Documents and Things to Manuli Oil & Marine (U.S.A.) Inc. and Manuli Rubber Industries S.p.A. (Merits), served on Defendants Manuli Oil & Marine (U.S.A.) Inc. and Manuli Rubber Industries S.p.A. on October 6, 2008.

6. Any actions by you to conceal or avoid detection by customers, law enforcement agents, or others, of communications, understandings, or agreements between you and any other Defendant or other manufacturer of Marine Hose (or its employees or agents), regarding the production, manufacture, distribution, marketing, pricing, bidding, customers, or sale of Marine Hose, including without limitation all documents referring to any Entity Defendant by a code name (*e.g.*, "B 1", "B2") and all documents referring to "the club" or the "Technical Committee Marine Hose."

7. Meetings attended by you and/or any other Defendant or manufacturer of Marine Hose at which meeting there was any communication concerning the production, manufacture, distribution, marketing, pricing, bidding, customers, output or sale of Marine Hose, including without limitation:

      a. A meeting held in Bangkok, Thailand in the Spring of 1986;

      b. A meeting held in Lake Como, Italy in the Fall of 1986;

      c. A meeting held in Bangkok, Thailand in April, 1987;

      d. A meeting held in Tokyo, Japan in July, 1987;

      e. A meeting held in Venice Italy in September, 1987;

      f. A meeting held in Bangkok, Thailand in September, 1988;

      g. A meeting held in Bangkok, Thailand in April, 1989;

      h. A meeting held in Bangkok, Thailand in April, 1991;

      i. A meeting held in Florence, Italy in October, 1992;

      j. A meeting held in Paris, France in October, 1992;

      k. A meeting held in Tokyo, Japan in April, 1994;

      l. A meeting held in London, England in December, 1999.

m.  A meeting held in Bangkok, Thailand in December, 2000;

n.  A meeting held in Key Largo, Florida, in June, 2001;

o.  A meeting held in London, England, in July, 2002; and

p.  A meeting held in Houston, Texas, in May, 2007.

8.  Any joint defense, contribution, or judgment sharing agreement that you or others have entered into in connection with any investigation or litigation involving the production, sale or marketing of Marine Hose.

Dated: February 26, 2009

_Jan Bartelli_

Bruce Gerstein
Jan Bartelli
GARWIN GERSTEIN & FISHER L.L.P.
1501 Broadway, Suite 1416
New York, NY 10036
Telephone: (212) 398-0055
Facsimile: (212) 764-6620
bgerstein@garwingerstein.com
jbartelli@garwingerstein.com

Hollis L. Salzman
Gregory S. Asciolla
LABATON SUCHAROW LLP
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
hsalzman@labaton.com
gasciolla@labaton.com

3

Gregory P. Hansel
Randall B. Weill
PRETI, FLAHERTY, BELIVEAU &
PACHIOS, LLP
One City Center
P.O. Box 9546
Portland, ME 04112-9546
Telephone: (207) 791-3000
Facsimile: (207) 791-3111
ghansel@preti.com
rweill@preti.com

*Co-Lead Counsel for Plaintiffs*

Joseph C. Kohn
Douglas A. Abrahams
William E. Hoese
KOHN, SWIFT & GRAF, P.C.
One South Broad Street, Suite 2100
Philadelphia, PA 19107-3389
Telephone: (215) 238-1700
Facsimile: (215) 238-1968
JKohn@kohnswift.com
DAbrahams@kohnswift.com
WHoese@kohnswift.com

*Plaintiffs' Counsel*

1.    Information regarding the record layout, field codes, and other codes or descriptions contained in or the operation of any equipment or software utilized by you to maintain, read, or utilize, electronically stored information, including without limitation all programs necessary to run the equipment or software.

2.    Electronic data processing systems, programs and outputs from them which were used by you during the relevant time period to record, store, compute, analyze or retrieve any electronically stored information relating to pricing, production, distribution or sale of Marine Hose.

3.    Your policy or practice regarding the retention, destruction, disposal, or preservation of electronic data, and, if such policy or practice has been different with respect to any category of documents or over different times, documents sufficient to identify each such category or time period and to describe your retention policy or practice with respect to each such category or time period.

Dated:    February 26, 2009

Bruce Gerstein
Jan Bartelli
GARWIN GERSTEIN & FISHER L.L.P.
1501 Broadway, Suite 1416
New York, NY 10036
Telephone: (212) 398-0055
Facsimile: (212) 764-6620
bgerstein@garwingerstein.com
jbartelli@garwingerstein.com

---

[1] Plaintiffs hereby incorporate by reference the definitions employed in their First Request for the Production of Documents and Things to Manuli Oil & Marine (U.S.A.) Inc. and Manuli Rubber Industries S.p.A. (Merits), served on Defendants Manuli Oil & Marine (U.S.A.) Inc. and Manuli Rubber Industries S.p.A. on October 6, 2008.

