# EXHIBIT C

# TO

# PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION TO COMPEL MANULI RULE 30(B)(6) WITNESSES

**EXHIBIT C HAS BEEN SEALED PURSUANT TO COURT ORDER AND THE STIPULATED PROTECTIVE ORDER ENTERED JULY 1, 2008, DE 145.**