UNTIED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CIVIL MINUTES/CALENDAR

Judge: **William C. Turnoff**  Courtroom: 11th Floor

Case No: 08-MD-1888-GRAHAM  Date: 5/27/09

Time: 2:00  ☐a.m. ☑p.m.  End: 3:10  ☐a.m. ☑p.m.

Clerk: L. Williams  Tape: 09-G-40-0 / D.A.R. 14:12:40

Court Reporter: N/A

Case Title: IN RE MARINE HOSE ANTITRUST LITIGATION (NOII)

P. Attorney(s): Gregory Hansel, Esq. (present) & Alexander Rundlet, Esq. (present)

D. Attorney(s): Lyle Shapiro, Esq. (present), Carmen McLean, Esq. (via phone from Washington D.C.), Fern Mechlowitz, Esq. & Ian Browning, Esq. (via phone from London)

Reason for Hearing:
Defendant Manuli's Motion to Compel [DE 428]

Result of Hearing:
Motion hearing held re: [DE 428] Motion to Compel.
Oral arguments heard.
Court reviews items referenced in the Motion to Compel regarding Requests for Production.
Court reserves ruling. Order to follow by the Court.

Case continued to: _____  Time: _____

For: _____

Misc.: _____