# Exhibit L



**Expro Gulf Limited**
284, Arch Makarios III Ave
Fortuna Court
Block B, 2nd Floor
Limassol
Cyprus

05 June 2009

Bruce Gerstein
Garwin, Gerstein & Fisher, LLP
1501 Broadway, Suite 1416
New York, New York  10036

Susie Morgan
Phelps Dunbar LLP
365 Canal St., Suite 2000
New Orleans, LA  70130

Re:  In Re Marine Hose Antitrust Litigation; Master Docket No. 08-MDL-1888-Graham/Turnoff;
United States District Court, Southern District of Florida, Miami Division

Dear Mr. Gerstein:

Expro Gulf Limited was dismissed as a plaintiff in the action referenced above (the "Marine
Hose Class Action") for lack of jurisdiction.  We understand that Garwin, Gerstein & Fisher,
LLP and Phelps Dunbar LLP continue to represent the class representatives in the Marine
Hose Class Action.

This letter will acknowledge that Expro Gulf Limited is no longer a party to the Marine Hose
Class Action and is no longer represented by Garwin, Gerstein & Fisher, LLP or Phelps
Dunbar LLP with respect to claims made therein.  While Expro Gulf Limited does not believe
that there is any actual or potential conflict of interest as a result of Garwin, Gerstein & Fisher,
LLP or Phelps Dunbar LLP continuing to represent the class representatives in the Marine
Hose Class Action, we waive any conflict should one exist now or arise in the future.

Very truly yours,

Eric E. Nelson
Sr. Legal Counsel