UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

MASTER DOCKET NO. 08-MDL-1888-GRAHAM/TURNOFF

―――――――――――――――――――――――――x
                                )
IN RE MARINE HOSE ANTITRUST     )
LITIGATION                      )
                                )
―――――――――――――――――――――――――       )
                                )
THIS DOCUMENT RELATES TO:       )
                                )
ALL ACTIONS                     )
                                )
―――――――――――――――――――――――――x

**DECLARATION OF JOHN BEYER IN FURTHER
SUPPORT OF CLASS CERTIFICATION**

---
1

Dated June 6, 2009

John Beyer
Chief Executive Officer and Chairman of
the Board, Nathan Associates