UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

MASTER DOCKET NO. 08-MDL-1888-GRAHAM/TURNOFF

IN RE MARINE HOSE ANTITRUST
LITIGATION

THIS DOCUMENT RELATES TO:

ALL ACTIONS

## ORDER

**THIS CAUSE** comes before the Court upon Plaintiff's Motion for Leave to Take the Deposition of Robert L. Furness [D.E. 478].

**THE COURT** has considered the Motion, the pertinent portions of the record, and is otherwise fully advised in the premises. According to the Motion, Defendant Robert L. Furness is in the custody of the Federal Bureau of Prisons at FPC Pensacola [D.E. 478]. Federal Rule of Civil Procedure 30(a)(2)(B) requires leave of court to obtain the deposition of a deponent who is confined in prison. In this case, the Defendant agrees with the relief requested and with the date proposed for the deposition. Id. The Court finds that leave to allow the deposition of Robert L. Furness is warranted. Accordingly, it is hereby

**ORDERED AND ADJUDGED** that Plaintiff's Motion for Leave to Take the Deposition of Robert L. Furness [D.E. 478] is **GRANTED**. It is further

**ORDERED AND ADJUDGED** that the parties shall take all necessary steps to coordinate with the Case Management Coordinator to schedule the deposition of Robert L. Furness for Wednesday, June 10, 2009 at 10:00 am at FPC Pensacola, Federal Prison Camp, 110 Raby Ave., Pensacola, Florida 32509 or at such other time or such other date as is convenient for the parties in coordination with the office of Acting Warden at FPC Pensacola.

**DONE AND ORDERED** in Chambers in Miami, Florida this 8th day of June, 2009.

_____
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record