UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

MASTER DOCKET NO. 08-MDL-1888-GRAHAM/TURNOFF

```
------------------------------------------------------------------x
IN RE MARINE HOSE ANTITRUST         )
LITIGATION (II).                    )
                                    )
_____ )
THIS DOCUMENT RELATES TO:           )
                                    )
ALL ACTIONS                         )
                                    )
                                    )
                                    )
------------------------------------------------------------------x
```

NOTICE OF SCRIVENER'S ERROR IN ORDER ON
CLASS CERTIFICATION AND PRELIMINARY SETTLEMENTS

Defendant Bridgestone Corporation respectfully submits this notice of scrivener's error in the Court's Order on Class Certification and Preliminary Settlements (the "Order") dated July 31, 2009 and entered on August 4, 2009 [D.E. 511]. The Order states, in footnote 7 on page 21, that Bridgestone (among others) has pleaded guilty to antitrust violations. That is incorrect because neither Bridgestone Corporation nor Bridgestone Industrial Products of America, Inc. has pleaded guilty to antitrust violations. While certain individuals and entities have pleaded guilty to antitrust violations, Bridgestone Corporation and Bridgestone Industrial Products of America, Inc. have not. Accordingly, Bridgestone Corporation hereby notifies the Court of what Bridgestone Corporation respectfully believes is a scrivener's error, and respectfully requests that a revised or amended Order be entered which corrects this point. While Bridgestone Corporation is mindful of the Court's heavy workload and demands on its time, this is an important point with respect to Bridgestone Corporation's ongoing business.

|  |  |
|---|---|
| Dated:  August 5, 2009. | Respectfully submitted:<br><br>James B. Weidner (admitted *pro hac vice*)<br>**Clifford Chance US LLP**<br>31 W. 52 Street<br>New York, NY 10019<br>Telephone:  (212) 878-8000<br>Facsimile:  (212) 878-8375<br>E-mail:  james.weidner@cliffordchance.com<br><br>**Homer Bonner, P.A.**<br>The Four Seasons Tower, Suite 1200<br>1441 Brickell Avenue<br>Miami, Florida 33131<br>Telephone:  (305) 350-5100<br>Facsimile:  (305) 372-2738<br><br>/s Gregory J. Trask<br>Peter W. Homer  (Fla. Bar No. 291250)<br>E-mail:  phomer@homerbonner.com<br>Gregory J. Trask (Fla. Bar No. 0055883)<br>E-mail:  gtrask@homerbonner.com |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 5, 2009, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that foregoing document is being served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF and by facsimile to the following Co-Lead Counsel:

Preti, Flaherty, Beliveau & Pachios, LLP
One City Center, P.O. Box 9546
Portland, ME 04112-9546
Fax: (207) 791-3111

Garwin, Gerstein & Fisher LLP
1501 Broadway, Suite 1416
New York, NY 10036
Fax: (212) 764-6620

Labaton Sucharow, LLP
200 Park Avenue
New York, NY 10017
Fax: (212) 818-0477

/s Gregory J. Trask