FILING FEE
PAID $455.00
Pro hac 100676?
Vice
Steven M. Larimore, Clerk

FILED by GME D.C.
AUG 18 2009
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. – MIAMI

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

MASTER DOCKET No. 08-MDL-1888-GRAHAM/TURNOFF

———————————————x
IN RE MARINE HOSE ANTITRUST  :
LITIGATION                   :
                             :
                             :
———————————————   :
                             :
THIS DOCUMENT RELATES TO:    :
                             :
ALL ACTIONS                  :
                             :
                             :
                             :
———————————————X

## NOTICE OF PETITION TO APPEAL

NOTICE IS GIVEN that Manuli Rubber Industries S.p.A., Manuli Oil & Marine (U.S.A.) Inc., Francesco Scaglia, and Val Northcutt, Defendants/Petitioners, hereby petition to the United States Court of Appeal for the Eleventh Circuit pursuant to Rule 23 (f) for leave to appeal from the District Court's Amended Class Certification Order dated August 10, 2009.

Dated: August 18, 2009                    Respectfully submitted,

                                          _____
                                          Alan G. Greer (Florida Bar No. 123294)
                                          agreer@richmangreer.com
                                          Lyle E. Shapiro (Florida Bar No. 0120324)
                                          lshapiro@richmangreer.com
                                          RICHMAN GREER, P.A.
                                          Miami Center – Suite 1000
                                          201 South Biscayne Boulevard
                                          Miami, Florida 33131
                                          Telephone: (305) 373-4000
                                          Facsimile: (305) 373-4099

**RICHMAN GREER, P.A.**

Miami • West Palm Beach

Robert M. Osgood (admitted *pro hac vice*)
Fern Mechlowitz (admitted *pro hac vice*)
Ian E. Browning (admitted *pro hac vice*)
SULLIVAN & CROMWELL LLP
One New Fetter Lane
London EC4A 1AN, England
Telephone: +44 (0) 20 7959 8900
Facsimile: +44 (0) 20 7959 8950

-and-

125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

*Counsel for Defendants Manuli Rubber Industries S.p.A., Manuli Oil & Marine (U.S.A.) Inc., Francesco Scaglia and Val Northcutt*

## CERTIFICATE OF SERVICE

I HEREBY certify that on August 18, 2009, I filed the foregoing document with the Clerk. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified.

By: _____
Alan G. Greer

# SERVICE LIST
## In Re Marine Hose Antitrust Litigation/This Document Relates to All Actions
## 08-MDL-1888-GRAHAM/TURNOFF
## United States District Court, Southern District of Florida

