# EXHIBIT A

## TO

## NOTICE OF COMPLIANCE WITH COURT'S ORDER ON CLASS CERTIFICATION AND PRELIMINARY SETTLEMENTS REGARDING PROPOSED SCHEDULE OF FUTURE PROCEEDINGS

Podhurst Orseck, P.A.

25 West Flagler Street, Suite 800, Miami, FL 33130, Miami 305.358.2800  Fax 305.358.2382  •  Fort Lauderdale 954.463.4346    www.podhurst.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

MASTER DOCKET NO. 08-MDL-1888-GRAHAM/TURNOFF

IN RE MARINE HOSE ANTITRUST
LITIGATION

THIS DOCUMENT RELATES TO:

ALL ACTIONS

### PROPOSED SCHEDULE FOR FUTURE PROCEEDINGS

Pursuant to the Court's Order on Class Certification and Preliminary Settlements [D.E. 511], as amended [D.E. 513], the undersigned parties hereby submit the following proposed schedule for future proceedings in this litigation.

**I.  Schedule for Distribution of Notice Concerning Preliminary Approval of the Settlement Agreements.**

| | |
|---|---|
| Mailing of Notice of Proposed Amended Settlement of Class Action with the Settling Defendants and Hearing on Settlement Approval ("Notice") | Within 14 days of entry of Order Granting Class Certification and Appointment of Class Counsel and Preliminary Approval of Proposed Amended Settlements ("Notice Date"). |
| Posting Notice of Proposed Amended Settlement on website | Within 14 days of entry of Order Granting Class Certification and Appointment of Class Counsel and Preliminary Approval of Proposed Amended Settlements ("Notice Date"). |
| Publishing of Summary Notice of Proposed Settlement of Class Action with the Settling Defendants and Hearing on Settlement Approval ("Summary Notice") | Within 10 day of Notice Date or as soon as practicable. |
| Affidavits or declarations of the person under whose general direction the mailing of the Notice and the publication of the | 10 days after publication of Summary Notice. |

Podhurst Orseck, P.A.

25 West Flagler Street, Suite 800, Miami, FL 33130, Miami 305.358.2800 Fax 305.358.2382 • Fort Lauderdale 954.463.4346    www.podhurst.com

| | |
|---|---|
| Summary Notice were made, showing that mailing and publication were made in accordance with the Order. | |
| Requests for exclusion from the Settlement Class | Postmarked no later than 45 days after the Notice Date. |
| Motion for final approval of the Amended Settlement Agreements and Plaintiff's Fee and Expense Application | No later than 45 days prior to Hearing on Proposed Settlements and Final Approval. |
| Settlement class members objections to the terms of the Amended Settlement Agreements | Mailed no later than 30 days prior to Hearing on Proposed Settlements and Final Approval. |
| Class Counsel's response to objections | No later than 15 days prior to Hearing on Proposed Settlements and Final Approval. |
| Hearing on Proposed Settlements and Final Approval | November 17, 2009 or as the Court's schedule permits. |
| Submission of claim forms by Settlement Class Members | Postmarked no later than 120 days after the Notice Date. |

II.  **Schedule for Additional Discovery and Other Matters Relevant to Continuing Administration of Cases**

| | |
|---|---|
| Deadline to exchange expert witness information pursuant to Local Rule 16.1(K). | February 15, 2010 |
| Deadline to exchanged rebuttal expert witness information pursuant to Local Rule 16.1(K). | March 5, 2010 |
| Telephonic Status Conference. | March 5, 2010 (or as the Court's schedule permits) |
| All discovery complete. | April 15, 2010 |
| Dispositive motions due. | June 1, 2010 |
| Opposition papers to dispositive motions due. | July 1, 2010 |
| Reply papers to dispositive motions due. | July 15, 2010 |

Podhurst Orseck, P.A.  2

25 West Flagler Street, Suite 800, Miami, FL 33130, Miami 305.358.2800 Fax 305.358.2382 • Fort Lauderdale 954.463.4346   www.podhurst.com

| All pretrial motions and memoranda of law due. | August 2, 2010 |
|---|---|
| Joint pretrial stipulation due. | September 1, 2010 |
| Pretrial Conference | September 8, 2010 (or as the Court's schedule permits) |
| Jury instructions and verdict forms or proposed finding of fact and conclusions of law and proposed *voir dire* questions due. | October 1, 2010 |
| Calendar Call. | October 8, 2010 (or as the Court's schedule permits). |

Dated: August 19, 2009                                            Respectfully submitted,

**RICHMAN GREER, P.A.**                                   **LABATON SUCHAROW LLP**

By:    /s/ Alan Greer                                                    By:    /s/ Hollis L. Salzman
       Alan Greer                                                            HOLLIS L. SALZMAN

Lyle Shapiro                                                              Gregory Asciolla
Miami Center, Suite 1000                                         William V. Reiss
201 South Biscayne Boulevard                               140 Broadway
Miami, Florida 33131                                              New York, NY 10005
                                                                                    Telephone: (212) 907-0700
*Counsel for Defendants Manuli Rubber*                Facsimile: (212) 818-0477
*Industries S.p.A., Manuli Oil & Marine*
*(U.S.A.), Val M. Northcutt and Francesco*           *Co-Lead Class Counsel and Counsel for*
*Scaglia*                                                                     *Plaintiff Bayside Rubber & Products, Inc.*

Podhurst Orseck, P.A.                                            3

25 West Flagler Street, Suite 800, Miami, FL 33130, Miami 305.358.2800 Fax 305.358.2382 • Fort Lauderdale 954.463.4346    www.podhurst.com

| | |
|---|---|
| **GARWIN, GERSTEIN & FISHER, LLP** | **PRETI, FLAHERTY, BELIEVEAU & PACHIOS, LLP** |
| By: /s/ Bruce Gerstein<br>BRUCE GERSTEIN | By: /s/ Gregory P. Hansel<br>GREGORY P. HANSEL |
| Ephraim Gerstein<br>Dan Litvin<br>1501 Broadway, Suite 1416<br>New York, NY 10036<br>Telephone: (212) 398-0055<br>Facsimile: (212) 764-6620 | Randall B. Weill<br>Once City Center<br>P.O. Box 9546<br>Portland, ME 04112-9546<br>Telephone: (207) 791-3000<br>Facsimile: (207) 791-3111 |
| *Co-Lead Class Counsel and Counsel for Plaintiff Bayside Rubber & Products, Inc.* | *Co-Lead Class Counsel and Counsel for Plaintiff Bayside Rubber & Products, Inc.* |
| **CURTIS, MALLET-PREVOST, COLT & MOSLE LLP** | **WEIL, GOTSHAL & MANGES LLP** |
| By: /s/ Nancy E. Delaney<br>NANCY E. DELANEY | By: /s/ Steven A. Reiss<br>STEVEN A. REISS |
| Joseph D. Pizzurro<br>Timothy N. McCabe<br>101 Park Avenue<br>New York, New York 10178-0061<br>Telephone: (212) 696-6939<br>Facsimile: (917) 368-8839 | Christopher Pace<br>Marie Mathews<br>767 Fifth Avenue<br>New York, NY 10153<br>Telephone: (212) 310-8000<br>Facsimile: (212) 310-8007 |
| *Counsel for Defendants ITR, S.p.A., SAIAG, S.p.A. and Comital SAIAG, S.p.A.* | *Counsel for Defendants Pirelli & C, S.p.A and Pirelli Itala, S.p.A.* |