IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

MASTER DOCKET NO. 08-MDL-1888-GRAHAM/TURNOFF

---------------------------------------------------------X
IN RE MARINE HOSE ANTITRUST      :
LITIGATION                                            :
                                                              :
_____ :     Deadline to file motions:  None
                                                              :     Pretrial Conference:  to be scheduled
THIS DOCUMENT RELATES TO:    :     Calendar Call:  to be scheduled
                                                              :     Trial Period:  to be scheduled
ALL ACTIONS                                  :     No. of extension requests:  1 (first
                                                              :     request for extension as to this Motion)
                                                              :     Referred to Magistrate:  No
---------------------------------------------------------X

**UNOPPOSED MOTION FOR EXTENSION OF TIME FOR DEFENDANT MANULI
RUBBER INDUSTRIES, S.P.A. TO RESPOND TO PLAINTIFF'S MOTION FOR
<u>PARTIAL SUMMARY JUDGMENT</u>**

Pursuant to Federal Rule of Civil Procedure 6(b), Defendant Manuli Rubber Industries S.p.A. ("Manuli"), respectfully requests this Court to enter an Order extending the time by which Manuli must respond to Plaintiff's Motion for Partial Summary Judgment against Manuli. [D.E. 531]. As grounds for this extension, Manuli states as follows:

1. On Friday, September 11, 2009, Plaintiff served Manuli with its Motion for Partial Summary Judgment against Manuli. [D.E. 531].

2. On Monday, September 14, 2009, Fern Mechlowitz, counsel for Manuli, was informed that a member of her immediate family had just suffered a serious stroke, and Ms. Mechlowitz flew that day from London, England where she resides to Philadelphia, Pennsylvania, where her relative had been hospitalized.

3. As of Tuesday, September 22, 2009, Ms. Mechlowitz remains in Philadelphia, Pennsylvania to help care for her hospitalized relative (who does not reside in Pennsylvania).

4. Due to the medical emergency described above, Ms. Mechlowitz has been unavailable to prepare Manuli's response to Plaintiff's Motion for Partial Summary Judgment, and it is not yet known when or if she will be available to do so.

5. Other counsel for Manuli need additional time to analyze and prepare an appropriate response.

6. This Court has authority pursuant to Federal Rule of Civil Procedure 6(b) to grant extensions of time for good cause. The undersigned counsel believe the foregoing establishes the requisite good cause.

7. If this Motion for Extension is not granted, Manuli will be severely prejudiced.

8. If this Motion for Extension is granted, there will be no prejudice to Plaintiff.

9. This Motion for Extension is not filed for the purpose of delay, but simply to give Manuli's counsel adequate opportunity to review, analyze and respond to Plaintiff's Motion for Partial Summary Judgment.

**CERTIFICATE OF CONFERENCE**

10. Manuli's counsel, Robert M. Osgood, conferred with Plaintiff's counsel, Hollis Salzman, on September 21, 2009, prior to the filing of this Motion. Ms. Salzman advised that Plaintiff agrees to an extension of time for Manuli to file a response up to and including October 13, 2009. Manuli has likewise agreed to an extension of time for Plaintiff to file a reply

to Manuli's response up to and including October 30, 2009.

WHEREFORE, Defendant Manuli respectfully requests this Court to enter an Order extending the date by which Defendant Manuli must file a response to Plaintiff's Motion for Partial Summary Judgment, up to and including October 13, 2009, and extending the date by which Plaintiff must file a reply to Manuli's response, up to and including October 30, 2009, and for all other relief that this Court deems just and proper.

Dated: September 23, 2009

Respectfully submitted,

/s/ Lyle E. Shapiro
Alan G. Greer (Florida Bar No. 123294)
agreer@richmangreer.com
Lyle E. Shapiro (Florida Bar No. 0120324)
lshapiro@richmangreer.com
John M. Brumbaugh (Florida Bar No. 126350)
jbrumbaugh@richmangreer.com
RICHMAN GREER, P.A.
Miami Center – Suite 1000
201 South Biscayne Boulevard
Miami, Florida 33131
Telephone: (305) 373-4000
Facsimile: (305) 373-4099

Robert M. Osgood (admitted *pro hac vice*)
Fern Mechlowitz (admitted *pro hac vice*)
Ian E. Browning (admitted *pro hac vice*)
SULLIVAN & CROMWELL LLP
One New Fetter Lane
London EC4A 1AN, England
Telephone: +44 (0) 20 7959 8900
Facsimile: +44 (0) 20 7959 8950

-and-

125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

*Counsel for Defendants Manuli Rubber Industries S.p.A., Manuli Oil & Marine (U.S.A.) Inc., Francesco Scaglia and Val Northcut*

## CERTIFICATE OF SERVICE

I HEREBY certify that on September 23, 2009, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notice of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: /s/ Lyle S. Shapiro
Lyle E. Shapiro