UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
MASTER DOCKET NO. 08-MDL-1888-GRAHAM/TURNOFF

IN RE MARINE HOSE ANTITRUST
LITIGATION

THIS DOCUMENT RELATES TO:

ALL ACTIONS

AMENDED
SCHEDULING ORDER
**SETTING PRETRIAL CONFERENCE AND TRIAL DATES**

This cause came before the Court sua sponte. It is hereby **ORDERED AND ADJUDGED** as follows:

**A. Schedule for Distribution of Notice Concerning Preliminary Approval of the Settlement Agreements.**

1. Mailing of Notice of Proposed Amended Settlement of Class Action with the Settling Defendants and Hearing on the Settlement Approval ("Notice") shall be within 14 days of entry of the Order Granting Class Certification and Appointment of Class Counsel and Preliminary Approval of Proposed Amended Settlements ("Notice Date").

2. Posting of Notice of Proposed Amended Settlement on website shall be within 14 days of the Notice Date.

3. Publishing of Summary Notice of Proposed Settlement of Class Action with the Settling Defendants and Hearing on Settlement Approval ("Summary Notice") shall be within 10 days of

the Notice Date or as soon as practicable.

4. Affidavits or declarations of the person under whose general direction the mailing of the Notice and the publication of the Summary Notice were made, showing that mailing and publication were made in accordance with the Order shall be within 10 days after publication of the Summary Notice.

5. Requests for exclusion from the Settlement Class shall be postmarked no later than 45 days after the Notice Dade.

6. Motion for final approval of the Amended Settlement Agreements and Plaintiff's Fee and Expense Application shall be no later than 45 days prior to Hearing on Proposed Settlements and Final Approval.

7. Settlement class members objections to the terms of the Amended Settlement Agreements shall be mailed no later than 30 days prior to Hearing on Proposed Settlement and Final Approval.

8. Class Counsel's response to objections shall be made no later than 15 days prior to Hearing on Proposed Settlements and Final Approval.

9. The Hearing on Proposed Settlements and Final Approval shall be on **January 13, 2010** **at 3:30 p.m at the Wilkie D. Ferguson, Jr. United States District Courthouse, 400 North Miami Avenue, Courtroom 13-4, Miami, Florida 33128.**

10. Submission of claim forms by Settlement Class Members shall be postmarked no later than 120 days after the Notice Date.

B.   **Schedule Setting Pretrial Conference and Trial Dates.**

1.  The trial of this cause is set and placed on the two-week trial calendar beginning **October 11, 2010.**

2.  The pretrial conference will be held **telephonically** at 2:00 p.m. on **September 8, 2010.**

3.  The call of the calendar will be held **telephonically** at 2:00 p.m. on **October 6, 2010.**

4.  The pretrial conference and calendar call will be held telephonically. No counsel shall appear in person. Instead, all counsel shall appear via telephone. **Counsel shall contact the Court by calling the following toll-free number, 1-866-208-6278 at 2:00 P.M. on September 8, 2010 (Conference ID #79790892) and October 6, 2010 (Conference ID #79790894).**

5.  The trial will be held at the **Wilkie D. Ferguson, Jr. United States District Courthouse, 400 North Miami Avenue, Courtroom 13-4, Miami, Florida 33128.**

6.  If this case is not reached during the scheduled two week calendar, it will automatically roll over to the succeeding two week calendar held in Miami until tried.

7.  Counsel must meet prior to the pretrial conference to confer on the preparation of a **Joint** Pretrial Stipulation. With respect to Pretrial Stipulation submissions regarding expert witnesses, the parties are referred to Local Rule 16.1(K).

**Failure to file a Joint Pretrial Stipulation on or before the date set forth below shall be grounds for dismissal.**

8. The original and one copy of a Joint Pretrial Stipulation must be filed on or before the date set forth below and shall conform to Local Rule 16.1(E). **The Court will not allow Unilateral Pretrial Stipulations.**

9. In cases tried before a jury, each party shall file a copy of the proposed voir dire questions on or before the date set forth below. In addition, the parties shall file jury instructions and verdict forms on or before the date set forth below. In order to file jury instructions and verdict forms, the parties must do the following:

> (1) They shall meet to confer on the preparation of Joint Jury Instructions and a Joint Verdict Form. From their conference, the parties shall timely file a set of Proposed Joint Jury Instructions and a Proposed Joint Verdict Form; and
>
> (2) To the extent that the parties cannot agree on certain instructions or certain portions of the verdict form, they may file their own set of Proposed Jury Instructions or a Proposed Verdict Form.

All proposed _joint_ and _separate_ jury instructions and _joint_ and _separate_ verdict forms must be filed with the Court on or before the date set forth below.

Each jury instruction shall be typed on a separate sheet and shall be drafted from the U.S. Eleventh Circuit <u>Pattern Jury Instructions - Civil Cases</u> (West) or Devitt, Blackmar's <u>Federal Jury Practice and Instructions - Civil</u> (West).

**Failure to timely file jury instructions and verdict forms as directed above shall be grounds for sanctions, including dismissal.**

10. In cases tried before the Court, each party shall file Proposed Findings of Fact and Conclusions of Law on or before the date set forth below.

In order to file Proposed Findings of Fact and Conclusions of Law, the parties must do the following:

> (1) They shall meet to confer on the preparation of Joint Proposed Findings of Fact and Conclusions of Law. From their conference, the parties shall timely file a set of Proposed Joint Findings of Fact and Conclusions of Law; and
>
> (2) To the extent that the parties cannot agree on certain Findings of Fact and Conclusions of Law, they may file their own set of proposed Findings of Fact and Conclusions of Law.

