UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Master Docket No. 08-MDL-1888-GRAHAM/TURNOFF

| | |
|---|---|
| IN RE: MARINE HOSE ANTITRUST LITIGATION | : : : : |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | : : : : : |

## PLAINTIFFS' MOTION FOR FINAL APPROVAL OF PARTIAL SETTLEMENT

Plaintiffs Bayside Rubber and Products, Inc. and LOOP, LLC, by their undersigned counsel, respectfully move for final approval of the Partial Settlement for the reasons set forth in Plaintiffs' accompanying memorandum of law and exhibits.

This motion shall be returnable before the Honorable Donald L. Graham, United States District Judge, Federal Justice Building, 400 North Miami Avenue, Room 13-4, Miami, Florida, 33128-1812, on January 13, 2009 at 3:30 p.m.; the date and time ordered by the Court. A hearing and oral argument are requested pursuant to the Court's Order scheduling the final fairness hearing for January 13, 2009.

WHEREFORE Plaintiffs respectfully ask the Court to grant final approval of the Partial Settlement.

Dated: November 27, 2009

Respectfully submitted,

/s/     Hollis L. Salzman

Hollis L. Salzman
Fla. Bar No. 947751
Gregory Asciolla
William V. Reiss
LABATON SUCHAROW LLP

1605593.1    1

140 Broadway
New York, NY 10005

Gregory P. Hansel
Fla. Bar No. 607101
Randall B. Weill
PRETI, FLAHERTY, BELIVEAU
 & PACHIOS, LLP
One City Center
P.O. Box 9546
Portland, ME 04112

Bruce E. Gerstein
Ephraim R. Gerstein
Dan Litvin
GARWIN, GERSTEIN & FISHER, LLP
1501 Broadway
Suite 1416
New York, NY 10036

*Co-Lead Counsel and Proposed Settlement Class Counsel*