UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
MASTER DOCKET NO. 08-MDL-1888-GRAHAM/TURNOFF

IN RE MARINE HOSE ANTITRUST
LITIGATION

THIS DOCUMENT RELATES TO:

**ALL ACTIONS**

### ORDER GRANTING PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES, REIMBURSEMENT OF EXPENSES, AND INCENTIVE AWARD FOR THE CLASS REPRESENTATIVE

THIS CAUSE having come before the Court on Plaintiffs' Motion for Award of Attorneys' Fees, Costs, and Incentive Award for the Class Representative, and the Court having reviewed the file, and otherwise being fully advised in the premises, it is hereby **ORDERED AND ADJUDGED** as follows:

1. This Court has approved the Partial Settlement negotiated by Plaintiffs' attorneys, wherein Class Members will receive distributions from the $21,724,000.00 common fund ("Settlement Fund").

2. Plaintiffs request an award of attorney fees in the amount of thirty-three percent of the principal amount of the Settlement Fund and accrued interest.

3. This Court finds that the percentage-of-the-fund method is the appropriate method for calculating attorneys' fees in this case and that the requested fee is fair and reasonable. *See Camden I Condominium Ass'n v. Dunkle*, 946 F.2d 768 (11th Cir. 1991).

4. Moreover, Class Counsel's expenses in the amount of $1,141,243.29 were reasonable and were necessarily incurred to achieve the benefit obtained.

5. Finally, an incentive award of $50,000.00 for the named plaintiff is appropriate and reasonable.

Accordingly, this Court awards Plaintiff's Counsel $7,168,920.00 in attorneys' fees, plus accrued interest, and $1,272,206.19 in costs.

**DONE AND ORDERED** in Chambers, in Miami, Florida, this _____ day of _____ 2010.

_____
DONALD L. GRAHAM
UNITED STATES DISTRICT COURT JUDGE

cc: Counsel of Record

307468