UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

MASTER DOCKET NO. 08-MDL-1888-GRAHAM/TURNOFF

IN RE MARINE HOSE ANTITRUST LITIGATION   )
                                          )
_____)
                                          )
THIS DOCUMENT RELATES TO:                 )
                                          )
ALL ACTIONS                               )
                                          )
_____)

MOTION AND CONSENT TO WITHDRAW OF
M. DANIEL HUGHES AND ASSOCIATES, P.A.
AND M. DANIEL HUGHES FROM REPRESENTATION
OF DEFENDANT, ROBERT L. FURNESS

COMES NOW, the Defendant, ROBERT L. FURNESS, by and through his undersigned attorney and files this, his Motion and Consent to Withdraw of M. Daniel Hughes and Associates, P.A. and M. Daniel Hughes from representation and as grounds therefore would state:

1. Defendant, ROBERT L. FURNESS, is an individual defendant in the above-referenced matter.

2. The Court has recently approved a settlement of the Plaintiffs with Defendant, ROBERT L. FURNESS and others in the above-referenced matter.

3. Defendant, ROBERT L. FURNESS, is without funds in which to pay his attorney of record, M. Daniel Hughes and Associates, P.A. and M. Daniel Hughes.

4. The Defendant, ROBERT L. FURNESS, requests that the Court allow M.

Daniel Hughes and Associates, P.A. and M. Daniel Hughes to withdraw as attorney of record in the above-referenced matter and that all further pleadings be directed to ROBERT L. FURNESS, at 2701 N.E. 8th Street, Pompano Beach, FL 33062.

WHEREFORE, Defendant, ROBERT L. FURNESS, requests an order allowing M. Daniel Hughes and Associates, P.A. and M. Daniel Hughes to withdraw from representation of him in this matter and he be able to represent himself for the remainder of the proceedings.

I, ROBERT L. FURNESS, hereby consent to the withdrawal of M. Daniel Hughes and Associates, P.A. and M. Daniel Hughes from representing me in the above-referenced matter.

_____
ROBERT L. FURNESS

Respectfully Submitted,

_____/s/ M. Daniel Hughes_____
M. Daniel Hughes, Esq.
Attorney for Defendant, ROBERT L. FURNESS
Florida Bar No. 296147
M. Daniel Hughes and Associates, P.A.
3000 North Federal Highway
Building Two South, Suite 200
Fort Lauderdale, FL 33306
Telephone:   (954) 566-3390
Facsimile:   (954) 561-1244
lawmdh@aol.com

2

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February _____, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing (NEF) generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to received electronically Notices of Electronic Filing.

/s/ M. Daniel Hughes
M. Daniel Hughes
Florida Bar No. 296147