UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Master Docket No. 08-MDL-1888-GRAHAM/TURNOFF

| | |
|---|---|
| IN RE: MARINE HOSE ANTITRUST LITIGATION | : : : : |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | : : : : : |

**ORDER GRANTING PRELIMINARY APPROVAL OF PROPOSED SETTLEMENT WITH PIRELLI & C, S.p.A. AND PIRELLI ITALA, S.p.A.; AND AUTHORIZING THE COMBINATION AND DISSEMINATION OF NOTICE OF SETTLEMENTS AND NOTICE OF CLASS ACTION LITIGATION**

Upon consideration of the Plaintiffs' Motion for Preliminary Approval of Proposed Settlement with Pirelli & C, S.p.A. and Pirelli Itala, S.p.A. (together, "Pirelli") (the "Motion") (DE 634) it is hereby ORDERED as follows:

1. The Motion is hereby GRANTED.

2. The Court finds that the proposed Settlement Agreement with Pirelli, subject to final determination following a hearing after notice to the proposed Settlement Class, as defined below, is sufficiently fair, reasonable and adequate to authorize dissemination of notice to the proposed Settlement Class (the "Settlement Class").

3. The Settlement Class is defined as:

> All persons and entities (excluding Defendants, their predecessors, parents, subsidiaries, affiliates, and co-conspirators and the United States Department of Defense) who purchased Marine Hose in the United States directly from one or more of the Defendants or any of their predecessors, parents, subsidiaries, or affiliates at any time

Settlement Class, other than oral announcement thereof in Court at the time of the Hearing (and any adjourned Hearing date).

7.   Class Counsel shall file with the Court and serve on the parties a motion for final approval of the Settlement Agreements and Plaintiffs' Fee and Expense Application no later than 30 days prior to the Hearing.

8.   All requests for exclusion from the Settlement Class shall be postmarked no later than 45 days prior to the Hearing, and shall otherwise comply with the requirements set forth in the Notices.

9.   Any member of the Settlement Class who wishes to object to the terms of the Settlement Agreements must do so in writing, filed with the Clerk and served on Class Counsel and counsel for Pirelli no later than 30 days prior to the Hearing, and shall otherwise comply with the requirements set forth in the Notices.

10.   Ten days before the date fixed by this Court for the Hearing, Class Counsel shall cause to be filed with the Clerk of this Court, and served upon counsel for Pirelli, affidavits or declarations of the person under whose general direction the mailing and Internet posting of the Notice was made, showing that mailing and Internet posting was made in accordance with this Order.

11.   Any member of the Settlement Class who wishes to submit a Claim Form must do so postmarked no later than 120 days after the Notice Date, and shall otherwise comply with the requirements and instructions set forth in the Claim Form.

      during the period from and including January 1, 1985 to and including March 24, 2008.

4.  Notice shall be provided to all members of the Settlement Class who can be identified using reasonable efforts. The Court approves the proposed form of the Notice, attached to the Motion for Preliminary Approval as Exhibit "D". The Court further finds that the mailing, combined with Internet posting, of the Notice in the manner set forth in Paragraph 5 below, constitutes the best notice practicable under the circumstances as well as valid, due and sufficient notice to all persons entitled thereto and complies fully with the requirements of Federal Rule of Civil Procedure 23 and the due process requirements of the Constitution of the United States.

5.  Class Counsel are hereby directed to cause a Notice of Proposed Class Action and Settlement of Class Action with Pirelli and Hearing on Settlement Approval ("Notice"), in the form attached to the Motion for Preliminary Approval as Exhibit "D" respectively, to be (a) mailed by first class mail, postage prepaid, within 14 days of entry of this Order ("Notice Date"), to all members of the Litigation and Settlement Classes who can be identified using reasonable efforts; and (b) provided to all persons who request it. Settlement Class Counsel shall also post a copy of the Notice on the Internet at a readily accessible web address. Class Counsel shall identify the web address in all Notices that Class Counsel cause to be mailed, provided, or distributed pursuant to this paragraph.

6.  The Court will hold a hearing (the "Hearing") on __November 9__, 2010, at __4:30__ _P_.m. at the United States Courthouse, 400 North Miami Avenue, Miami, Florida 33128, Courtroom 13-4, to determine the fairness, reasonableness and adequacy of the proposed settlement and whether the settlements should be finally approved and a final judgment entered thereon. Any Settlement Class member who follows the procedure set forth in the Notice may appear and be heard at this hearing. The hearing may be continued without further notice to the

12. The litigation against Pirelli is stayed except to the extent necessary to effectuate the Settlement Agreement.

DONE AND ORDERED in Chambers in Miami, Florida this __19th__ day of ___August___, 2010.

_____
DONALD L. GRAHAM
UNITED STATES DISTRICT JUDGE