UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

MASTER DOCKET NO. 08-MDL-1888-GRAHAM/TURNOFF

| | |
|---|---|
| IN RE MARINE HOSE ANTITRUST LITIGATION | : : : : |
| THIS DOCUMENT RELATES TO: ALL ACTIONS | : : : : |

## ORDER

Upon consideration of the Motion to Authorize Final Distribution of Settlement Fund and for Payment of Fees and Expenses of the Claims Administrator, filed by Plaintiffs on April 7, 2011, it is, on this 11th day of April, 2011, hereby (DE 697)

**ORDERED** that the Motion to Authorize Final Distribution of Settlement Fund and for Payment of Fees and Expenses of the Claims Administrator **GRANTED**.

_____
THE HONORABLE DONALD L. GRAHAM
United States District ~~Court~~ Judge

cc: All Counsel of Record