Hollis L. Salzman
Gregory S. Asciolla
LABATON SUCHAROW LLP
140 Broadway
New York, NY 10005
Telephone: (212) 907-0700
Facsimile: (212) 818-0477
hsalzman@labaton.com
gasciolla@labaton.com

Gregory P. Hansel
Randall B. Weill
PRETI, FLAHERTY, BELIVEAU &
PACHIOS, LLP
One City Center
P.O. Box 9546
Portland, ME 04112-9546
Telephone: (207) 791-3000
Facsimile: (207) 791-3111
ghansel@preti.com
rweill@preti.com

*Co-Lead Counsel for Plaintiffs*

Joseph C. Kohn
Douglas A. Abrahams
William E. Hoese
KOHN, SWIFT & GRAF, P.C.
One South Broad Street, Suite 2100
Philadelphia, PA 19107-3389
Telephone: (215) 238-1700
Facsimile: (215) 238-1968
JKohn@kohnswift.com
DAbrahams@kohnswift.com
WHoese@kohnswift.com

*Plaintiffs' Counsel*

**EXHIBIT B**

**TO**

**PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT
OF ITS MOTION TO COMPEL MANULI 30(B)(6) WITNESSES**

**Jan Bartelli**

| | |
|---|---|
| **From:** | Jan Bartelli |
| **Sent:** | Tuesday, March 03, 2009 1:51 PM |
| **To:** | 'Osgood, Robert' |
| **Subject:** | RE: Marine Hose -- upcoming depositions |

Bob,

When I contact Magistrate Turnoff, I will make clear that the request that he set aside some time to resolve any disputes is Plaintiffs' alone.
Thank you for responding to my request regarding the criminal trial exhibits. Given your response, I believe all such documents should be found in Manuli's recent production to Plaintiffs.

You have not, however, responded to my question regarding the identify of Manuli's 30(b)(6) witness. Please do so.

Also, you previously have represented that – despite Plaintiffs having noticed four 30(b)(6) witnesses for four, discrete subject areas – the witness in question will be prepared to respond knowledgably on all the topics set forth in the deposition notice exhibits. Please let me know as soon as possible if this has changed, as we will then have to schedule additional time for the depositions.

Thank you,

Jan


Jan Bartelli, Esq.

Garwin Gerstein & Fisher LLP
Phone: 212 398 0055 • Fax: 212 764 6620
Email: jbartelli@garwingerstein.com • Direct fax 646-291-4759
1501 Broadway, Suite 1416 • New York, NY 10036

**CONFIDENTIAL: THIS E-MAIL MAY CONTAIN PRIVILEGED ATTORNEY WORK-PRODUCT INFORMATION.**

**From:** Osgood, Robert [mailto:OsgoodR@sullcrom.com]
**Sent:** Tuesday, March 03, 2009 9:13 AM
**To:** Jan Bartelli
**Cc:** Mechlowitz, Fern; Browning, Ian E.
**Subject:** Re: Marine Hose -- upcoming depositions

Jan,
In response to your recent inquiry, we do not believe it is appropriate to bother Judge Turnoff on a speculative basis. As to trial exhibits, to the extent responsive documents that were used as exhibits by the government or the individual defendants are in MRI's possession, custody or control they will be produced. I trust you realize that our firm did not represent the individuals at the trial at which they were found not guilty of the antitrust charges.
Regards,
Bob

1

Bob,

> I would like to contact Magistrate Turnoff and request that he make himself available at some point on Tuesday, March 24, or Wednesday, March 25, to address with us any disputes that may arise during the scheduled depositions; for example, whether Mr. Scaglia has any basis to invoke his Fifth Amendment privilege following his acquittal on criminal charges. (It is our position, of course, that he does not.) Similarly, issues may arise during the deposition of the 30(b)(6) witness that require the Court's intervention . I would like to give Magistrate Turnoff plenty of notice in scheduling some time for us, so please let me know a.s.a.p. if I may represent to the Court that I am making the request on behalf of Manuli as well.

> Additionally, would you please confirm for me that Manuli has included, or intends to produce by the March 9 deadline, those materials that were introduced as exhibits by the defense at the Scaglia and Northcutt trials.

> Thank you,

> Jan

Jan Bartelli, Esq.

Garwin Gerstein & Fisher LLP
Phone: 212 398 0055 • Fax: 212 764 6620
Email: jbartelli@garwingerstein.com • Direct fax 646-291-4759
1501 Broadway, Suite 1416 • New York, NY 10036

**CONFIDENTIAL: THIS E-MAIL MAY CONTAIN PRIVILEGED ATTORNEY WORK-PRODUCT INFORMATION.**

### PRIVILEGED ATTORNEY/CLIENT, ATTORNEY WORK PRODUCT.

This material is intended only for the individual or entity to which it is addressed. It may contain privileged, confidential information which is exempt from disclosure under applicable laws. If you are not the intended recipient, please note that you are strictly prohibited from disseminating this material (other than to the intended recipient) or copying this material. If you receive this communication in error, please contact Jan Bartelli( JBARTELLI@garwingerstein.com ) immediately.

This e-mail is sent by a law firm and contains information that may be privileged and confidential. If you are not the intended recipient, please delete the e-mail and notify us immediately.