| | |
|---|---|
| **Gregory P. Hansel, Esq.**<br>ghansel@preti.com<br>**James C. Bush, Esq.**<br>jbush@preti.com<br>**Patrick N. Strawbridge, Esq.**<br>pstrawbridge@preti.com<br>**Randall B. Weill, Esq.**<br>rweill@preti.com<br>Preti, Flaherty, Beliveau & Pachios, LLP<br>One City Center, P.O. Box 9546<br>Portland, ME 04112-9546<br>Telephone: (207) 791-3000<br>**Counsel for Plaintiff**<br>(VIA U.S. MAIL and E-MAIL)<br><br>**Bruce Gerstein, Esq.**<br>bgerstein@garwingerstein.com<br>**Barry Taus, Esq.**<br>btaus@garwingerstein.com<br>**Noah H. Silverman, Esq.**<br>nsilverman@garwingerstein.com<br>Garwin, Gerstain & Fisher, LLP<br>1501 Broadway, Suite 1416<br>New York, NY 10036<br>Telephone: (212) 398-0055<br>**Counsel for Plaintiff**<br>(VIA U.S. MAIL and E-MAIL)<br><br>**M. Stephen Dampier, Esq.**<br>sdampier@vickersriis.com<br>Vickers, Riis, Murray and Curran, LLC<br>106 St. Francis Street, Suite 1100<br>P.O. Drawer<br>Mobile, AL 36652-2568<br>Telephone: (251) 432-9772<br>Fax: (251) 432-9781<br>**Counsel for Plaintiff**<br>(VIA E-MAIL) | **Ann-Marie Luciano, Esq.**<br>lucianoa@dsmo.com<br>**Christopher Fitzgerald Branch**<br>branchc@dicksteinshapiro.com<br>**James R. Martin, Esq.**<br>martinj@dicksteinshapiro.com<br>**R. Bruce Holcomb, Esq.**<br>holcombb@dicksteinshapiro.com<br>**Dickstein Shapiro, LLP**<br>1825 Eye Street NW<br>Washington, DC 20006-5403<br>Telephone: (202) 572-2200<br>Fax: (202) 420-2201<br>**Counsel for Bryan Allison, David Brummer, and Dunlop Oil & Marine**<br>(VIA E-MAIL)<br><br>**Jeffrey Bruce Crockett, Esq.**<br>jcrockett@coffeyburlington.com<br>**David John Zack, Esq.**<br>dzack@coffeyburlington.com<br>Coffey Burlington<br>Penthouse<br>2699 South Bayshore Drive<br>Miami, FL 33133<br>Telephone (305) 858-2900<br>Fax: (305) 858-5261<br>**Counsel for Misao Hioki**<br>(VIA E-MAIL)<br><br>**Christopher T. Casamassima, Esq.**<br>ccasamassima@kirkland.com<br>Kirkland & Ellis<br>777 S. Figueroa Street, Suite 3700<br>Los Angeles, CA 90017<br>Telephone: (213) 680-8400<br>Fax: (213) 680-8500<br>**Counsel for Misao Hioki**<br>(VIA E-MAIL) |

| | |
|---|---|
| **Alexander Rundlet, Esq.**<br>arundlet@podhurst.com<br>**Robert C. Josefsberg, Esq.**<br>rjosefsberg@podhurst.com<br>Podhurst Orseck, P.A.<br>25 W Flagler Street<br>Suite 800<br>Miami, FL 33130-1780<br>Telephone: 305-358-2800<br>Fax: 305-358-2382<br>**Counsel for Plaintiff**<br>(VIA U.S. MAIL and E-MAIL)<br><br>**Hollis Lee Salzman, Esq.**<br>hsalzman@labaton.com<br>Labaton Sucharow, LLP<br>140 Broadway<br>New York, NY 10005<br>Telephone: (212) 907-0717<br>Fax: (212) 883-7017<br>**Counsel for Plaintiff**<br>(VIA U.S. MAIL and E-MAIL)<br><br>**Manuel J. Dominquez, Esquire**<br>mdominguez@bermanesq.com<br>Berman DeValerio<br>4280 Professional Center Drive<br>Suite 350<br>Palm Beach Gardens, Florida 33410<br>Telephone: (561) 835-9400<br>Facsimile: (561) 835-0322<br>**Counsel for Shipyard Supply, LLC**<br>(VIA E-MAIL)<br><br>**Avi Benayoun, Esquire**<br>benayouna@gtlaw.com<br>Greenberg Traurig<br>401 E. Las Olas Blvd., Suite 2000<br>Ft. Lauderdale, FL 33301<br>Telephone: (954) 768-8256<br>Fax: (954) 765-1477<br>**Counsel for Dunlop Oil & Marine LTD**<br>(VIA E-MAIL) | **James H. Mutchnik, Esq.**<br>jmutchnik@kirkland.com<br>Kirkland & Ellis<br>200 E. Randolph Drive, Suite 6048<br>Chicago, IL 60601<br>Telephone: (312) 861-2350<br>Fax: (312) 861-2200<br>**Counsel for Misao Hioki**<br>(VIA E-MAIL)<br><br>**David Ian Horowitz, Esq.**<br>dhorowitz@kirkland.com<br>Kirkland & Ellis<br>153 E. 53rd Street<br>New York, NY 10022-4611<br>Telephone: (212) 446-4729<br>Fax: (212) 446-6460<br>**Counsel for Misao Hioki**<br>(VIA E-MAIL)<br><br>**John M. Marjoras, Esq.**<br>jmmajoras@jonesday.com<br>**Carmen G. McLean, Esq.**<br>cgmclean@jonesday.com<br>**Michael Welch, Esq.**<br>mwelch@jonesday.com<br>**Michelle L. Marks, Esq.**<br>smarks@jonesday.com<br>Jones Day<br>51 Louisiana Avenue NW<br>Washington, DC 20001-2113<br>Telephone: (202) 879-3939<br>Fax: (202) 626-1700<br>**Counsel for Parker-Hannifin Corporation**<br>(VIA E-MAIL) |