All proposed <u>joint</u> and <u>separate</u> Findings of Fact and Conclusions of Law must be filed with the Court on or before the date set forth below.

Proposed Conclusions of Law shall be supported by citations of authority.

**Failure to timely file Findings of Fact and Conclusions of Law as directed above shall be grounds for sanctions, including dismissal.**

11. Each counsel shall provide the Court with a copy of the following motions and responses in Word or Wordperfect format: (1) dispositive motions; (2) proposed jury instructions and verdict forms; (3) proposed findings of fact and conclusions of law; and (4) proposed substantive orders. The motions and responses shall be forwarded separately to this Division's NEF (Notice of Electronic Filing) Account. The e-mail subject line and the name of the attachment should include the case number, reference the docket entry number, followed by a short description of the attachment (e.g., 0x-cv-xxxxx Order on _____) to graham@flsd.uscourts.gov.

12. A Motion for Continuance shall not stay the requirement for the filing of a Joint Pretrial Stipulation and, unless an emergency situation arises, a Motion for Continuance will not be considered unless it is filed at least twenty (20) days prior to the date on which the trial calendar is scheduled to commence. The pretrial conference and trial will not be continued except upon a showing of exceptional need.

13. All Notices of Conflict shall include a statement

detailing the dates the cases were scheduled for trial. Under existing policies and agreements between the state and federal courts of Florida, the judge who enters the first written order scheduling a case for trial on a date set, has priority over the service of the attorney so scheduled for the date set. See Krasnow v. Navarro, 909 F.2d 451 (11th Cir. 1990).

It shall be the duty of the attorneys herein to ensure that no other judge schedules them for a trial that impacts upon or conflicts with the date set forth above. If any counsel receives a written notice of a trial from another judge, in either state or federal court, that in any way conflicts with this trial scheduled setting, it is the obligation of that attorney to notify that judge immediately so that the judge may reschedule his or her calendar, thus leaving counsel conflict free for this case.

14. All motions for extensions of time shall be accompanied by a proposed order. Counsel are reminded to comply with Local Rule 7.1(A)(3) and CM/ECF Administrative Procedures. The proposed Order shall be forwarded separately to this Division's NEF (Notice of Electronic Filing) Account. The e-mail subject line and the name of the attachment should include the case number, followed by a short description of the attachment (e.g., 0x-xxxxx Order on _____) to graham@flsd.uscourts.gov.

15. **A PENDING MOTION TO DISMISS SHALL NOT STAY DISCOVERY UNLESS THE COURT GRANTS A STAY OF RELIEF.**

16. Non-compliance with any provision of this Order may subject the offending party to sanctions or dismissal. It is the duty of all counsel to enforce the timetable set forth herein in order to insure an expeditious resolution of this cause.

17. <u>Use of Depositions as Substantive Evidence</u>. If a deposition is to be used as <u>substantive evidence</u>, the party wishing to do so must designate by line and page reference those portions in writing. The designations must be served on opposing counsel at least 10 days prior to the pretrial conference. The adverse party shall serve and file, within three days thereafter, his objections, if any, to the designations, including "any other part which ought in fairness to be considered with the part introduced." <u>See</u> <u>Fed</u><u>. R.</u> <u>Civ.</u> <u>P.</u> 32(a)(4).

18. All exhibits must be pre-marked. The Plaintiff shall mark its exhibits numerically with the letter "P" as a prefix. Defendant shall mark its exhibits numerically with the letter "D" as a prefix. A typewritten exhibit list setting forth the number, or letter, and description of each exhibit must be submitted at the time of trial. The exhibit list must be set forth in the form of the Exhibit List found on this Court's website, under Forms, AO-187 and AO-187A.

19. The following timetable shall govern the pretrial procedure in this case. This schedule shall not be modified absent compelling circumstances.

| | |
|---|---|
| April 26, 2010 | Deadline for Amended Pleadings and Deadline to effectuate service on joined parties. |
| May 26, 2010 | Deadline to exchange expert witness information pursuant to Local Rule 16.1(K). Only those expert witnesses who have been properly identified and who have exchanged information in compliance with Local Rule 16.1(K) shall be permitted to testify. |
| June 16, 2010 | Deadline to exchange rebuttal expert witness information pursuant to Local Rule 16.1(K). Only those rebuttal expert witnesses who have been properly identified and who have exchanged information in compliance with Local Rule 16.1(K) shall be permitted to testify. |
| July 12, 2010 | All discovery must be completed. |
| July 19, 2010 | All Pretrial Motions and Memoranda of Law must be filed. |
| August 30, 2010 | Joint Pretrial Stipulation must be filed. |
| September 29, 2010 | Jury Instructions and Verdict Forms or Proposed Findings of Fact and Conclusions of Law and Proposed voir dire questions. |

20. All pretrial Motions in Limine shall be filed not later than twelve (12) days prior to the scheduled Calendar Call. All oppositions to Motions in Limine must be filed seven (7) days

prior to the scheduled Calendar Call.

21. In order to facilitate the accurate transcription of the trial proceeding, the parties shall forward via e-mail to Carleen Horenkamp, the Court's Official Court Reporter, at Carleen_Horenkamp@flsd.uscourts.gov, a copy of (1) the witness and exhibit lists and (2) a designation of unique proper nouns/names which may be raised at trial, to be received no later than five (5) days prior to the scheduled trial period.

22. If the case is settled, counsel are directed to inform the Court promptly at (305) 523-5130 and to submit an appropriate Order for Dismissal, pursuant to Fed.R.Civ.P. 41(a)(1). Such Order must be filed within ten (10) days of notification of settlement to the Court.

**DONE AND ORDERED** at Miami, Florida, this 29th day of September, 2009.

DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE

cc: All Counsel of Record