| | |
|---|---|
| **Alan G. Greer, Esq.**<br>agreer@richmangreer.com<br>**Lyle E. Shapiro, Esq.**<br>lshapiro@richmangreer.com<br>Richman Greer, PA<br>201 S. Biscayne Blvd., Suite 1000<br>Miami, FL 33131<br>Telephone: (305) 373-4000<br>Fax: (305) 373-4099<br>**Counsel for Manuli Rubber Industries S.p.A., Manuli Oil & Marine (U.S.A.), Francesco Scaglia and Val Northcutt**<br>(VIA E-MAIL)<br><br>**Robert M. Osgood, Esq.**<br>osgoodrm@sullcrom.com<br>**Daniel A. Goldschmidt, Esq.**<br>Goldschmidt@sullcrom.com<br>**Fern Mechlowitz, Esq.**<br>mechlowitzf@sullcrom.com<br>Sullivan & Cromwell LLP<br>1 New Fetter Lane<br>London EC4A 1AN<br>England<br>Telephone: 020 7959 8550<br>Fax: 020 7959 8950<br>**Counsel for Manuli Rubber Industries S.p.A., Manuli Oil & Marine (U.S.A.), Francesco Scaglia and Val Northcutt**<br>(VIA E-MAIL)<br><br>**Alain E. Boileau, Esq.**<br>aeb@adorno.com<br>**Robert Hunt Schwartz, Esq.**<br>rhs@adorno.com<br>Adorno & Yoss<br>888 SE 3rd Avenue, Suite 500<br>Ft. Lauderdale, FL 33335-9002<br>Telephone: (954) 523-5885<br>Fax: (954) 760-9531<br>**Counsel for Bridgestone Industrial Products America, Inc.**<br>(VIA E-MAIL) | **Paul M. Alfieri, Esq.**<br>paul.alfieri@linklaters.com<br>**Joseph P. Armao, Esq.**<br>joseph.armao@linklaters.com<br>**Robert H. Bell, Esq.**<br>robert.bell@linklaters.com<br>**Danielle Randazzo, Esq.**<br>danielle.randazzo@linklaters.com<br>**Benjamin D. Singer, Esq.**<br>ben.singer@linklaters.com<br>Linklaters LLP<br>1345 Avenue of the Americas<br>New York, NY 10105<br>Telephone: (212) 903-9000<br>Fax: (212) 903-9100<br>**Counsel for Yokohama Rubber Co., LTD**<br>(VIA E-MAIL)<br><br>**Bryan Robert Cleveland, Esq.**<br>bcleveland@ghblaw.com<br>Gilbride Heller & Brown<br>2 South Biscayne Blvd.<br>One Biscayne Tower, 15th Floor<br>Miami, FL 33131<br>Telephone: (305) 358-3580<br>Fax: (305) 374-1756<br>**Counsel for Yokohama Rubber Co., LTD**<br>(VIA E-MAIL)<br><br>**Walter M. Berger, Esq.**<br>bergerc@howrey.com<br>Howrey LLP<br>1111 Louisiana, 25th Floor<br>Houston, TX 77002-5242<br>Telephone: (213) 325-2000<br>Fax: (213) 892-2300<br>**Counsel for Trelleborg Industries SA**<br>(VIA E-MAIL)<br><br>**David G. Meyer, Esq.**<br>meyerd@howrey.com<br>Howrey LLP<br>550 S. Hope Street, #1100<br>Los Angeles, CA 90071<br>Telephone: (213) 892-1928<br>Fax: (213) 892-2300<br>**Counsel for Trelleborg Industries SA**<br>(VIA E-MAIL) |

| | |
|---|---|
| **Harold Donnelly, Esq.**<br>donnelly77@comcast.net<br>**Hal D. Hardin, Esq.**<br>halhardin@aol.com<br>211 Union Street, Suite 200<br>Nashville, TN 37201<br>Telephone: (615) 620-3277<br>Fax: (615) 369-3344<br>**Counsel for Bridgestone Industrial Products America, Inc.**<br>(VIA E-MAIL)<br><br>**Peter W. Homer, Esq.**<br>phomer@homerbonnerlaw.com<br>**Gregory J. Trask, Esq.**<br>gtrask@homerbonnerlaw.com<br>Homer Bonner, PA<br>1441 Brickell Avenue<br>Four Seasons Tower, Suite 1200<br>Miami, FL 33131<br>Telephone: (305) 350-5100<br>Fax: (305) 372-2738<br>**Counsel for Bridgestone Corporation**<br>(VIA E-MAIL)<br><br>**Leiv Blad, Esq.**<br>leiv.blad@cliffordchance.com<br>**Boyd Cloern, Esq.**<br>boyd.cloern@cliffordchance.com<br>**David L. Cook, Esq.**<br>david.cook@cliffordchance.com<br>Clifford Chance US LLP<br>2001 K Street, NW<br>Washington, DC 20006-1001<br>Telephone: (202) 912-5000<br>Fax: (202) 912-6000<br>**Counsel for Bridgestone Corporation**<br>(VIA E-MAIL)<br><br>**James Weidner, Esq.**<br>james.weidner@cliffordchance.com<br>Clifford Chance US LLP<br>31 West 52 Street<br>New York, N.Y. 10019-6131<br>Telephone: (212) 878-8000<br>Fax: (212) 878-8375<br>**Counsel for Bridgestone Corporation**<br>(VIA E-MAIL) | **James G. Kress, Esq.**<br>kressj@howrey.com<br>**Roxann E. Henry, Esq.**<br>henryr@howrey.com<br>**Richard E. DiZinno, Esq.**<br>dizinnor@howrey.com<br>**Christina Guerola Sarchio, Esq.**<br>sarchiochristina@howrey.com<br>Howrey LLP<br>1299 Pennsylvania Avenue, NW<br>Washington, DC 20004-2402<br>Telephone: (202) 383-6658<br>Fax: (202) 383-6610<br>**Counsel for Trelleborg Industries SA**<br>(VIA E-MAIL)<br><br>**Benedict P. Kuehne, Esq.**<br>ben.kuehne@kuehnelaw.com<br>**Susan Dmitrovsky, Esq.**<br>dmitrovsky@sk-lawyers.com<br>Benedict P. Kuehne, PA<br>100 SE 2nd Street, Suite 3550<br>Miami, FL 33131-2154<br>Telephone: (305) 789-5989<br>Fax: (305) 789-5987<br>**Counsel for Trelleborg Industries SA**<br>(VIA E-MAIL)<br><br>**Joseph Hyman Serota, Esq.**<br>jserota@wsh-law.com<br>**John J. Quick, Esq.**<br>jquick@wsh-law.com<br>Weiss Serota Helfman Pastoriza et al<br>2525 Ponce de Leon Blvd, Suite 700<br>Coral Gables, FL 33131<br>Telephone: (305) 854-0800<br>Fax: (305) 854-2323<br>**Counsel for Trelleborg Industries SA**<br>(VIA E-MAIL) |

| | |
|---|---|
| **Jennifer Marie Driscoll, Esq.**<br>jdriscoll@mayerbrown.com<br>**Donald C. Klawiter, Esq.**<br>dklawiter@mayerbrown.com<br>Mayer Brown LLP<br>1909 K. Street NW<br>Washington, DC 20006<br>Telephone: (202) 263-3860<br>Fax: (202) 762-4252<br>**Counsel for Christian Caleca**<br>(VIA E-MAIL)<br><br>**Michael Abram Rosen, Esq.**<br>mrosen@frc-law.com<br>Fowler Rodriguez LLP<br>355 Alhambra Circle, Suite 801<br>Coral Gables, FL 33134<br>Telephone: (786) 364-8400<br>Fax: (786) 364-8401<br>**Counsel for Christian Caleca**<br>(VIA E-MAIL)<br><br>**James M. Griffin, Esq.**<br>jgriffin@kslaw.com<br>**Kevin R. Sullivan, Esq.**<br>ksullivan@kslaw.com<br>**Susan D. Inman, Esq.**<br>sinman@kslaw.com<br>King & Spalding LLP<br>1700 Pennsylvania Avenue NW<br>Washington, DC 20006<br>Telephone: (202) 626-5540<br>Fax: (202) 626-3737<br>**Counsel for Vanni Scodeggio**<br>(VIA E-MAIL)<br><br>**Jeffrey A. Kimmel, Esq.**<br>jkimmel@meisterseelig.com<br>Meister Seelig & Fein LLP<br>2 Grand Central Tower 19th Floor<br>140 E 45th Street<br>New York, NY 10017<br>Telephone: (212) 655-3578<br>Fax: (212) 655-3535<br>**Counsel for Bridgestone Industrial Products America, Inc.**<br>(VIA E-MAIL) | **R. Bruce Holcomb, Esq.**<br>holcombb@dicksteinshapiro.com<br>**James R. Martin, Esq.**<br>martinj@dicksteinshapiro.com<br>**Christopher Fitzgerald Branch, Esq.**<br>branchc@dicksteinshapiro.com<br>**Ann-Marie Luciano, Esq.**<br>lucianoa@dsmo.com<br>Dickstein Shapiro, LLP<br>1825 Eye Street NW<br>Washington, DC 20006-5403<br>Telephone: (202) 420-2200<br>Fax: (202) 420-2201<br>**Counsel for Dunlop Oil & Marine**<br>(VIA E-MAIL)<br><br>**Marc David Seitles, Esq.**<br>mseitles@seitleslaw.com<br>169 E. Flagler Street, Suite 1200<br>Miami, FL 33131<br>Telephone: (305) 379-6667<br>Fax: (305) 379-6668<br>**Counsel for Vanni Scodeggio**<br>(VIA E-MAIL)<br><br>**Jeffrey Allan Sudduth, Esq.**<br>jsudduth@lpflaw.com<br>Legon Ponce & Fodiman, PA<br>1111 Brickell Avenue, Suite 2150<br>Miami, FL 33131<br>Telephone: (305) 444-9991<br>Fax: (305) 444-9937<br>**Counsel for Parker Hannafin Corp**<br>(VIA E-MAIL)<br><br>**Lisa Zeiler Joiner, Esq.**<br>ljoiner@fulbright.com<br>Fulbright & Jaworski LLP<br>801 Pennsylvania Avenue, N.W.<br>Washington, DC 20004-2623<br>Telephone: (202) 662-0200<br>Fax: (202) 662-4643<br>**Counsel for Jacques Cognard**<br>(VIA E-MAIL) |

| | |
|---|---|
| **Daniel A. Lurvey, Esq.**<br>dlurvey@llpalaw.com<br>175 S.W. 7th Street<br>Suite 2009<br>Miami, FL 33130-2961<br>Telephone (305) 379-5554<br>Fax: (305) 379-4548<br>**Counsel for Jacques Cognard**<br>(VIA E-MAIL)<br><br>**M. Daniel Hughes, Esq.**<br>lawmdh@aol.com<br>3000 N Federal Highway<br>Fort Lauderdale, FL 33306<br>Telephone: (954) 566-3390<br>Fax: (954) 561-1244<br>**Counsel for Robert Furness**<br>(VIA E-MAIL)<br><br>**Susan E. Trench, Esq.**<br>strench@gttpa.com<br>Goldstein Tanen & Trench<br>2 S. Biscayne Boulevard<br>Suite 3700<br>Miami, Florida 33131<br>Telephone: (305) 374-3250<br>Fax: (305) 374-7632<br>**Counsel for ITR, S.p.A, SAIAG, S.p.A.<br>and Comital SAIAG, S.p.A.**<br>(VIA E-MAIL)<br><br>**William K. Hill**<br>whill@bilzin.com<br>Bilzin Sumberg Baena Price<br>& Axelrod, LLP<br>200 S. Biscayne Boulevard, Suite 2500<br>Miami, Florida 33131<br>Telephone: (305) 350-7202<br>Fax: (305) 351-2216<br>**Counsel for Sumitomo Rubber<br>Industries, Ltd. and SRI Hybrid, Ltd**<br>(VIA E-MAIL) | **Alison Smith, Esq.**<br>alison.smith@haynesboone.com<br>Haynes & Boone LLP<br>One Houston Center Suite 2100<br>1221 McKinney Street<br>Houston, TX 77010<br>Telephone: (713) 547-2673<br>Fax: (713) 547-2600<br>**Counsel for Charles Gillespie**<br>(VIA E-MAIL)<br><br>**Jeffrey Eric Foreman, Esq.**<br>jforeman@mflegal.com<br>**Catherine J. MacIvor, Esq.**<br>cmacivor@mflegal.com<br>Maltzman Foreman PA<br>2 S Biscayne Boulevard<br>Suite 2300 One Biscayne Tower<br>Miami, FL 33131-1803<br>Telephone: (305) 358-6555<br>Fax: (305) 374-9077<br>**Counsel for Charles Gillespie**<br>(VIA E-MAIL)<br><br>**Joseph Pizzurro, Esquire**<br>jpizzurro@curtis.com<br>**Nancy Delaney, Esquire**<br>ndelaney@curtis.com<br>**Timothy McCabe, Esquire**<br>Tmccabe@curtis.com<br>Curtis, Mallet-Prevost<br>101 Park Avenue<br>New York, New York 10178-0061<br>Telephone: (212) 696-6000<br>Facsimile: (212) 697-1559<br>**Counsel for ITR, S.p.A, SAIAG, S.p.A.<br>and Comital SAIAG, S.p.A.**<br>(VIA E-MAIL)<br><br>**John C. Scalzo, Esquire**<br>John.Scalzo@shearman.com<br>**James P. Tallon, Esquire**<br>jtallon@shearman.com<br>Shearman & Sterling LLP<br>599 Lexington Avenue<br>New York, NY 10022-6069<br>Telephone: (212) 848-4000<br>Fax: (212) 848-7179<br>**Counsel for Sumitomo Rubber Industries,<br>Ltd. and SRI Hybrid, Ltd**<br>(VIA E-MAIL) |

| | |
|---|---|
| **Christopher R.J. Pace**<br>**<u>Christopher.Pace@weil.com</u>**<br>**Steven A. Reiss**<br>**<u>Steven.reiss@weil.cim</u>**<br>**Marie Mathews**<br>**<u>Marie.Mathews@weil.com</u>**<br>Weil, Gotshal & Manges, LLP<br>1395 Brickell Avenue<br>Suite 1200<br>Miami, Florida 33131<br>Telephone: (305) 577-3100<br>Fax: (305) 374-7159<br>**Counsel for Pirelli, S.P.A. and Pirelli Itala, S.P.A.**<br>(VIA E-MAIL) | |